# Administrative Record

# Part III

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

June 25, 2013

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Claim No: 00319978

Dear THERESE L EZERSKI:

Thank you for your application for disability benefits with Northwestern Mutual. I have received all of the necessary information and can now begin the review of your claim.

I am the analyst assigned to review your claim. I will keep you advised of the status of your claim during the review process, and will notify you as soon as a decision has been made.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

July 1, 2013

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

Thank you for your application for disability income benefits with Northwestern Mutual. I have received the information necessary to begin my initial review of your claim. However, it may be necessary for me to request additional medical, vocational, and financial information before making a decision on your claim.

If it becomes necessary to obtain additional information to process your claim, I will let you know. You may help by providing any information I request from you.

I understand the importance of making a timely determination on your claim. Until a decision can be made, I will keep you informed of your claim status.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

July 23, 2013

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

I am continuing my investigation of your claim for disability income benefits with Northwestern Mutual. In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested. When all information has been received and reviewed, I will make a decision on your claim as quickly as possible. You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

August 13, 2013

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

I am continuing my investigation of your claim for disability income benefits with Northwestern Mutual. In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested. When all information has been received and reviewed, I will make a decision on your claim as quickly as possible. You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

September 4, 2013

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

I am continuing my investigation of your claim for disability income benefits with Northwestern Mutual. In order to complete my investigation, I must analyze all pertinent medical, vocational, and financial information.

Additional information that is needed to process your claim has been requested. When all information has been received and reviewed, I will make a decision on your claim as quickly as possible. You may help by providing any information that I may request from you.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

May 1, 2014

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

We need your help to gather information for your disability claim with Northwestern Mutual.

Confidential information from your physician or other sources will not be released to us without a current authorization signed by you. Since the authorization in your file is no longer current, we request that you sign and date the enclosed authorization form.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Rene McDonald

Rene McDonald
Disability Benefits Analyst
800-378-4665 ext. 2837

Enclosure: Authorization to Obtain and Disclose Information

## AUTHORIZATION

**This Authorization is designed to comply with the HIPAA Privacy Rule**

Northwestern Mutual®
The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

**I AUTHORIZE THESE PERSONS having any records or knowledge of me or my health:**

- Any physician, therapist, healer, or medical practitioner;
- Any hospital, clinic, pharmacy or other medical or medically related facility or association;
- Any other health care provider;
- Any insurance or annuity company, or insurance support organization;
- Any health plan, plan sponsor, and any agency, organization or entity administering a benefit or annuity program;
- Any employer or person with whom I have had a business relationship;
- Any motor vehicle or driver licensing agency, law enforcement agency or other government agency (for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc);
- Any educational, vocational or rehabilitational organization or program; and
- Any consumer reporting agency, financial institution, accountant, or tax preparer;

**TO GIVE THE FOLLOWING INFORMATION TO THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:**

- My entire medical record, including any charts, notes, x-rays, operative reports, lab and medication records, copies of all prescriptions and all other medical information about me, including medical history, diagnosis, testing and test results, genetic information and test results, and domestic abuse information, prognosis, and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes;
  - Any communicable disease or disorder, including sexually transmitted diseases;
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes (Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date);
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs;
- Any non-medical information requested about me, including information concerning my: education, occupation, employment history, earnings or finances, unemployment benefits, or eligibility for other benefits including retirement benefits and retirement plan contributions; and
- Social Security information concerning me, including detailed information regarding earnings for up to 10 years, and/or a summary record of total earnings, and/or information from master benefit records regarding the award, denial or continuation of benefits. I understand that any false representations made knowingly and willfully to obtain information from federal records is punishable by fine or imprisonment or both.

**No restrictions:** I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. **Purpose:** I understand that Northwestern Mutual will use the information to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure:** I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke:** I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand the failure to sign, alteration of, or revocation of the Authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration:** I understand and agree that this Authorization shall remain in force throughout the duration of my claim for benefits with The Northwestern Mutual Life Insurance Company. **Copy to the Insured/Patient:** I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

| Name of Insured (please print) | Insured's Date of Birth | Insured's Address | |
|---|---|---|---|
| Signature of Insured or Personal Representative | Print Name | | Date |

Address and relationship of Personal Representative, if signing

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***



Claim: 00319978 THERESE L EZERSKI
Analyst: Rene McDonald, PSB6A

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

## State Variations

**If you or your provider reside in a state requiring one or more changes to the provisions on page one of this form, then the identified provisions apply to your Authorization.**

### Arizona

With respect to Northwestern Mutual's disclosure of HIV-related information only, this Authorization is valid for 180 days from the date it is signed.

### Kansas

This Authorization is valid for 12 months from the date it is signed.

### Maine

*This Authorization excludes disclosure of any test for HIV or a test to measure the virus, taken prior to an application for insurance coverage. Nothing in this caveat will prohibit this Authorization from including the fact that the individual has AIDS.*

### Minnesota

This Authorization excludes the release of information about **HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus)** tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The terms "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good Samaritan law.

### New Mexico

Confidential Abuse Information means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. For additional information about the treatment of confidential abuse information, see accompanying Notice of Confidential Abuse Information Practices. With respect to confidential abuse information, I may revoke this Authorization in writing, effective ten days after receipt by Northwestern Mutual, and I understand that doing so may result in a claim being denied or may adversely affect a pending insurance action.

### Oklahoma

This Authorization is valid for 24 months from the date it is signed. **We are required to inform you that the information you authorize for release may include records which may indicate the presence of communicable or venereal diseases, which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also know as Acquired Immune Deficiency Syndrome (AIDS).**

### Oregon

This Authorization is valid for 24 months from the date it is signed.

### Vermont

This Authorization is valid for 24 months from the date it is signed. It excludes the release of any information about previously administered tests for HIV antibodies, T-cell counts, AIDS or ARC. The insured is NOT authorizing Northwestern Mutual to forward the test results from any new test required by Northwestern Mutual to any outside, non-affiliated company or any entity not under specific contract to perform claims services.

**The signature on page 1 of this Authorization acknowledges that the entire Authorization includes the applicable state variations listed above.**



Claim: 00319978 THERESE L EZERSKI
Analyst: Rene McDonald, PSB6A

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-6320

February 2, 2015

THERESE L EZERSKI

VANDALIA, OH

Re: KIRLINS INC
Group Policy No: 662281
Claim No: 00319978

Dear THERESE L EZERSKI:

We need your help to gather information for your disability claim with Northwestern Mutual.

Confidential information from your physician or other sources will not be released to us without a current authorization signed by you. Since the authorization in your file is no longer current, we request that you sign and date the enclosed authorization form.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

Holly Kotsovos
Sr Disability Benefits Analyst
800-378-4665 ext. 7179

Enclosure: Authorization to Obtain and Disclose Information

## AUTHORIZATION

Northwestern Mutual®

**This Authorization is designed to comply with the HIPAA Privacy Rule**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

**I AUTHORIZE THESE PERSONS having any records or knowledge of me or my health:**

- Any physician, therapist, healer, or medical practitioner;
- Any hospital, clinic, pharmacy or other medical or medically related facility or association;
- Any other health care provider;
- Any insurance or annuity company, or insurance support organization;
- Any health plan, plan sponsor, and any agency, organization or entity administering a benefit or annuity program;
- Any employer or person with whom I have had a business relationship;
- Any motor vehicle or driver licensing agency, law enforcement agency or other government agency (for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc);
- Any educational, vocational or rehabilitational organization or program; and
- Any consumer reporting agency, financial institution, accountant, or tax preparer;

**TO GIVE THE FOLLOWING INFORMATION TO THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:**

- My entire medical record, including any charts, notes, x-rays, operative reports, lab and medication records, copies of all prescriptions and all other medical information about me, including medical history, diagnosis, testing and test results, genetic information and test results, and domestic abuse information, prognosis, and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes;
  - Any communicable disease or disorder, including sexually transmitted diseases;
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes (Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date);
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs;
- Any non-medical information requested about me, including information concerning my: education, occupation, employment history, earnings or finances, unemployment benefits, or eligibility for other benefits including retirement benefits and retirement plan contributions; and
- Social Security information concerning me, including detailed information regarding earnings for up to 10 years, and/or a summary record of total earnings, and/or information from master benefit records regarding the award, denial or continuation of benefits. I understand that any false representations made knowingly and willfully to obtain information from federal records is punishable by fine or imprisonment or both.

**No restrictions:** I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. **Purpose:** I understand that Northwestern Mutual will use the information to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure:** I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke:** I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand the failure to sign, alteration of, or revocation of the Authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration:** I understand and agree that this Authorization shall remain in force throughout the duration of my claim for benefits with The Northwestern Mutual Life Insurance Company. **Copy to the Insured/Patient:** I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

Name of Insured (please print) | Insured's Date of Birth | Insured's Address

Signature of Insured or Personal Representative | Print Name | Date

Address and relationship of Personal Representative, if signing

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***



Claim: 00319978 THERESE L EZERSKI
Analyst: Holly Kotsovos, PSB6A

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

## State Variations

**If you or your provider reside in a state requiring one or more changes to the provisions on page one of this form, then the identified provisions apply to your Authorization.**

### Arizona

With respect to Northwestern Mutual's disclosure of HIV-related information only, this Authorization is valid for 180 days from the date it is signed.

### Kansas

This Authorization is valid for 12 months from the date it is signed.

### Maine

*This Authorization excludes disclosure of any test for HIV or a test to measure the virus, taken prior to an application for insurance coverage. Nothing in this caveat will prohibit this Authorization from including the fact that the individual has AIDS.*

### Minnesota

This Authorization excludes the release of information about **HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus)** tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The terms "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good Samaritan law.

### New Mexico

Confidential Abuse Information means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. For additional information about the treatment of confidential abuse information, see accompanying Notice of Confidential Abuse Information Practices. With respect to confidential abuse information, I may revoke this Authorization in writing, effective ten days after receipt by Northwestern Mutual, and I understand that doing so may result in a claim being denied or may adversely affect a pending insurance action.

### Oklahoma

This Authorization is valid for 24 months from the date it is signed. **We are required to inform you that the information you authorize for release may include records which may indicate the presence of communicable or venereal diseases, which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also know as Acquired Immune Deficiency Syndrome (AIDS).**

### Oregon

This Authorization is valid for 24 months from the date it is signed.

### Vermont

This Authorization is valid for 24 months from the date it is signed. It excludes the release of any information about previously administered tests for HIV antibodies, T-cell counts, AIDS or ARC. The insured is NOT authorizing Northwestern Mutual to forward the test results from any new test required by Northwestern Mutual to any outside, non-affiliated company or any entity not under specific contract to perform claims services.

**The signature on page 1 of this Authorization acknowledges that the entire Authorization includes the applicable state variations listed above.**



Claim: 00319978 THERESE L EZERSKI
Analyst: Holly Kotsovos, PSB6A

**SCHULTZ, HOLLY**

| | |
|---|---|
| **From:** | KATTELMAN, ALLISON /GA101 |
| **Sent:** | Monday, March 07, 2016 1:51 PM |
| **To:** | SCHULTZ, HOLLY |
| **Subject:** | From Don Kirk(Secure Message) |
| **Attachments:** | doc20160307165814.pdf |

Holly,
See attached as per discussion on claim. Thanks.

Don Kirk

**Allison Kattelman** | Associate Financial Representative

311 W. Washington St. Pittsfield, IL 62363
P: 217.285.4014 | F: 217.285.5421 | E: allison.kattelman@nm.com

Northwestern Mutual

Northwestern Mutual is the marketing name for The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) (life and disability insurance, annuities) and its subsidiaries. Allison Kattelman is an Associate Insurance Agent of NM. There may be instances when this agent represents companies in addition to NM or its subsidiaries.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail. If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

Kirlin's Hallmark
532 Maine Street
Quincy, IL 62301
Fax: (217)224-9400
Phone: (217) 224-8953

Kirlin's
Since 1948 ®

# FAX

| | |
|---|---|
| To: Don Kirk | From: Jim Knodel |
| Recipient's Fax Number: | Number of Pages: 2 |
| Recipient's Phone Number: | Date: 3/7/16 |
| Subject: | CC: |

Urgent Please Reply by:__________

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

Therese Ezerski
*Plaintiff*
v.
Kirlins, Inc. Long-Term Disability Plan, et al.
*Defendant*

Civil Action No. 1:16-cv-2697

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Kirlins, Inc. Long-Term Disability Plan
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. *It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.* To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 03/01/2016

*Signature of the attorney or unrepresented party*

Joseph P. McDonald
*Printed name*

200 E. Spring Valley Rd., Suite A
Dayton, OH 45458
*Address*

joseph@mcdonaldandmcdonald.com
*E-mail address*

937-428-9800
*Telephone number*

**SCHULTZ, HOLLY**

| | |
|---|---|
| **From:** | SCHULTZ, HOLLY |
| **Sent:** | Monday, March 07, 2016 1:54 PM |
| **To:** | KATTELMAN, ALLISON /GA101 |
| **Cc:** | SCHULTZ, HOLLY |
| **Subject:** | RE: From Don Kirk{Secure Message} |

Received, thank you.

---

**From:** KATTELMAN, ALLISON /GA101
**Sent:** Monday, March 07, 2016 1:51 PM
**To:** SCHULTZ, HOLLY
**Subject:** From Don Kirk{Secure Message}

Holly,
See attached as per discussion on claim. Thanks.

Don Kirk

**Allison Kattelman** | Associate Financial Representative

311 W. Washington St. Pittsfield, IL 62363
P: 217.285.4014 | F: 217.285.5421 | E: allison.kattelman@nm.com

Northwestern Mutual

Northwestern Mutual is the marketing name for The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) (life and disability insurance, annuities) and its subsidiaries. Allison Kattelman is an Associate Insurance Agent of NM. There may be instances when this agent represents companies in addition to NM or its subsidiaries.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail. If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

# Phone Message

To THE FILE OF THERESE L EZERSKI

Date 3/7/2016

Time 1:31 PM

RE: Group ID # 20019990

Claim # 00319978 Assigned User NM1HSCHU

Caller THERESE L EZERSKI

Phone 937 280 3087 Ext

☑ Claimant

☐ Policyholder KIRLINS INC

Policy # 662281 Group Office 042

Claimant name if different from caller:

☐ Other

☐ Call Back ☐ FYI (no return call needed) ☐ Will Call Again ☐ Returned Call

Call was regarding:

☐ Status of claim

☐ Monthly reports

☐ Check inquiry/lost check

☐ Taxes/FICA

☐ Please send: (see below)

☐ Change of address: (see below)

☐ Did Standard receive

PC from FR Don Kirk
He wanted to email me a copy of a letter he received regarding the claimant. He asked if I had received anything. No, but it doesn't mean it's not within our office yet. Gave him my email. Thank you

Date 3/7/2016 Time 1:31 PM Message taken by H Schultz

**Holly Schultz**

| | |
|---|---|
| **From:** | Ellen Guernsey |
| **Sent:** | Tuesday, January 12, 2016 1:19 PM |
| **To:** | Holly Schultz |
| **Subject:** | RE: Therese Ezerski 00319978 |

Thank you Holly!

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

---

**From:** Holly Schultz
**Sent:** Tuesday, January 12, 2016 12:32 PM
**To:** Ellen Guernsey
**Cc:** Bruce Weisbaum; Sally Sparks
**Subject:** RE: Therese Ezerski 00319978

Done

---

**From:** Ellen Guernsey
**Sent:** Monday, January 11, 2016 5:16 PM
**To:** Holly Schultz
**Cc:** Bruce Weisbaum
**Subject:** Therese Ezerski 00319978

Holly,

Darci Eisele completed the ARU review of the above claim on January 7, 201f6. Your decision was upheld. Would you please make the following changes in Proclaim?

Return the claim to your user ID
Remove the contested reason code.
F1 the claim

If you have any questions please contact Darci at extension 7931 .

Thank you,
Ellen

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

Northwestern Mutual

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

January 19, 2016

McDonald & McDonald Co., L.P.A.
Joseph McDonald
200 E Spring Valley Rd, Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy: 662281
Claim Numbers: 00319978

Dear Mr. McDonald:

This letter is in regard to your Ms. Ezerski's claim for Long Term Disability (LTD) benefits.

Recently, you contacted our office and requested a copy of the claim file, as well as other information. Enclosed please find a complete copy of the claim file, electronic information, and the Kirlins, Inc. Group Policy. We believe we have provided all of the pertinent information regarding the claim.

With the enclosed documents we believe Northwestern Mutual has complied with our obligation to provide relevant documents under applicable law. Should you have any questions regarding this letter, please call me at (800) 378-4665, extension 7179.

Sincerely,

Holly Schultz
Sr Disability Benefits Analyst
Group Benefits

Enclosures Copy of the claim file
Copy of electronic claim information
Group Policy

MCDONALD & MCDONALD CO. LPA
200E. SPRING VALLEY RD.
SUITE A
CENTERVILLE, OHIO 45458
PHONE 937-428-9800 • FAX 937-428-9811

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Darci Eisele | FROM: Joseph P. McDonald / Katie |
| COMPANY: Northwestern Mutual | DATE: 1/8/2016 |
| FAX NUMBER: 1-800-766-6320 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Therese Ezerski<br>claim no. 00319978 | YOUR REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

McDonald & McDonald - Attorneys At Law
Let Our Family Fight For Your Family! ®
www.McDonaldAndMcDonald.com

January 8, 2016

Northwestern Mutual
Group Insurance Administration
PO Box 2177
Portland, OR 97208-2177

Attn: Darci Eisele

| | | |
|---|---|---|
| RE: | My client: | Therese Ezerski |
| | Group Policy No: | 662281 |
| | Claim No: | 00319978 |
| | Employer: | Kirlins, Inc. |

Dear Ms. Eisele:

I am in receipt of your letter dated January 7, 2016, denying long-term disability benefits to Mrs. Ezerski. The purpose of this letter is to request ***a complete copy of the administrative record in this case. This should include, but is not limited to, medical reviews, vocational reviews, surveillance reports, invoices for services rendered, e.g. peer reviews, vocational reviews, internal log/telephone notes, copies of all correspondence, referrals for medical reviews / vocational reviews, medical records, etc.*** See 29 CFR 2560.503.1.

Please provide this information as soon as possible. If you have any questions, please do not hesitate to contact our office.

Very truly yours,

Joseph P. McDonald
McDonald & McDonald Co., L.P.A.

/ksw

200 E. Spring Valley Rd, Suite A
Dayton, Ohio 45458

Ph 937-428-9800
Fax 937-428-9811
Toll Free 877-428-9806

Joe McDonald, E
Christy McDonald, E

# Phone Message

To: THE FILE OF THERESE L EZERSKI

Date: 1/7/2016

Caller: THERESE L EZERSKI

Time:

Phone: 937 280 3087 Ext:

RE: Group ID: 20019990

☑ Claimant

Claim #: 00319978 Assigned User: QA3DEISE

☐ Policyholder: KIRLINS INC

Policy: 662281 Group Office: 042

Claimant name if different from caller:

☐ Other:

☐ Call Back ☐ FYI (no return call needed) ☐ Will Call Again ☐ Returned Call

Call was regarding:

☐ Status of claim

☐ Monthly reports

☐ Check inquiry/lost check

☐ Taxes/FICA

☐ Please send: (see below)

☐ Change of address: (see below)

☐ Did Standard receive

I received a voicemail from Katie at Joe McDonald's office 1/7/16 a.m. She asked that the decision letter be faxed to 937-428-9811. Asked for a call back to 937-428-9800.

I called at approx 12:00 p.m. Let Katie know that I have faxed the letter and am waiting for a confirmation sheet. She checked the fax machine and said that it is out of paper. She will put paper in it. Asked her to please call me if it doesn't go through.

Date: 1/7/2016 Time: Message taken by: Darci Eisele

**Holly Schultz**

**From:** Ellen Guernsey
**Sent:** Tuesday, January 12, 2016 1:19 PM
**To:** Holly Schultz
**Subject:** RE: Therese Ezerski 00319978

Thank you Holly!

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

---

**From:** Holly Schultz
**Sent:** Tuesday, January 12, 2016 12:32 PM
**To:** Ellen Guernsey
**Cc:** Bruce Weisbaum; Sally Sparks
**Subject:** RE: Therese Ezerski 00319978

Done

---

**From:** Ellen Guernsey
**Sent:** Monday, January 11, 2016 5:16 PM
**To:** Holly Schultz
**Cc:** Bruce Weisbaum
**Subject:** Therese Ezerski 00319978

Holly,

Darci Eisele completed the ARU review of the above claim on January 7, 201f6. Your decision was upheld. Would you please make the following changes in Proclaim?

Return the claim to your user ID
Remove the contested reason code.
F1 the claim

If you have any questions please contact Darci at extension 7931 .

Thank you,
Ellen

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**Northwestern Mutual®**

# Independent Review Request
# For the Administrative Review Unit

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

| | | | |
|---|---|---|---|
| CLAIMANT: **Therese Ezerski** | | CLAIM MANAGER: **Holly Schultz** | EXT: **7179** |
| CLAIM NO.: **00319978** | TEAM CODE: **NM1** | Common Claimant ☐ Yes ☑ No<br>IDI Analyst ______ Phone ______ | |

| TIMELINE: | ACTION: | DATE COMPLETED: |
|---|---|---|
| Day – 1 from appeal received date | 1. Read entire written request/appeal & determine if it is a true appeal. | 10/12/15 |
| | 2. If true appeal, change Proclaim Reason Code to 2. **Note: On Denials do NOT change the "D" to "A".** | 10/12/15 |
| 2 – 5 days from appeal received date | 3. Review all info submitted to see if you can overturn. If overturned at EB level, send referral sheet to ARU indicating OT at EB level. | 10/12/15 |
| | 4. If no OT, see if decision meets requirements outlined under "A" in the ARU – General Referral Guidelines on EB website. | 10/12/15 |
| | 5. If decision meets the requirements in the ARU General Referral Guidelines, give to Supervisor for review/authorization/sign-off/referral to ARU | 10/12/15 |

| | | |
|---|---|---|
| POLICYOWNER: **Kirlins, Inc** | STATE POLICY SITUS: **IL** | |
| AUTHORIZING SUPERVISOR NAME & REQUIRED SIGNATURE: Sally Sparks | | REVIEW LANGUAGE (included in decision letter): ☑ Yes ☐ No |
| DATE OF DECISION LETTER: **4/24/15** | DATE REQUEST FOR REVIEW WAS RECEIVED: **109/15** | DATE REFERRED TO ARU: |

Current Claim Status: ☑ Closed ☐ Denied ☐ Active ☐ Pending | Review Requested by: ☐ Claimant ☑ Attorney ☐ Other: ______

Type of Claim: ☑ LTD ☐ STD Insured ☐ STD/ATP ☐ Other: ______

Check any that apply: ☐ Claim was previously reviewed by ARU. ☑ Attorney Involvement
☐ Insurance Commissioner Complaint Specialist who reviewed the claim? ______
☐ Common Claimant IDI Analyst: ______ Phone: ______

OTHER ISSUES/COMMENTS:

**ARU Use Only**

| | | | |
|---|---|---|---|
| CLAIMANT AGE/SEX: (i.e.48/F) 52/F | ERISA? ☑ Yes ☐ No Reason for Request: any occ | | |
| OWN OCCUPATION: store manager | | DIAGNOSES: back, leg | |
| ASSIGNED TO: Darci Eisele | | CLAIM RECEIVED DATE: 6/13/13 | CONTRACT EFFECTIVE DATE: 10/1/07 |
| DATE ASSIGNED: 10/15/16 | CLAIM OR DOL DATE: 1/7/16 | SPEC DATE: 11/23/15 | DECISION DATE: 1/7/16 |
| DAY 45: 11/23/15 | DAY 60: | DAY 90: 1/7/16 | DAY 120: |

Outcome:

☑ Upheld
☐ Returned did not meet referral criteria
☐ Returned as fibro protocol not followed
☐ Returned as pre-ex investigation protocol not followed
☐ Returned not reasonable for clmt to provide POL
☐ Returned as DMR recommendations not followed
☐ Overturned – limit or exclusion does not apply
☐ Overturned – reopened for closed period
☐ Overturned – insured/disabled while insured
☐ Overturned – PDE/overpayments/Offsets
☐ Overturned – STD not work related
☐ Overturned – STD accident vs. illness
☐ Overturned based on new medical
☐ Overturned based on new vocational
☐ Overturned based on new PC opinion
☐ Overturned based on new financial info

RECEIVED
OCT 13 2015
ADMINISTRATIVE REVIEW UNIT

COMMENTS: NM File Proclaim phone logs = NONE
A: EG 10-15-15

☐ **Claim subject to Minnesota Insurance Code Section 72A.201 Subdivision 8a requiring review by certified medical reviewer for chemical dependency.**

**************** -COMM. JOURNAL- ******************** DATE JAN-07-2016 ***** TIME 12:33 *** P.01

MODE = MEMORY TRANSMISSION START=JAN-07 12:28 END=JAN-07 12:33

FILE NO.= 177

| STN NO. | COM | ABBR NO. | STATION NAME/TEL.NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 919374289811 | 016/016 | 00:05'25" |

*************************************** - - ***** - - *********

# FAX

Northwestern Mutual Life Insurance Company
PO Box 2177
Portland OR 97208-2177

**Date** 1/7/16

Number of pages including cover sheet 16

**To: Joseph McDonald**

**Re:** **Therese Ezerski**
**Claim No. 00319978**

Phone

Fax Phone (937) 428-9811

CC:

**From: Darci Eisele, FLMI, AIRC**
**Sr. Benefits Review Specialist**

Phone (971) 321-7931

Fax Phone (971) 321-5038

**REMARKS:**

☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

Original sent by U.S. Mail on 1/7/16.

**WARNING: PRIVILEGED AND CONFIDENTIAL INFORMATION**

The information contained in this facsimile message is confidential, privileged, and exempt from disclosure to third persons and is intended solely for the use of the individual or entity named above. If the recipient or reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying, or unauthorized use of this communication is strictly prohibited. If you have received this facsimile in error, please notify the sender immediately by telephone, and also return the facsimile and any copies thereof to the sender at the below address via the U.S. Postal Service. All postal expenses will be paid by the sender. Thank you.

# FAX

**Northwestern Mutual Life Insurance Company**
**PO Box 2177**
**Portland OR 97208-2177**

**Date** 1/7/16

Number of pages including cover sheet 16

**To: Joseph McDonald**

**Re: Therese Ezerski**

**Claim No. 00319978**

Phone

Fax Phone **(937) 428-9811**

CC:

**From: Darci Eisele, FLMI, AIRC**

**Sr. Benefits Review Specialist**

Phone **(971) 321-7931**

Fax Phone **(971) 321-5038**

**REMARKS:**

☒ Urgent ☐ For your review ☐ Reply ASAP ☐ Please comment

Original sent by U.S. Mail on 1/7/16.

**WARNING: PRIVILEGED AND CONFIDENTIAL INFORMATION**

The information contained in this facsimile message is confidential, privileged, and exempt from disclosure to third persons and is intended solely for the use of the individual or entity named above. If the recipient or reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying, or unauthorized use of this communication is strictly prohibited. If you have received this facsimile in error, please notify the sender immediately by telephone, and also return the facsimile and any copies thereof to the sender at the below address via the U.S. Postal Service. All postal expenses will be paid by the sender.
Thank you.

**Northwestern Mutual**

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

January 7, 2016

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

The Administrative Review Unit has completed its review of Northwestern Mutual Life Insurance Company's (Northwestern Mutual) decision to close your client's Long Term Disability (LTD) claim. This was an independent review, conducted separately from the individuals who made the original determination. After carefully considering all of the information in Ms. Ezerski's claim file and the provisions of the Kirlins, Inc. Group Policy, we find the decision to close her LTD claim with payment through June 22, 2015 is correct and must be upheld. The basis for this determination is discussed below.

The information in Ms. Ezerski's claim file documents that she ceased working as a Store Manager for Kirlin's Hallmark in March 2013. On the Employee's Statement, completed on June 14, 2013, Ms. Ezerski described her disability as follows:

> I have arthritis, nerve problems in legs and feet. I have a degenerative spinal condition & arthritis in my knees and carpal tunnel in arms. I cannot stand, bend, climb, walk and count money because of this.

Ms. Ezerski's LTD claim was approved in September 2013 based upon the determination that she met her Group Policy's Own Occupation Definition of Disability. In this regard, for the first 24 months for which LTD benefits are paid, Ms. Ezerski must meet the Own Occupation Definition of Disability. To meet that definition, Ms. Ezerski must have been unable, as a result of Sickness, Injury, or Pregnancy, to perform with reasonable continuity the Material Duties of her Own Occupation.

After that 24-month period, Ms. Ezerski must meet the Any Occupation Definition of Disability, which states the following:

**Any Occupation Definition of Disability.**

> During the Any Occupation Period you are required to be Disabled from all occupations.
>
> You are Disabled from all occupations if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training, and experience.

In her letter dated April 24, 2015, Holly Schultz, Senior Disability Benefits Analyst, explained that Ms. Ezerski's LTD claim would close based upon the determination that she did not meet the Any Occupation Definition of Disability, which applied to her claim as of June 23, 2015.

Representing Ms. Ezerski, you requested a review of the claim closure decision in your letter dated October 7, 2015. You submitted additional information for Northwestern Mutual's consideration in reviewing your client's claim, consisting of the following:

| | |
|---|---|
| Exhibit A | Functional Capacity Evaluation (FCE) performed on June 15, 2015 |
| Exhibit B | A form signed by Michael Verdon, DO (orthopedic surgery) stating that he agreed with the FCE results. |
| Exhibit C | Medical records from Dr. Verdon |
| Exhibit D | Medical records from Christopher Lauricella, DO (family medicine) |
| Exhibit E | X-rays dated January 29, 2015 |
| Exhibit F | A vocational opinion report from Mark Pinti, Rehabilitation Specialist, dated September 2, 2015 |

**<u>Discussion of Medical Information</u>**:

As noted above, Ms. Ezerski ceased working in March 2013 and claimed disability as a result of arthritis, degenerative disc disease, and carpal tunnel syndrome.

As part of the Benefits Department's initial review of Ms. Ezerski's LTD claim, medical records were obtained from her known medical providers. These records were reviewed by a physiatrist physician consultant, Mark Shih, MD, on September 4, 2013, who found that Ms. Ezerski would reasonably be limited to lifting, carrying, pushing and pulling 10 pounds occasionally, sitting frequently, and occasionally standing and walking. At that time, Dr. Shih noted that Ms. Ezerski had a history of low back pain with underlying degenerative disc/joint disease with possible subtle right L5 radiculopathy on EMG (electromyogram) with focal neurological deficits on examination noted by David Propst, DO (orthopedic surgery) on two occasions, with subsequent improvement.

Ms. Ezerski's claim file was reviewed by Dr. Shih again in October 2014. At that time, Dr. Shih noted the following:

> Ms. Ezerski presents now with a history of lumbar spondylosis with previously identified possible lumbar radiculopathy now with evidence of moderate to severe cervical spondylosis with stenosis and myopathy with myelopathic signs on examination and cord deformity on myelogram[1]. She is awaiting C4 through C7 ACDF[2] with additional complaints of upper extremity pain, numbness and tingling.

It remained Dr. Shih's opinion that Ms. Ezerski remained unable to perform light level work activity[3].

With regard to the above, Ms. Ezerski underwent cervical spine surgery on December 15, 2014, performed by Dr. Verdon.

We note that, on December 11, 2014, Ms. Ezerski was evaluated by Esteban Cheng-Ching, MD (neurology) for positional dizziness, evoked by lying on her side and closing her eyes. Ms. Ezerski specifically denied having these symptoms when standing or sitting, even if she turned her head. It was Dr. Cheng-Ching's opinion that Ms. Ezerski's symptoms could represent benign positional vertigo or cervicogenic dizziness, and that her symptoms, if caused by cervicogenic dizziness, could resolve with the upcoming surgery.

It appears from Ms. Ezerski's medical records that this symptom may be ongoing. However, it is reasonable to conclude that a sensation of dizziness, evoked by laying on her side and closing her eyes, would not correlate to occupational restrictions.

Updated records from Dr. Verdon were received by Northwestern Mutual in March 2015. These records document that Ms. Ezerski was seen for a postsurgical follow up visit on January 9, 2015. Dr. Verdon noted that Ms. Ezerski's wound was clean, dry, and intact. On examination, Ms. Ezerski was described as appearing in no acute distress. She had normal strength in all extremities. Her motor/coordination, muscle tone, sensation, and reflex examinations were also normal. Dr. Verdon advised continued use of oral medication for pain management, a cervical collar (when out of bed), a 25-pound lifting restriction, and follow up in four weeks with x-rays.

We note that the restriction from lifting more than 25 pounds would not prevent Ms. Ezerski from performing the lifting requirements of light level work.

---

[1] Cervical myelogram performed on June 17, 2014.

[2] Anterior cervical discectomy and fusion.

[3] A vocational consultant reviewed information relevant to Ms. Ezerski's Own Occupation and concluded that the performance of the Material Duties of that occupation would require the ability to perform light level work, consistent with the conclusion of Mr. Pinti. The definition of light level work was provided in Ms. Schultz's April 24, 2015 letter.

At a follow up visit on January 29, 2015, it is documented that Ms. Ezerski was doing well. She had been compliant with the brace, had returned to more normal levels of activity in the community, and denied pain, although she did report some cervical pain with discomfort on the right side of her jaw, as well as some tingling sensation in both hands. Ms. Ezerski was described as appearing in no acute distress. Examinations of her speech, memory, cranial nerves, strength, motor/coordination, muscle tone, sensation, and reflexes were normal.
Ms. Ezerski was advised to wear a collar while in a motor vehicle and to adhere to a 50-pound lifting restriction.

Records from Ms. Ezerski's primary care physician, Christopher Lauricella, DO (family medicine) document follow up on September 22, 2014 and October 14, 2014 for hand and knee arthritis. With regard to her knee arthritis, Ms. Ezerski reported that there were times when it was difficult for her to get up and down. On October 14, 2014, Dr. Lauricella noted that Ms. Ezerski had undergone a basic rheumatological work up with blood work and x-rays, which were negative. Dr. Lauricella explained that Ms. Ezerski's evaluation was more consistent with osteoarthritis and advised her with regard to "exercise range of motion et cetera." At that time, Ms. Ezerski's medications were noted to include Cymbalta 30 mg and Topamax 50 mg.

Ms. Ezerski was seen for a pre-operative evaluation on December 5, 2014. Following her December 15, 2014 surgery, Ms. Ezerski was seen in follow up by Dr. Lauricella on February 26, 2015. At that time, Ms. Ezerksi reported that she had lost her sister due to a sudden illness, which triggered a marked increase in her dysphoric mood. On psychiatric evaluation, Ms. Ezerski was observed to have a normal mood and affect. Her behavior, judgment, and thought contact were also normal. Dr. Lauricella advised an increase in Ms. Ezerski's Cymbalta to 60 mg. He also prescribed naproxen 500 mg for epicondylitis (tennis elbow, right).

Following Northwestern Mutual's receipt of the updated records from Ms. Ezerski's medical providers, her file was forwarded to Dr. Shih again for review. It remained Dr. Shih's opinion that a degree of impairment precluding full time sedentary work activity was not supported, and that Ms. Ezerski would likely be capable of performing light level work activity.

As noted above, Ms. Ezerski was notified in a letter dated April 24, 2015 that her LTD claim would close with payment through June 22, 2015, based upon the determination that she did not meet the Any Occupation Definition of Disability. More specifically, it was determined that Ms. Ezerski was not precluded by Sickness or Injury to perform with reasonable continuity sedentary level occupations, such as Customer Service Representative, Receptionist, and Appointment Clerk.

**Additional Information Submitted for Review:**

You submitted additional information for Northwestern Mutual's consideration in reviewing Ms. Ezerski's claim, consisting of updated records from Dr. Verdon and Dr. Lauricella and an FCE performed on June 15, 2015.

These records document that Ms. Ezerski was seen by Dr. Verdon for a three-month postoperative follow up on March 12, 2015. During that visit, Ms. Ezerski reported that she had been having difficulty swallowing with choking episodes (three weeks before), which was precipitated by her sisters untimely death. She also complained of bilateral upper extremity paresthesias and back pain. Dr. Verdon described a normal examination with regard to Ms. Ezerski's strength, motor function/coordination, sensation, and reflexes. With regard to her musculoskeletal examination, Dr. Verdon wrote "positive reproducible PSIS tenderness as well as a positive Faber on the left." Dr. Verdon advised a cervical x-ray, speech therapy for evaluation of her swallowing issue, physical therapy for sacroiliac joint dysfunction, and a resting hand splint for carpal tunnel syndrome.

A cervical spine x-ray, performed on March 12, 2015, was found to show anterior fusion of the cervical spine with good alignment.

The records provided document that Ms. Ezerski was seen in follow up by Dr. Lauricella on April 7, 2015 for evaluation of "elbow problem." On examination, Dr. Lauricella found that Ms. Ezerski had point tenderness on the right lateral epicondyle, but noted "range of motion and otherwise neurovascularly intact." Dr. Lauricella administered a lidocaine and Kenalog injection during that office visit.

On April 28, 2015, Ms. Ezerski was seen by Dr. Lauricella for follow up of lipids and lab work. Physical complaints included continued right elbow pain, leg pain (right greater than left), and low back pain. On examination, Ms. Ezerski was described as appearing in no distress. She had normal strength, reflexes, muscle tone, coordination, and gait. Ms. Ezerski had decreased range of motion, pain and spasm in the cervical and lumbar spine. Her mental status examination was normal. At that time, Ms. Ezerski's medications included Zocor 10 mg, tramadol 50 mg, Topamax 50 mg, and Cymbalta 60 mg.

A lumbar spine MRI, performed on May 1, 2015, was found to show the following:

1. Mild lumbar disc desiccation and bulging.
2. Mild lumbar facet arthropathy.
3. No evidence of lumbar disc herniation or nerve root.

An EMG performed on June 3, 2015 was interpreted as follows:

> **Impression**: Above findings suggestive of possible borderline sensory neuropathy. There is no EMG evidence of lumbar radiculopathy. There is no evidence of lumbosacral plexopathy. There is no evidence of myopathy or motor neuron disease on today's examination. I suggest a trial of Neurontin for symptomatic relief.

Ms. Ezerski was seen in follow up by Dr. Lauricella on June 10, 2105 to discuss test results specifically with regard to leg pain (MRI, EMG results). Dr. Lauricella prescribed Ms. Ezerski Lyrica. Ms. Ezerski's musculoskeletal and neurological examinations were described as follows:

Musculoskeletal: Normal range of motion.

Neurological: She is alert and oriented to person, place, and time. She has normal strength. She displays no atrophy and no tremor. No sensory deficit. She exhibits normal muscle tone. Gait normal.

Ms. Ezerski was seen in follow up by Dr. Verdon on June 11, 2015. On that date, Dr. Verdon noted that Ms. Ezerski had undergone a swallowing function evaluation[4]. Ms. Ezerski reported having coughing episodes, which she related to anxiety. She presented, however, for evaluation of back pain. Dr. Verdon documented Ms. Ezerski's physical examination as follows:

**Neurological Examination:**

The patient is alert and oriented x 3. Language, memory, fund of knowledge, attention span, and concentration all within normal limits.

Cranial nerve II: Full visual fields to confrontation. Cranial nerves III, IV, and VI: Pupils are equal, round, and reactive to light and accommodation with full extraocular movements which are intact. Cranial nerve V: Normal sensation. Cranial nerve VII: Symmetrical and full facial movements bilaterally. Cranial nerve VIII: The patient is able to hear finger rub bilaterally. Cranial nerve IX and X: Symmetric palatal elevation with phonation bilaterally. Cranial nerve XI: Normal trapezius and shoulder shrugging bilaterally. Cranial nerve XII: Symmetric and normal tongue movements bilaterally.

**Strength Examination**:

Motor:

| | Left | Right |
|---|---|---|
| Deltoid (C5) | 5 | 5 |
| Wrist Ext (C6) | 5 | 5 |
| Triceps (C7) | 5 | 5 |
| Thumb Ext (C8) | 5 | 5 |
| Intrinsic (T1) | 5 | 5 |

| | Left | Right |
|---|---|---|
| Hip Flex (L2) | 5 | 5 |
| Knee Ext (L3) | 5 | 5 |
| Dorsiflexion (L4) | 5 | 5 |
| EHL (L5) | 5 | 5 |
| Plantarflex (S1) | 5 | 5 |

The patient's tone and bulk are normal. There is no associated pronator drift. There is no obvious wasting of extremities and no obvious fasciculations.

**Sensation**: From C5 to T1 and L1 to S1 is intact and symmetrical to pinprick and light touch.

**Reflexes**: Deep tendon reflexes are 2+, intact bilaterally.

---

[4] This test was performed on May 27, 2015 and was found to be normal.

Pathologic reflexes: There is no Hoffmann's, clonus, crossed adductor reflexes, or long tract signs.

**Cerebellar Testing**: There is no dysmetria, dysdiadochokinesia. Finger-to-nose, heel-to-shin, and Romberg tests were all present and intact.

**Gait**: Patient's gait is normal. Gait is intact without antalgia. Tandem gait and heel-to-toe walking were intact. The patient walks without an assistive device.

**Posture**: There is normal cervical lordosis, normal thoracic kyphosis, and normal lumbar lordosis. The sagittal spine alignment is balanced without scoliosis. There is no associated local paraspinal muscle tenderness.

**Range of motion**: of the cervical, thoracic, and lumbar spines are within normal limits in flexion, extension, side bending, rotation in all planes.

**MUSCULOSKELETAL**: There is no spinal deformity or step-off. There is no palpable spinal tenderness. There is no bicipital tenderness bilaterally. There is no trochanteric asymmetry or tenderness bilaterally. The PSIS are symmetrical without tenderness. The lateral malleoli are symmetric bilaterally.

**SPECIAL TESTS**: Straight leg raise, seated leg raise, Well Leg Raise, Shopping Cart sign, Faber/Patrick's test positive on the right, Pelvis Distraction, Pelvis Compression, Thigh Thrust, Gaenslen, Drop Arm/Empty Can, Tinel sign, Hoover Test, Waddell's signs, are negative.

Dr. Verdon assigned Ms. Ezerski an Oswestry Disability Index Score of 72%.[5] He advised diclofenac 50 mg and physical therapy.

As noted above, the information you submitted for Northwestern Mutual's consideration includes an FCE performed by physical therapist, Rick Wickstrom. As documented by PT Wickstrom, Ms. Ezerski was referred for the FCE for the purpose of appealing the denial of her LTD and Social Security Disability claims.

---

[5] Dr. Verdon's records document the following with regard to Oswestry disability scores:
**0 – 20 (minimal disability):** Patients can cope with most activities of daily living. No treatment may be indicated except for suggestions on lifting, posture, physical fitness and diet. Patients with sedentary occupations (ex. Secretaries) may experience more problems than others.
**21 – 40 (moderate disability):** Patients may experience more pain and problems with sitting, lifting and standing. Travel and social life are more difficult. Patients may be off work. Personal care, sleeping and sexual activity may not be grossly affected. Conservative treatment may be sufficient.
**41 – 60 (severe disability):** Pain is a primary problem for these patients, but they may also be experiencing significant problems in travel, personal care, social life, sexual activity and sleep. A detailed evaluation is appropriate.
**61 – 80 (crippled):** Back pain has an impact on all aspects of daily living and work. Active treatment is required.
**81 – 100:** These patients may be bed bound or exaggerating their symptoms. Careful evaluation is recommended.

Ms. Ezerski reported significant functional impairment to PT Wickstrom stating, for example, that she has shortness of breath after walking half a block, has moderate difficulty lying down/reclining, bathing/grooming (husband shaves her legs)[6], preparing meals, talking on the phone, using a computer, sitting down, speaking and hearing. She has severe difficulty with the following functions:

- Traveling as a passenger
- Shopping for essentials
- Doing light housework
- Doing yard work
- Standing
- Walking
- Climbing up or down stairs
- Reaching overhead
- Kneeling down
- Near/close vision
- Far/distant vision

As documented by PT Wickstrom, Ms. Ezerski exhibited restricted range of motion, as follows:

| | | | |
|---|---|---|---|
| Neck | Flexion | 25 degrees | (45+ is normal) |
| | Extension | 35 degrees | (55+ is normal) |
| | Side Bend, right | 20 degrees | (35+ is normal) |
| | Side Bend, left | 10 degrees | (35+ is normal) |
| | Rotation, right | 60 degrees | (65+ is normal) |
| | Rotation, left | 60 degrees | (65+ is normal) |
| Back | Sacral Tilt | 25 degrees | (10 to 20 is normal) |
| | Sacral Flexion | 45 degrees | (60+ is normal) |
| | True Lumbar Flexion | 45 degrees | (50+ is normal) |
| | True Lumbar Extension | 10 degrees | (20+ is normal) |
| Shoulder | Flexion, right | 140 degrees | (160+ is normal) |
| | Flexion, left | 150 degrees | (160+ is normal) |
| | Extension, right | 40 degrees | (45+ is normal) |
| | Extension, left | 40 degrees | (45+ is normal) |
| Wrist | Flexion, right | 55 degrees | (55+ is normal) |
| | Flexion, left | 65 degrees | (55+ is normal) |
| | Extension, right | 55 degrees | (50+ is normal) |
| | Extension, left | 45 degrees | (50+ is normal) |

PT Wickstrom found that Ms. Ezerski had normal range of motion of the elbows, hands, ankles, and feet.

[6] Ms. Ezerski states that her husband is also disabled, however, and that she has to cut his food.

We note that, four days earlier, Dr. Verdon found that Ms. Ezerski's range of motion of the cervical, thoracic, and lumbar spines were within normal limits in flexion, extension, side bending, and rotation in all planes.

In his report, PT Wickstrom documented that Ms. Ezerski's safe lifting limits were as follows:

| | |
|---|---|
| High lift strength – both arms (overhead) | 2 pounds |
| Low lift strength – left arm | 2 pounds |
| Chest lift strength – both arms | 3 pounds |
| Knee lift strength – both arms | 5 pounds |
| Two-Arm Carry – distance 28 feet | 5 pounds |

PT Wickstrom rated Ms. Ezerski's performance rating as "medium low", explaining the following:

> Subject was cooperative and provided a good effort on some exam tasks that did not significantly stress recent problems (sic) areas; however, problems reported and related physical limitations demonstrated were only partly substantiated by objective findings.

Specific performance concerns noted by PT Wickstrom included the following:

- Unusual or inconsistent symptoms
- Superficial or non-anatomic tenderness
- Inconsistent weakness or strength
- Unusual behaviors or overreaction
- Increased baseline symptoms after exam

PT Wickstrom summarized Ms. Ezerski's functional capabilities as follows:

| Materials Handling Forces | Worker |
|---|---|
| Constant lift/carry >30x/hour | 0 pounds |
| Frequent lift/carry 13-30x/hour | 1 pound |
| High lift maximum >52 inches | 2 pounds |
| Knee to mid-lift maximum | 5 pounds |
| Low lift maximum <15 inches | 2 pounds |
| Mid- to chest lift maximum | 3 pounds |
| Short carry maximum <=30 feet | 5 pounds |
| Static pull maximum force | 15 pounds |
| Static push maximum force | 20 pounds |
| Work Tolerances | Worker |
| Bend over/stoop | Seldom |
| Climb ladders/scaffolding, etc. | None |

| | |
|---|---|
| Climb stairs[7] | Seldom |
| High reaching, both arms | Seldom |
| High reaching, one arm | Seldom |
| Low work (e.g. kneel/squat) | None |
| Operate foot controls | Occasional |
| Sit | Occasional |
| Stand/walk | Occasional |
| Physical Aptitudes | Worker |
| Ambulation agility | Very low |
| Close/near vision acuity | High |
| Distant/far vision acuity | High |
| Keyboarding speed | Very low |
| Finger dexterity, both hands | Low |
| Finger dexterity, one hand | Low |
| Manual dexterity, both hands | Low |

PT Wickstrom noted that Ms. Ezerski was cooperative, but that she presented with a very depressed affect and was very emotionally labile throughout the exam. He concluded the following:

> (Ms. Ezerski's) prognosis is poor for return to her full range of previous duties as a retail manager at Kirlans (sic) Hallmark. She is extremely debilitated and would be unable to work on a sustained, full-time basis at any level of physical demands. Her poor physical functioning was likely impacted by co-existing mental health conditions that were not a primary focus for this physical exam. I don't believe that she will make any substantial functional improvement in physical therapy until her mental health is more stable. It is therefore recommended that she receive appropriate mental health care as the first priority. She is not likely to benefit from her current program of physical therapy until she feels less overwhelmed by chronic pain and other circumstances. She should be encouraged to walk as tolerated and to participate as tolerated in a simple program of group aquatic exercise.

Ms. Ezerski presented to Dr. Lauricella for a "recheck" on July 24, 2015 and her lipids were specifically discussed. Ms. Ezerski's musculoskeletal and neurological examinations were described as follows:

- Musculoskeletal: Normal range of motion.

[7] PT Wickstrom noted Ms. Ezerski's report that she lives in a tri-level house.

Neurological: She is alert and oriented to person, place, and time. She has normal strength. She displays no atrophy and no tremor. No sensory deficit. She exhibits normal muscle tone. Gait normal.

The documentation your office provided lists both Dr. Lauricella and Dr. Verdon as physicians on the summary page of the FCE report, as well as a box labeled "Physician's Signature (if agree)." Dr. Verdon signed the summary sheet on October 1, 2015 and this was submitted as "Exhibit B." However, not included in this information was a summary sheet signed by Dr. Lauricella.

As noted above, you also submitted a vocational opinion report from Mr. Pinti, dated September 2, 2015. As noted in your letter, Mr. Pinti stated the following in his September 2, 2015 report:

> Ms. de Oliveira's opinion is invalid because her assumptions pertaining to Mrs. Ezerski's functional capabilities were incorrect. As demonstrated in the FCE and clearly stated by Dr. Wickstrom, Mrs. Ezerski is NOT capable of performing even sedentary work activity. Therefore, Mrs. Ezerski does not retain transferrable skills to other work.

We not that Mr. Pinti's report contains no vocational analysis whatsoever, and merely provides a summary of Ms. Ezerski's work history (with no discussion of the job duties or required skills), Dr. Shih's April 15, 2015 medical opinion, and of the June 15, 2015 FCE.

It is clear from his report that Mr. Pinti has accepted PT Wickstrom's conclusions with regard to Ms. Ezerski's ability to work. For reasons that will be discussed below, Northwestern Mutual is unable to do so.

Mr. Pinti did not provide any rationale for a statement that Ms. Ezerski does "not retain transferrable skills to other work" based upon any independent analysis of the information he reviewed. We also note that Mr. Pinti did not express any disagreement that Ms. Ezerski is qualified by education, training, and experience to perform the occupations of Customer Service Representative, Receptionist, and Appointment Clerk.[8]

**Assessment of Medical Information**:

As noted above, as part of the Benefits Department's review, Ms. Ezerski's claim file was reviewed on three occasions by Dr. Shih.

As part of the Administrative Review Unit's review, Ms. Ezerski's claim file was forwarded for review by a physician consultant who was not previously consulted with regard to this claim. That review was completed by Dr. Ingram, a board-certified rheumatologist.

---

[8] As noted in Ms. De Oliveira's November 3, 2014 report, these occupations are sedentary level occupations and would allow for positional change as needed throughout the workday.

Dr. Ingram noted that Ms. Ezerski's medical records document the following:

- Cervical disk disease and spondylosis. No evidence for neurogenic impingement post surgery.
- Lumbar spine age expected spondylosis without neurogenic impingement.
- Chronic low back pain and neck pain and chronic pain disorder.
- History of general anxiety and depressive disorder on treatment, but without evidence of significant severity to warrant mental health evaluation and treatment.

Dr. Ingram did not find that the medical information in Ms. Ezerski's claim file supports a degree of impairment as to preclude full time sedentary level work activity from her March 2013 cease work date to the present, aside from a reasonable recovery period following her December 15, 2014 surgery. She commented as follows:

> It is reasonable that she is limited to no more than one-third of her day standing and walking and she is restricted from kneeling and crawling and restricted from overhead work. There is no limitation for lifting, carrying, or pushing/pulling up to 10 pounds occasionally. There are no limitations for sitting up to 8 hours per workday with reasonable breaks. There is no limitation for frequent handling and fingering. Please note that there is no physiologic explanation for her slowness on her exams.' The FCE is invalidated by significant inconsistencies, +Waddell's sign, lack of increased heart rate, noted by PT Wickstrom on her FCE. Noted is that she had almost normal range of motion of the cervical spine for lateral rotation.

Dr. Ingram found that PT Wickstrom's examination on June 15, 2015 contrasts with Dr. Verdon's examination four days earlier on June 11, 2015 noting, for example, that Dr. Verdon found that Ms. Ezerski had normal strength in all major muscle groups and that she had normal range of motion of the cervical, thoracic and lumbar spine, and normal flexion and side bend. Dr. Ingram commented as follows:

> The contrast between the surgeon's exam and then the FCE four days later highlights that the FCE is inconsistent and shows less than maximum and appropriate effort by Ms. Ezerski. The observations of the surgeon are given much more weight than the physical therapist. The physical therapist's conclusion that she had limited range of motion of the neck is contradicted by the almost normal range of motion of lateral rotation, and only moderate decreased flexion and near full extension. There is no rationale for this discrepancy and his recommendations. I conclude that the functional capacity evaluation underscores the patient's lack of credibility regarding her complaints. Her descriptions of her severity of performing activities is not duplicated in the physician's note. PT Wickstrom's conclusions dismiss his observations of significant inconsistencies and validity concerns.

With regard to the notation of a Disability Index Oswestry Score of 72% noted by Dr. Verdon in June 2015, Dr. Ingram explained that this is based on a self pain questionnaire commonly used to follow patients with lumbar pain and that 100% is maximum severity of pain and limitations. She noted as well that an Oswestry Score of 72% (crippled) is inconsistent with Dr. Verdon's assessment of her condition and the benignity of her examination (described in detail above).

As part of her review, Dr. Ingram contacted Dr. Verdon and spoke to him by telephone. Dr. Ingram summarized the contents of her telephone conversation with Dr. Verdon in a letter dated November 6, 2015, as follows:

> My review of her records show that she has chronic pain. She had no complications from the three-level cervical spine fusion surgery by you in December 2014. I asked you whether she had any observed limitations in the exam room. You note that you do a brief postop exam focusing on recovery from surgery. You do state that she has no difficulty walking.
>
> I asked regarding your normal exam in June 2015 including neurologic exam versus the functional capacity evaluation she had by physical therapist June 15, 2015 that concluded she could do minimal physical activity and could not do sedentary level work. I noted that there are discrepancies in her push/pull strength which are not explained and discrepancy in her grip strength with at one time the right being in position two was 43 pounds, but upon further testing at a separate time was 20 pounds and 14 pounds, not showing a bell shaped curve, which is indicative of variable effort.
>
> You reviewed that you had been a physical therapist prior to your neurosurgery career and you understand that (sic) physical therapist would be able to ascertain level of effort and inconsistencies. You assess that probable explanation (sic) is that she was giving less than full effort.
>
> You state that you cannot provide objective evaluation for her difficulty to work, and rely upon the FCE. You state that you felt that her request for disability "came out of left field" – which I interpret as to say it was surprising, and was not congruent with your assessment of her physical capabilities, and had assumed return to work was part of goal of surgery. You state from a surgical standpoint she is stable.
>
> You note that you remember she has had intermittent episodic depression which can be fairly severe, but you are unaware of any further evaluation or treatment.[9]

[9] During a telephone conversation with Northwestern Mutual in November 2014, Ms. Ezerski stated that she was being seen by Dr. Verdon, Dr. Lauricella, and Dr. Cheng-Ching. During that conversation, Ms. Ezerski was asked to notify Northwestern Mutual if she saw any other providers to ensure that the Benefits Department had all updated medical records in reviewing her claim.

Dr. Ingram noted that, although she appreciated the advocacy of Dr. Verdon, her conversation with him did not change her opinion, particularly given Dr. Verdon's normal physical examination four days prior to the FCE.

**Conclusion**:

The information in Ms. Ezerski's claim file documents that she ceased working as a Store Manager for Kirlin's Hallmark in March 2013 and has been primarily followed by Dr. Verdon and Dr. Lauricella. While Ms. Ezerski may require ongoing follow up for her various pain complaints, we are unable to reach a conclusion that she has been unable, as a result of Sickness or Injury, to perform with reasonable continuity the Material Duties of any gainful occupation.

While we acknowledge that Ms. Ezerski may not be symptom-free, the medical information in her claim file does not support a degree of functional impairment as to preclude work activity, particularly non-physically demanding work activity.

We are unable to accept the June 15, 2015 FCE as a valid measure of Ms. Ezerski's physical functional capabilities for the reasons outlined by Dr. Ingram, which are discussed above. This is further supported by PT Wickstrom's own observation that Ms. Ezerski exhibited unusual or inconsistent symptoms, superficial or non-anatomic tenderness, inconsistent weakness or strength, and unusual behaviors or overreaction, which has now also been acknowledged by Dr. Verdon.

While we understand that Ms. Ezerski's emotional state on that date may have interfered with her FCE results, we are also unable to reach a conclusion that Ms. Ezerski has met the Definition of Disability on the basis of mental disorder.

In this regard, the information in Ms. Ezerski's claim file indicates that she has longstanding depression for which she takes Cymbalta. However, her disability has not been certified on the basis of mental disorder at any time from March 2013 to the present. Additionally, it does not appear that Ms. Ezerski has been referred to, or treated by, a mental health specialist due to any concerns about the status of her depression. If we are incorrect in this regard, please let us know.

In summary, we do not find that Ms. Ezerski has been unable, as a result of Sickness, Injury, or Pregnancy, to perform with reasonable continuity the Material Duties of any gainful occupation for which she is reasonably fitted by education, training, and experience. Therefore, the decision to close her LTD claim is correct and must be upheld.

If Ms. Ezerski so requests, we will provide her copies of all documents, records and other information relevant to her claim without charge. Ms. Ezerski also has the right to file suit under Section 502(a) of the Employee Retirement Income Security Act or state law, whichever is applicable.

The Group Policy does not provide voluntary alternative dispute resolution options. However, Ms. Ezerski may contact her local U.S. Department of Labor Office and her State insurance regulatory agency for assistance.

Part 919 of the Rules of the Illinois Division of Insurance requires that our company advise Ms. Ezerski that if she wishes to take this matter up with the Illinois Division of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Suite 15-100, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767. The Springfield office can also be reached by calling (217) 782-4515.

We want to assure you that our review was conducted fairly and objectively, taking into consideration all information available to us and the policy provisions applicable to your client's claim. We also want to let you know that upon further investigation, other valid reasons for limiting or closing Ms. Ezerski's claim could come to our attention. Therefore, Northwestern Mutual reserves the right to consider and assert any other reasons for limitation or closure of this claim should they occur in the future.

Ms. Ezerski is entitled to one independent review under the terms of the Group Policy. This concludes the administrative review process by the Administrative Review Unit.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit

cc: File

Therese-Daniel Ezerski



**Therese-Daniel Ezerski**

Message | ···

Timeline | About | Friends | Photos | More ▾

Recent
2014
2013
1991

DO YOU KNOW THERESE-DANIEL?

If you know Therese-Daniel, send him a message.

Photos



Friends · 22




English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More · Facebook © 2016

**Therese-Daniel Ezerski** updated his profile picture.
December 19, 2015 at 9:27am



Share

4 people like this.

**Therese-Daniel Ezerski**
December 4, 2015

They are Great!




529,704 Likes
901 talking about this

Like Page

Share

**Therese-Daniel Ezerski** updated his cover photo.
November 28, 2015



Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Friends · 22




Sponsored



I want to be a minimalist



Share

5 people like this.

Karen Rooks Aunt Therese-Daniel Ezerski who is this pic of
November 29, 2015 at 7:20am

Therese-Daniel Ezerski Karen, this is Olivia and Sophia. Two of my Granddaughters. Olivia is the baby and is Anthony's, and Sophia is Lindsey's daughter.
November 29, 2015 at 9:23am

Pauline Walkoviak Awwwwww such a sweet picture.
November 29, 2015 at 10:17am

**Therese-Daniel Ezerski** updated his cover photo.
April 8, 2015



Share

5 people like this.

Therese-Daniel Ezerski Brother and Sister now with the newest member Olivia.
April 8, 2015 at 8:48pm · Edited

**Therese-Daniel Ezerski** updated his cover photo.
March 5, 2015



Share

7 people like this.

**Therese-Daniel Ezerski** updated his cover photo.
December 28, 2014






English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2016

Friends 22




English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2016

Friends · 22



English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2016

Friends · 22



English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More
Facebook © 2016

Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a

Friends · 22




English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More · Facebook © 2016

Friends · 22




English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More · Facebook © 2016

Friends · 22




English (US) · Privacy · Terms · Cookies · Advertising · Ad Choices · More · Facebook © 2016

Friends · 22






Share

5 people like this.

**Therese-Daniel Ezerski** updated his cover photo.
November 23, 2014



Share

3 people like this.

Therese-Daniel Ezerski This is our dog Lilly!! She did not like the snow!
November 23, 2014 at 12:18pm

**Therese-Daniel Ezerski** updated his profile picture.
November 23, 2014 ·




Share

12 people like this.

Ashley Lesher Such of good picture! I would love to have a copy.
November 23, 2014 at 1:44pm

Therese-Daniel Ezerski Thank you Ashley. We can arrange that.
November 23, 2014 at 5:03pm · 1

holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored






English (US) · Privacy · Terms · Cookies · Advertising
Ad Choices · More
Facebook © 2016

Friends · 22




English (US) · Privacy · Terms · Cookies · Advertising
Ad Choices · More
Facebook © 2016

November 2014

Friends 22




English (US) · Privacy · Terms · Cookies · Advertising
Ad Choices · More
Facebook © 2016

Therese-Daniel Ezerski updated his profile picture.
November 23, 2014



Share

Michelle Older North likes this.

Michelle Older North Love this!
November 23, 2014 at 12:10pm

Therese-Daniel Ezerski Thanks Shelley! This was taken when Dan and I went to South Carolina this fall.
November 23, 2014 at 12:15pm · 1

Posts from 2014



Top photos in 2014

Made 5 new friends

Therese-Daniel Ezerski updated his cover photo.
November 23, 2014



Share

3 people like this.

Therese-Daniel Ezerski This is our dog Lilly!! She did not like the snow!
November 23, 2014 at 12:18pm

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...

**Therese-Daniel Ezerski** updated his profile p...
November 23, 2014 ·




Share

12 people like this.

**Ashley Losher** Such of good picture! I would love to have a copy.
November 23, 2014 at 1:44pm

**Therese-Daniel Ezerski** Thank you Ashley. We can arrange that.
November 23, 2014 at 5:03pm · 1

**Therese-Daniel Ezerski** updated his profile picture.
November 23, 2014 ·



Share

Michelle Older North likes this.

**Michelle Older North** Love this!
November 23, 2014 at 12:10pm

**Therese-Daniel Ezerski** Thanks Shelley! This was taken when Dan and I went to South Carolina this fall.
November 23, 2014 at 12:15pm · 1

October 2014

LIKES · October 2014

Posts from 2014

bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

Target | American Center for Law





Top photos in 2014 | Made 5 new friends

August 2014

Posts from 2014





Top photos in 2014 | Made 5 new friends

**Therese-Daniel Ezerski** updated his cover photo.
August 16, 2014 ·



Share

8 people like this.

**Therese-Daniel Ezerski** updated his profile picture.
August 16, 2014 ·



Share

10 people like this.




I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



June 2014

LIKES · June 2014




Stand With Arizona (and




2nd Amendment

+10

Posts from 2014



Top photos in 2014

Made 5 new friends

**Therese-Daniel Ezerski**
June 15, 2014 ·

HAPPY FATHER'S DAY DAN! ENJOY YOUR DAY!

Share

2 people like this.

**Therese-Daniel Ezerski** shared 94.9 The Bull's photo
June 11, 2014 ·




94.9 The Bull with Joyce White Schrock and 5 others.
March 24, 2014 ·

Like Page

Agree? ☺

Share

4 people like this.

**Therese-Daniel Ezerski** shared Ellen DeGeneres's photo.
June 9, 2014 ·




Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)



Ellen DeGeneres
June 9, 2014 ·

Like Page

Happy birthday, Johnny Depp. I'm wearing our friendship bracelet. Are you?

Share

**Therese-Daniel Ezerski** shared Mandatory's photo.
June 9, 2014 ·




Share

Ashley Lesher likes this.

**Therese-Daniel Ezerski** updated his cover photo.
June 8, 2014 ·



Share

2 people like this.

**Therese-Daniel Ezerski** This was at the Columbus Zoo. Had a nice time there.
June 8, 2014 at 11:18am

**Therese-Daniel Ezerski** shared Redneck an Country Jam's photo.
June 8, 2014 ·



Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Redneck an Country Jam
June 8, 2014 ·

Like Page

~BamaPrincess~

Share

Therese-Daniel Ezerski likes this.

Therese-Daniel Ezerski Ashley how would you like this truck?
June 8, 2014 at 9:15am

**Therese-Daniel Ezerski** shared Heart 107.3's photo.
June 7, 2014 ·




Heart 107.3 with Kimberly Koncewicz and 4 others
April 26, 2014 ·

Like Page

Identify the ones who matter and stick with them! xx - Kim & Dave

#heart1073 #friends

Share

**Therese-Daniel Ezerski** shared Redneck an Country Jam's photo.
June 7, 2014 ·




Redneck an Country Jam
June 7, 2014 ·

Like Page

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Share

2 people like this.

Therese-Daniel Ezerski This is so true Dani!
June 7, 2014 at 6:56pm

**Therese-Daniel Ezerski** with John Wuest and Marie Wuest.
June 7, 2014

Here is our family's four generations!!! How lucky we are!!



Share

6 people like this.

Andrew Lesher That's such a good picture you all look so beautiful
June 7, 2014 at 10:10am

Therese-Daniel Ezerski Thank you Andrew.
June 7, 2014 at 1:02pm

**Therese-Daniel Ezerski** with Marie Wuest and John Wuest
June 7, 2014

My Mom and step-dad Dan. What a nice picture!!



Share

5 people like this.

John Wuest Cool pic
June 7, 2014 at 7:20am

Michelle Quintana-Wuest What a nice picture. They both look very happy.
June 7, 2014 at 7:21am

Sue Wuest nice.
June 7, 2014 at 9:15am

**Therese-Daniel Ezerski**
June 6, 2014

Sophia had her first s' more tonight around our fire pit. She loved it and all she wanted was the chocolate!!!!

Share

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House...

**Therese-Daniel Ezerski** feeling happy.
June 6, 2014 ·

We had a great morning with my mom and step-dad. They got to see Lindsey and Sophia which meant so much. Hope to spend more time with them this summer!!! Love you mom; Therese

Share

4 people like this.

**Sue Wuest** Is Aunt Marie doing well? Give her my regards. Tell her that I remember her as the fun aunt.
June 6, 2014 at 8:11pm · Edited

**Therese-Daniel Ezerski** Yes she is doing ok. She had a stroke about six years ago and is paralyzed,....
June 6, 2014 at 8:22pm 1

**Therese-Daniel Ezerski** shared Mandatory's photo
June 3, 2014 ·




Share

Therese-Daniel Ezerski likes this.

— May 2014 —

Posts from 2014



Top photos in 2014 | Made 5 new friends

**Therese-Daniel Ezerski** shared Dr. Annette Bosworth's photo.
May 17, 2014 ·






Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine,



Share

LIKES · May 2014

Gun Owners of America | National Rifle Association | +12

April 2014

**Therese-Daniel Ezerski**
May 11, 2014

HAPPY MOTHER'S DAY TO ALL THE MOTHER'S OUT THERE!

Share

2 people like this.

Posts from 2014



Top photos in 2014 | Made 5 new friends

**Therese-Daniel Ezerski** shared Debbi Daniels-Hicks's photo.
April 25, 2014




**Debbi Daniels-Hicks** ▸ **Jeff Foxworthy**
April 23, 2014

For sale sign? Makes you want to knock on the door and ask if Jeff is home! 😊

Share

**Therese-Daniel Ezerski** shared Anja Simon's video.
April 24, 2014



Anja Simon added a new video.


Sponsored



**I want to be a minimalist**
AIRBNB.COM
Palm Springs Tiny House vacation rental



**Award-Winning Wines fro...**
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



**I want to be a minimalist**
AIRBNB.COM
Palm Springs Tiny House vacation rental



**Award-Winning Wines fro...**
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



**I want to be a minimalist**
AIRBNB.COM
Palm Springs Tiny House vacation rental



**Award-Winning Wines fro...**
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



Unsere Clowns - Ein schönes Osterfest wünscht Lino & sein... enotiner

See Translation

Share

Buddy Walkoviak likes this.

Buddy Walkoviak Lmao
April 24, 2014 at 1:29pm

**Therese-Daniel Ezerski** feeling loved.
April 20, 2014

Had a great Easter Sunday with the whole family. A big thank you to all of them for a wonderful day!

Share

4 people like this.

**Therese-Daniel Ezerski** feeling wonderful.
April 9, 2014

Today is our granddaughter's first birthday. Please wish her a Happy Birthday for us!



Share

8 people like this.

View 1 more comment

**Therese-Daniel Ezerski** Thanks Shelly and everyone she had a Great first birthday!
April 10, 2014 at 8:58am · 1

**Michelle Older North** Awe im glad!
See Translation
April 10, 2014 at 8:50am

**Andrew Losher** Shes so beautiful. And growing more and more everyday. What a special and gifted child. I cant wait to see what she can accomplish just like her mommy !!!!
April 10, 2014 at 9:18am · 1

**Michelle Older North** she is a beautiful child
April 10, 2014 at 9:18am

**Therese-Daniel Ezerski** feeling happy.
April 1, 2014

What a beautiful day it was today! Worked in the yard, on the house and took Sophia for a walk, which she loves! I can't believe in one week from tomarrow that our granddaoghter, Sophia will be one year old. This year has been filled with everything from, joy, patience, happiness, and lots and lots of LOVE!!!

Share

6 people like this.

March 2014

LIKES · March 2014

+23

Posts from 2014

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it

Oliver North | Jessica



Top photos in 2014 | Made 5 new friends

**Therese-Daniel Ezerski** shared a link.
March 26, 2014

I just earned a free appetizer by joining the Texas Roadhouse Roadie VIP eClub!
Earn yours by clicking here!
ASSETS.FBMTA.COM

Share

2 people like this.

**Therese-Daniel Ezerski**
March 25, 2014

Has anyone seen Andrew Lesher? Let me know.

Share

**December 2013**

LIKES · December 2013



Dana Perino | Willie Robertson Fan Club | +21

Posts from 2013



Top photos in 2013 | Made 13 new friends

**Therese-Daniel Ezerski** updated his profile picture.
December 14, 2013



Share

2 people like this.

**Therese-Daniel Ezerski** updated his profile picture.
December 14, 2013

From our partners: You wouldn't dream of hosting a holiday party without wine, would you?

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?

Chat (5)

Sponsored



Share

Ashley Lesher likes this.

**Therese-Daniel Ezerski** updated his cover photo.
December 14, 2013 ·



Share

Michelle Older North likes this.

October 2013

LIKES · October 2013

Storage Wars on A&E



Jase Robertson

+6

Posts from 2013



Top photos in 2013



Made 13 new friends

**Therese-Daniel Ezerski** updated his cover photo.
October 11, 2013 ·






I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Share

2 people like this.

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

September 2013

Posts from 2013


Top photos in 2013


Made 13 new friends

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

**Therese-Daniel Ezerski** updated his cover photo.
September 22, 2013



Share

7 people like this.

**Karen Rooks** Beautiful is this your home
September 24, 2013 at 1:46pm

**Therese-Daniel Ezerski** Yes it is. Thank you.
September 24, 2013 at 1:49pm

**Therese-Daniel Ezerski** We are coming up in October hope to see you then!
September 24, 2013 at 1:50pm

**Karen Rooks** Great so excited to see all of you
September 24, 2013 at 1:56pm

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

**Therese-Daniel Ezerski** updated his profile picture.
September 13, 2013



Share

Sponsored


I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental


Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored

7 people like this.

Andrew Lesher Shes is growing so fast but shes so be[...], its crazy I really am looking forward to amira and her growing up together, oh wow
September 13, 2013 at 10:40pm

**Therese-Daniel Ezerski** updated his cover photo.
September 13, 2013



Share

3 people like this.




I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored


## August 2013

FRIENDS · August 2013




LIKES · August 2013

MIAMI UNIVERSITY
Miami University



Country music

+7

Posts from 2013



Top photos in 2013

Made 13 new friends

**Therese-Daniel Ezerski** updated his profile picture.
August 13, 2013



Share

4 people like this.

John Wuest Cool Pic.
August 13, 2013 at 5:39am

Therese-Daniel Ezerski Thanks Anthony and Lindsey are growing up way to fast!!!
August 13, 2013 at 5:40am · 1

Peggy Strock Now that's a nice picture. But where's No tan Dan?
August 13, 2013 at 10:09am




I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental



Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Sponsored



I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

August 13, 2013 at 11:33am · 1

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

1991

HIGHLIGHTS

MOMENTS FROM THE YEAR

Got Married

Therese-Daniel Ezerski
1991

Got Married

1991

Share

Michelle Tilson likes this.

Chat (5)

I want to be a minimalist
AIRBNB.COM
Palm Springs Tiny House vacation rental

Award-Winning Wines fro...
bonap.it
From our partners: You wouldn't dream of hosting a holiday party without wine, would you?...

Chat (5)

Northwestern Mutual®

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

December 29, 2015

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

We are writing regarding the status of our review of the decision to close your client's Long Term Disability (LTD) claim with Northwestern Mutual Life Insurance Company (Northwestern Mutual)

As of the date of this letter, the Administrative Review Unit's review remains in progress. We anticipate completing our review prior to January 7, 2016, and will endeavor to do so as promptly as possible.

We will continue to send you periodic updates regarding the status of our review and notify you in writing once our review has been completed.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7931

cc: File

Northwestern Mutual

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

December 9, 2015

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

We are writing regarding the status of our review of the decision to close your client's Long Term Disability (LTD) claim with Northwestern Mutual Life Insurance Company (Northwestern Mutual)

As part of the Administrative Review Unit's review, Ms. Ezerski's claim file was forwarded to a physician consultant for review. Although the physician consultant's review has now been completed, the Administrative Review Unit's review remains in progress, taking into consideration the opinion of the physician consultant in the context of the information in the file as a whole. We anticipate completing our review prior to January 7, 2016, and will endeavor to do so as promptly as possible.

We will continue to send you periodic updates regarding the status of our review and notify you in writing once our review has been completed.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7931

cc: File

# *Phone Message*

To THE FILE OF THERESE L EZERSKI

Date 12/9/2015

Caller Katie - Office of Joseph McDonald

Time

Phone (937) 428-9800 Ext

RE: Group ID 20019990

☐ Claimant

Claim # 00319978 Assigned User QA3DEISE

☐ Policyholder KIRLINS INC

Policy 662281 Group Office 042

Claimant name if different from caller:

☐ Other

THERESE L EZERSKI

☐ Call Back ☐ FYI (no return call needed) ☐ Will Call Again ☐ Returned Call

---

Call was regarding:

☐ Status of claim

☐ Monthly reports

☐ Check inquiry/lost check

☐ Taxes/FICA

☐ Please send: (see below)

☐ Change of address: (see below)

☐ Did Standard receive

I reveived a vm from Katie 12/8/15. Ms. Ezerski called their office for a status update. Please call (937) 428-9800.

I called Katie 7:26 a.m. 12/9/15 and was told that Katie was unavailable. Left a message. I recieved a call back from Katie a few minutes later. I let Katie know that the medical review of Ms. Ezerski's claim has been completed. I explained to Katie that I will be thoroughly reviewing the physician consultant's opinion. Although 1/7/16 is day 90, I anticipate completing my review prior to then, within the next 2 weeks.

I agreed to fax decision letter as well as mail it.
DE

Date 12/9/2015 Time Message taken by [signature]
Darci Eisele

Northwestern Mutual®

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

November 19, 2015

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

We are writing regarding the status of our review of the decision to close your client's Long Term Disability (LTD) claim with Northwestern Mutual Life Insurance Company (Northwestern Mutual)

Northwestern Mutual's goal is to complete all requests for an independent review within 45 days of such requests or within 90 days if circumstances warrant an extension.

Because our review of the medical aspect of Ms. Ezerski's LTD claim remains in progress, our review will extend beyond the initial 45-day period, which ends November 23, 2015. However, we certainly anticipate completing our review prior to day 90, which is January 7, 2016, and will endeavor to complete our review as promptly as possible.

We will continue to send you periodic updates regarding the status of our review and notify you in writing once our review has been completed.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7931

cc: File

Northwestern Mutual®

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

November 10, 2015

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

We are writing regarding the status of our review of the decision to close your client's Long Term Disability (LTD) claim with Northwestern Mutual Life Insurance Company (Northwestern Mutual)

As of the date of this letter, the review of the medical aspect of Ms. Ezerski's LTD claim remains in progress. We will do all we can to complete our review as soon as possible once this review has been completed.

We will continue to send you periodic updates regarding the status of our review and notify you in writing once our review has been completed.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit
(971) 321-7931

cc: File

Northwestern Mutual®

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

October 20, 2015

Joseph McDonald
McDonald & McDonald Co., LPA
200 E Spring Valley Rd Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy 662281
Claim No. 00319978

Dear Mr. McDonald:

Northwestern Mutual Life Insurance Company's (Northwestern Mutual) goal is to treat all clients fairly. Your client's file has been forwarded to the Administrative Review Unit for review of the decision to close her Long Term Disability (LTD) claim. This unit was formed specifically to assure that each claim receives a fair and objective review.

We attempt to complete all reviews as promptly as possible. However, please understand that because there are often multiple or complex issues that must be evaluated and/or new information to be gathered and assessed, a more extensive review period may be required in some instances. Ms. Ezerski is entitled to one independent review of the decision to close her LTD claim.

We note that the information documenting Ms. Ezerski's most recent medical treatment suggests issues with depression, although it does not appear from the information provided that she has been referred to a mental health professional for evaluation or treatment. In this regard, please note that Northwestern Mutual is willing to review any mental health progress notes or other medical information related to treatment for this condition should you choose to submit it for consideration.

We will send you periodic updates regarding the status of our review and notify you in writing once our review has been completed.

If you have any questions, please call me at (971) 321-7931.

Sincerely,

Darci Eisele, FLMI, AIRC
Senior Benefits Review Specialist
Administrative Review Unit

cc: File

From the desk of:

**Darci Eisele**

(971) 321-7931

**ADMINISTRATIVE REVIEW UNIT MEMO TO THE FILE**

**Date:** 10/19/15

**Claimant:** Therese Ezerski
**Group** Kirlins, Inc.
**Group Policy** 662281
**Claim No.** 00319978

**Decision date:** 4/24/15 **Review Request received:** 10/9/15
**Assigned date:** 10/15/16

---

Ms. Ezerski is a 52 year-old who ceased working as Store Manager of Kirlin's Hallmark in March 2013. On the Employee's Statement, completed on 6/14/13, MS. Ezerski described her disability as follows:

> I have arthritis, nerve problems in legs and feet. I have a degenerative spinal condition & arthritis in my knees and carpal tunnel in arms. I cannot stand, bend, climb, walk and count money because of this.

The medical information in the claim file documents evaluation and treatment for symptoms including back, foot/ankle pain, elbow, neck, arm, and shoulder pain. She underwent cervical spine surgery on 12/15/14 (C3-6 cervical fusion).

The medical information in the file documents treatment from providers including, but not necessarily limited to, the following:

- Deborah Basinger, FNP
- Esteban Cheng-Ching, MD (neurology)
- Joseph DiCicco, DO (orthopedic surgery)
- Safet Hatic II, DO (orthopedic surgery, foot and ankle)
- Christopher Lauricella, DO (family medicine)
- David Propst, DO (orthopedic surgery)
- Jeffrey Rogers, DO (anesthesiology)
- Michael Verdon, DO (neurological surgery)

In her letter dated April 24, 2015, Holly Schultz, Senior Disability Benefits Analyst, explained that Ms. Ezerski's LTD claim would close based upon the determination that she did not meet the Any Occupation Definition of Disability, which applied to her claim as of June 23, 2015.

ARU
memo

NORTHWESTERN MUTUAL



After receiving the letter, Ms. Ezerski contacted Ms. Schultz on 4/27/15 and stated that she cannot use her hands, turn her head, walk, or drive.

Representing Ms. Ezerski, attorney Joseph McDonald requested a review of the closure decision in his letter dated October 7, 2015. Mr. McDonald submitted additional information for Northwestern Mutual's consideration in reviewing his client's claim, consisting of the following:

| | |
|---|---|
| Exhibit A | Functional Capacity Evaluation<br>(This report states that Ms. Ezerski is receiving PT 2 x week for bilateral CTS) |
| Exhibit B | Dr. Verdon's agreement with FCE results |
| Exhibit C | Dr. Verdon's medical records |
| Exhibit D | Dr. Lauricella's medical records |
| Exhibit E | X-rays |
| Exhibit F | Vocational opinion report from Mark Pinti, Rehabilitation Specialist, dated 9/2/15 |

**Plan**:

As part of my review I will forward Ms. Ezerski's claim file for review by a physician consultant who was not previously consulted with regard to this claim.

er Health
lealth Specialists

# Esteban Cheng-Ching, MD, joins The Clinical Neuroscience Institute



**DAYTON, Ohio (September 12, 2014)** – Esteban Cheng-Ching, MD, has joined the Clinical Neuroscience Institute (CNSI). Dr. Cheng-Ching received his medical degree from the University of Costa Rica School of Medicine. He completed his internal medicine residency at Jacobi Medical Center in New York, and his neurology residency at Cleveland Clinic. He is fellowship trained in vascular neurology and endovascular surgical neuroradiology and is board certified in psychiatry and neurology. Dr. Cheng-Ching will join the CNSI team as a specialist in neurointervention and stroke.

CNSI is a comprehensive, multidisciplinary neuroscience program that provides total neurological care for patients and families in Southwest Ohio. Dr. Cheng-Ching sees patients at CNSI's Miami Valley Hospital location –30 E. Apple St., Suite 5254 in Dayton. CNSI offers diagnosis, treatment and care of conditions that affect one's nervous system. These conditions include Alzheimer's, dementia, epilepsy, multiple sclerosis, Parkinson's and stroke. The Clinical Neuroscience Institute is part of Premier Health Specialists. To schedule an appointment, call (937) 208-4200.

2015 Premier Health. All rights reserved worldwide.

AMA | Membership | JAMA Network | AMA Store

Sign In | Create an Account

AMA AMERICAN MEDICAL ASSOCIATION

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.

AMA DoctorFinder

Frequently asked questions

Search hints

Member benefits and services

AMA Membership: Join/Renew

Is your doctor an AMA member?

AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

Please correct the marked field(s) below before continuing.

## Quick search

Find a physician by name and location OR specialty and location.

## Search by name

Physician last name and state or zip code are required. You can enter either the first name or the first letter of the first name, plus the * sign (wild card), to help narrow the search.

* indicates required field.

Sorry, no physicians match your search criteria

Last name:* cheng-ching

First name:

(Use * as wild card character for first name)

State: OH - Ohio (either State or Zip Code is required)

City:

Zip Code:

Perform a 'sound-like' search if you are unsure of the exact spelling of a name or city, or if your search did not return the desired results.

Quick Search

## Search by physician specialty

Specialty and either state or zip is required. If the medical practice specialty you are looking for does not appear below, please search from an expanded list.

* indicates required field.

Specialty:* Allergy & Immunology

State: Choose a State (either State or Zip Code is required)

City:

Zip Code:

Perform a 'sound-like' search if you are unsure of the exact spelling of a city, or if your search did not return the desired results.

Quick Search

The search by practice specialty option is based on a physician's self-designated primary practice specialty. See Physician licensure, certification, and education for information about physician practice specialty.

If you are having trouble locating a physician or would just like some helpful search tips, please see our Search Hintspage.

AMA | Membership | JAMA Network | AMA Store

Sign In | Create an Account

AMERICAN MEDICAL ASSOCIATION

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.

AMA DoctorFinder

Frequently asked questions

Search hints

Member benefits and services

AMA Membership: Join/Renew

Is your doctor an AMA member?

AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

Joseph D Dicicco , DO AMA member

AMA members must adhere to the AMA's Principles of Medical Ethics

**Primary Specialty (Self Designated)**

(note): ORTHOPEDIC SURGERY

**Gender:**

Male

**Location:**

View Map

Dayton, OH 45414

**Office Phone:**

937-415-9100

**Group Practice Participation:**

Amcare

Orthopedic Associates Of Sw Oh

**Medical School:**

OHIO UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE

**Major Professional Activity:**

OFFICE BASED PRACTICE

View AMA Members New search

AMA MANUAL OF STYLE ONLINE 10
AMA Manual of Style Online
Version 2.0 Available Now!

Copyright 1995- 2015 American Medical Association All rights reserved.

Contact Us | Advertise with Us | Terms of Use | Privacy Policy | Code of Conduct | Sitemap

## Safet O. Hatic II, DO

*Orthopedic Surgery, Foot and Ankle*



As a fellowship-trained orthopedic foot and ankle surgeon, I focus on a broad spectrum of foot and ankle disorders and injuries, including sports medicine, fracture care, arthritis, Achilles and heel pain, adult flat foot, bunions/hammertoes, and diabetic foot and ankle care. I am especially interested in emerging techniques for cartilage restoration and total ankle replacement.

**Affiliations/Memberships**

- American Osteopathic Association
- American Osteopathic Academy of Orthopedics
- American Orthopedic Foot and Ankle Society

**Education**

- Fellowship, orthopedic foot and ankle
  Orthopedic Foot and Ankle Center (Columbus, Ohio)
- Doctor of Osteopathic Medicine
  Ohio University College of Osteopathic Medicine

## Quick Links

(https://www.facebook.com/oaswo)
(https://twitter.com/OASWO)
(https://plus.google.com/115119005123784639839)

(forms.php)

(contact.php)

(faqs.php)

(contact.php)

Book an Appointment

Powered by healow

(https://www.healow.com/apps/practice/orthopedic-associates-of-sw-oh-905)

## Related Content

**Dr. Hatic sees patients at:**

- Dayton (contact.php)
- Centerville (contact.php)
- Greenville (contact.php)
- Sidney (contact.php)

**Physician Assistant**

Holly Wolters (drhatic.php#pa)

**Medical Assistant**

Tori Nuckles

937-439-6461



## Holly Wolters (PA-C)

Holly earned her Master's Degree in Physician Assistant Studies from Kettering College. She also received her bachelor's degree in human biology from Kettering College. Holly is a member of the American Academy of Physician assistants and she is board certified through the National Commission on Certification of Physician Assistants. She works primarily at the north facilities with Dr. Hatic and Dr. Weber, both in surgery and in the office.

In her free time, Holly enjoys spending time with family and friends. She also enjoys watching and participating in sports activities.

Centerville
7677 Yankee Street, Suite 110
Centerville, OH 45459

Dayton
4160 Little York Road, Suite 10
Dayton, OH 45414

Sidney
915 W. Michigan St. Bldg. B
Sidney, OH 45365

Greenville
732 Sweitzer St.
Greenville, OH 45331

Eaton
450 Washington-Jackson
Suite 112 Eaton, OH 45320

Lebanon
1470 N. Broadway St.
Suite 120 Lebanon, OH 45036

West Chester
7117 Dutchland Parkway
Middletown, OH 45044

© 2014 Orthopedic Associates of SW Ohio
Terms of Use (terms.php) | Privacy Policy (documents/privacypolicy.pdf)

AMA AMERICAN MEDICAL ASSOCIATION

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.

AMA DoctorFinder

Frequently asked questions

Search hints

Member benefits and services

AMA Membership: Join/Renew

Is your doctor an AMA member?

AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

Safet Osman Hatic , DO **AMA member**
AMA members must adhere to the AMA's Principles of Medical Ethics

**Primary Specialty (Self Designated)**

(note): UNSPECIFIED

**Gender:**

Female

**Location:**

View Map
Dayton, OH 45414

**Office Phone:**

800-824-9861

**Group Practice Participation:**

Orthopedic Associates Of Sw Oh

**Medical School:**

OHIO UNIVERSITY COLLEGE OF OSTEOPATHIC MEDICINE

**Major Professional Activity:**

OFFICE BASED PRACTICE

View AMA Members New search

1 Network. Any Device.
The JAMA Network Reader.
JN

Copyright 1995- 2015 American Medical Association All rights reserved.

# Provider Profile

| | |
|---|---|
| Name: | Christopher Lauricella |
| Title: | D.O. |
| Specialty: | Family Medicine |
| Gender: | Male |
| Education: | Ohio University |
| Residency: | Grandview Hospital |
| Certifications: | Family Medicine |



**Christopher Lauricella, DO**

**Currently Accepting Appointments: Yes - Call (937) 454-0317**

***Office Hours at 810 Falls Creek Drive:**

*Monday:* 8:00 AM to 5:00 PM
*Tuesday:* 8:00 AM to 6:00 PM
*Wednesday:* 8:00 AM to 1:00 PM
*Thursday:* 8:00 AM to 5:00 PM
*Friday:* 8:00 AM to 1:00 PM

**Doctor's hours may vary. Please be sure to check with the appointment setter to confirm.*

**About Christopher Lauricella, DO**

Dr. Christopher Lauricella is a graduate of Florida State University and Ohio University College of Osteopathic Medicine. He completed his residency in Family Practice at Grandview Medical Center in Dayton.

Dr. Lauricella is certified in Family Practice by the American College of Osteopathic Family Physicians.

Dr. Lauricella has a special interest in cardiology and sports medicine. He has been with Family Medicine of Vandalia and Premier HealthNet since November 2006.

Search Premier Health

Map & Directions

Contact Us

MyChart

**Family Medicine of Vandalia**
810 Falls Creek Drive, Suite B
Vandalia, OH 45377

Phone:
(937) 454-0317
Fax: (937) 454-1668

**Hours Operation**
Monday and Thursday, 8:00 am to 5:00 pm
Tuesday, 8:00 am to 6:00 pm
Wednesday and Friday, 8:00 am to 1:00 pm

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.



AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

**Christopher Lauricella , DO(Non-Member)**

**Primary Specialty (Self Designated)(note):**
UNSPECIFIED

**Location:**
Vandalia, OH 45377

**Office Phone:**
937-454-0317

View Non-Members New search

AMA MANUAL OF STYLE ONLINE 10
AMA Manual of Style Online
Version 2.0 Available Now!

Copyright 1995- 2015 American Medical Association All rights reserved.
Contact Us | Advertise with Us | Terms of Use | Privacy Policy | Code of Conduct | Sitemap

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.



AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

**David A Propst , DO** **AMA member**
**AMA members must adhere to the AMA's Principles of Medical Ethics**

**Primary Specialty (Self Designated)**

(note): ORTHOPEDIC SURGERY

**Secondary Specialties**

(note): ORTHOPEDIC SURGERY OF THE SPINE

**Gender:**

Male

**Location:**

View Map
Centerville, OH 45459

**Office Phone:**

937-428-0400

**Medical School:**

WESTERN UNIV HEALTH SCI COLLEGE OF OSTEOPATHIC MEDICINE OF THE PACIFIC

**Major Professional Activity:**

OFFICE BASED PRACTICE

View AMA Members New search

1 Network. Any Device.
The JAMA Network Reader.
JN

Copyright 1995- 2015 American Medical Association All rights reserved.
Contact Us | Advertise with Us | Terms of Use | Privacy Policy | Code of Conduct | Sitemap

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.



AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

Jeffrey S Rogers , DO AMA member
AMA members must adhere to the AMA's Principles of Medical Ethics

**Primary Specialty (Self Designated)**

(note): ANESTHESIOLOGY

**Secondary Specialties**

(note): PAIN MEDICINE

**Gender:**

Male

**Location:**

View Map
Nelsonville, OH 45764

**Office Phone:**

937-415-9100

**Hospital Admitting Privileges:**

Grandview Hosp & Med Ctr, Dayton, OH
Southview Hospital & Fam Hlth, Centerville, OH

**Group Practice Participation:**

Dr T C Hobbs And Associates In
Forest Grand Anesthesiologists
Orthopedic Associates Of Sw Oh

**Medical School:**

PHILADELPHIA COLLEGE OF OSTEOPATHIC MEDICINE

**Residency Training:**

ROBERT WOOD JOHNSON UNIVERSITY, *ANESTHESIOLOGY*
ALBERT EINSTEIN MEDICAL CENTER, *ANESTHESIOLOGY*

**Major Professional Activity:**

OFFICE BASED PRACTICE

**American Board of Medical Specialties Certification:**

Copyright 2006 American Board of Medical Specialties. All rights reserved.
Anesthesiology

View AMA Members New search




Copyright 1995- 2015 American Medical Association All rights reserved.
Contact Us | Advertise with Us | Terms of Use | Privacy Policy | Code of Conduct | Sitemap

# Provider Profile



Michael Verdon, DO

| | |
|---|---|
| Name: | Michael P. Verdon |
| Title: | DO |
| Specialty: | Surgery: Neurological |
| Gender: | Male |
| Education: | Lake Erie College of Osteopaedic Medicine |
| Residency: | St. John Providence Hospital, Southfield, MI |
| Certifications: | Neurological Surgery |

**Currently Accepting Appointments: Yes - Call (937) 312-9586**

**Languages Spoken:** English

***Office Hours at 9000 N. Main St.:**

*Monday:* 8:00 AM to 4:30 PM
*Tuesday:* 8:00 AM to 4:30 PM
*Wednesday:* 8:00 AM to 4:30 PM
*Thursday:* 8:00 AM to 4:30 PM
*Friday:* 8:00 AM to 4:30 PM

**Doctor's hours may vary. Please be sure to check with the appointment setter to confirm.*

**About Michael P. Verdon, DO**

Dr. Michael Verdon is a graduate of Lake Erie College of Osteopathic Medicine in Erie, Pa. He completed a neurosurgical residency at Michigan State University, St. John/Providence Hospital in Southfield. He is a diplomate of the American Board of Osteopathic Surgeons. Read Dr. Verdon's publications.

2015 Premier Health. All rights reserved worldwide.

DoctorFinder

This online physician Locator helps you find a perfect match for your medical needs DoctorFinder provides you with basic professional information on virtually every licensed physician in the United States. This includes more than 814,000 doctors.

AMA DoctorFinder

Frequently asked questions

Search hints

Member benefits and services

AMA Membership: Join/Renew

Is your doctor an AMA member?

AMA member physicians are offered an expanded listing that contains additional information such as office hours, accepted insurance providers, educational history and other helpful information.

All AMA members must adhere to the AMA's Principles of Medical Ethics.

# DoctorFinder

The information contained in the AMA DoctorFinder report does NOT meet the primary source equivalency requirement as set forth in the credentialing standards of accreditation organizations such as the Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) or the National Committee for Quality Assurance (NCQA).

Michael Peter Verdon , DO(Non-Member)

Primary Specialty (Self Designated)(note):
UNSPECIFIED

Location:
Englewood, OH 45415

View Non-Members New search

1 Network. Any Device.
The JAMA Network Reader.
JN

Copyright 1995- 2015 American Medical Association All rights reserved.
Contact Us | Advertise with Us | Terms of Use | Privacy Policy | Code of Conduct | Sitemap

**Holly Schultz**

**From:** Ellen Guernsey
**Sent:** Thursday, October 15, 2015 12:00 PM
**To:** Holly Schultz
**Subject:** RE: 00319978 Therese Ezerski

Thank you Holly!

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

**From:** Holly Schultz
**Sent:** Thursday, October 15, 2015 11:58 AM
**To:** Ellen Guernsey
**Subject:** RE: 00319978 Therese Ezerski

Done

**From:** Ellen Guernsey
**Sent:** Thursday, October 15, 2015 10:46 AM
**To:** Holly Schultz
**Cc:** Sally Sparks; Darci Eisele
**Subject:** 00319978 Therese Ezerski

Holly,

The above ARU review has been assigned to Darci Eisele.

Would you please make the following changes in Proclaim?

- Change the user ID to QA3DEISE
- F1 the claim

Thank you,
Ellen

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company

**Darci Eisele**

**From:** Ellen Guernsey
**Sent:** Thursday, October 15, 2015 10:46 AM
**To:** Holly Schultz
**Cc:** Sally Sparks; Darci Eisele
**Subject:** 00319978 Therese Ezerski

Holly,

The above ARU review has been assigned to Darci Eisele.

Would you please make the following changes in Proclaim?

- Change the user ID to QA3DEISE
- F1 the claim

Thank you,
Ellen

**Ellen Guernsey | Staff Assistant II**
**Administrative Review Unit**
The Standard
Standard Insurance Company
900 SW Fifth Avenue | Portland, OR 97204
Phone 971.321.7593 | Fax 971.321.5038
ellen.guernsey@standard.com | www.standard.com

*Ensure a sustainable future – only print when necessary.*

From: (971) 321-7179
Holly Schultz
Northwestern Mutual
920 SW 6th

Portland, OR 97204
US

FedEx. Ground

G

J151215022301uv

Ship Date: 02JUN15
ActWgt: 7.0 LB
CAD: 8234486/INET3610

Dims: 12 X 10 X 4 IN

Ref # 198320 - Holly Schultz
Invoice # Enter Sender Email Address
PO # Enter Sender Mail Drop
Dept #
Ship ID

SHIP TO: (937) 428-9800 BILL SENDER
Joseph McDonald
McDonald & McDonald Co., L.P.A.

200 E. Spring Valley Rd, Suite A

DAYTON, OH 45458
US

TRK# 7737 3859 1750

45458

9622 0019 0 (000 115 1003) 5 00 7737 3859 1750

537J1/8A0EEE49

Cl # 00319978

Northwestern Mutual®

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

May 29, 2015

McDonald & McDonald Co., L.P.A.
Joseph McDonald
200 E Spring Valley Rd, Suite A
Dayton OH 45458

Re: Therese Ezerski
Kirlins, Inc.
Group Policy: 662281
Claim Numbers: 00319978

Dear Mr. McDonald:

This letter is in regard to your Ms. Ezerski's claim for Long Term Disability (LTD) benefits.

Recently, you contacted our office and requested a copy of the claim file, as well as other information. Enclosed please find a complete copy of the claim file, electronic information, and the Kirlins, Inc. Group Policy. We believe we have provided all of the pertinent information regarding the claim.

In your request for information, you included a list of request:

1-2) See enclosed documents
3-4) Releasepoint Inc. was used in requesting medical records. See enclosed documents.
5-10) See enclosed documents
11) Enclosed we believe we have provided a complete copy of the Ms. Ezerski's LTD Benefit claim file relevant to the decision, including all Proclaim letters, reports, payment information and diary notes or logs involving her claim.
12) See enclosed documents
13) Enclosed, please find a copy of the group disability Policy and Summary Plan Description.
14) Any compensation agreement with the reviewing doctor is not relevant to Ms. Ezerski's LTD Benefit claim and we will, therefore, not provide you with this information. According to the applicable regulations, we are only required to identify the medical or vocational experts whose advice was obtained in connection with the adverse benefits determination. We have provided you with a copy of the curriculum vitae of any reviewing specialist.
15) This is not relevant to the determination of the LTD Benefit claim.
16) You requested agreements allowing Northwestern Mutual to act as claims administrator under the terms of the plan. The Group Policy and SPD contain language that indicate that Northwestern Mutual is the claims administrator.

Please refer to the "Notice of Decision on Claim" provision of the "Claims" section of the Group Policy and SPD. This section reads that "the Company" will evaluate your claim promptly after you file it. "We" is defined as Northwestern Mutual.

17) Any financial information is not relevant to the LTD claim, and we will, therefore, not provide you with this information.

18) This is not relevant to the determination of the LTD Benefit claim.

You requested any internal rule, guideline, protocol or other similar criterion that was relied upon in making the claim decision. Copies of training materials and claim manuals were also requested. There are no parts of any of our internal claims manuals, protocols, training materials or guidelines that are relevant to your client's claim for benefits.

With the enclosed documents we believe Northwestern Mutual has complied with our obligation to provide relevant documents under applicable law. Should you have any questions regarding this letter, please call me at (800) 378-4665, extension 7179.

Sincerely,

Holly Schultz
Sr Disability Benefits Analyst
Group Benefits

Enclosures Copy of the claim file
Copy of electronic claim information
Group Policy

McDonald & McDonald - Attorneys At Law

*Let Our Family Fight For Your Family!* ®

*www.McDonaldAndMcDonald.com*

May 12, 2015

Northwestern Mutual Life Insurance Company
Group Insurance Administration
PO Box 2177
Portland, OR 97208-2177

Attn: Holly Schultz

RE: My client: Therese Ezerski
Policyholder: Kirlins, Inc.
Claim No: 00319978
Policy No: 662281

Dear Ms. Schultz:

**Request for Complete Copy of File and Notice of Intent to Appeal**

This office represents Ms. Therese Ezerski of Vandalia, Ohio. Ms. Ezerski's claim for long-term disability benefits was denied by Northwestern by letter dated April 24, 2015.

**AT THIS TIME, WE REQUEST THAT YOU PROVIDE A FULL AND COMPLETE COPY OF THE ENTIRE CLAIMS FILE. WE REQUEST THAT YOU DO NOT LEAVE OUT ANY COMMUNICATION OR CORRESPONDENCE AND THAT YOU INCLUDE EACH AND EVERY ELECTRONIC MESSAGE THAT HAS BEEN SENT REGARDING MRS. EZERSKI'S CLAIM. IN ADDITION, WE REQUEST THAT YOU PROVIDE A COPY OF THE INSURANCE POLICY AS WELL AS A FULL COPY OF THE PLAN THAT YOU ARE ADMINISTERING THE POLICY UNDER. IF YOU DO NOT HAVE A FULL COPY OF THE PLAN, A SUMMARY PLAN DESCRIPTION WILL DO TEMPORARILY.**

Pursuant to 29 CFR Section 2560.503-1, I am requesting that you provide to me, free of charge, copies of all documents, records, and other information relevant to the claimant's claim for benefits. As you know, a document, record or other information is relevant to a claimant's claim if such document, record, or other information was relied upon in the making of the benefits termination; was submitted, considered, or generated in the course of making the benefit determination, without regard to whether it was relied on in making the benefit determination; demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of Section 2560.503-1; or constitutes a statement of policy or guidance with respect to the plan concerning the benefit without regard to whether such advise or statement was relied upon in making the benefit determination. I also request free of charge a copy of any internal rule, guideline, protocol, or other similar criterion that was relied upon in making the adverse

RECEIVED
MAY 18 2015
NORTHWESTERN MUTUAL

200 E. Spring Valley Rd, Suite A
Dayton, Ohio 45458

Ph 937-428-9800
Fax 937-428-9811
*Toll Free 877-428-9806*

Joe McDonald, Esq.
Christy McDonald, Esq.

determination. Finally, you are required to have claims procedures that contain administrative processes and safeguards designed to insure and to verify that benefit claims determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants. Please provide all applicable and relevant claims procedures regarding this claim.

In accordance with the foregoing legal standards, my request for copies of documents includes, but is not limited to:

1) All documents obtained by you from any source at any time in evaluating claimant's claim for benefits.

2) Claimant's claim for benefits.

3) All documents requesting authorizations to obtain claimant's medical records.

4) All documents showing efforts to obtain claimant's medical records.

5) All medical records obtained regarding the claimant.

6) All documents setting forth any reviews or analysis of claimant's medical records.

7) All documents setting forth claimant's job descriptions, job duties, and/or any other efforts to determine exactly what the claimant did.

8) All communications between you and claimant's employer.

9) All records of all communications between you and claimant.

10) All documents demonstrating or setting forth any and all efforts to determine claimant's ability to perform claimant's job or any other job for which the claimant is reasonably fitted by education, training, or experience.

11) To the extent, if any, that you maintain client's claim file, or records concerning or relating to my client, or any portion of it, in electronic format, provide those documents or files in an e-format as well.

12) To the extent not otherwise provided, a copy of your entire file and all other files regarding or referencing claims by this claimant.

RECEIVED
MAY 18 2015
NORTHWESTERN MUTUAL

13) The plan, with all amendments; the Summary Plan Description and all amendments; the Policy, if any, and all amendments; the Certificate of Insurance, if any, and all amendments.

14) Please provide the compensation agreement with the reviewing doctor including any incentive plans for amount of claims reviewed and/or denied by the doctor.

15) Please provide all procedural safeguards (if any) the plan has put into place to address the structural conflict of interest between the plan administration and the financial cost of funding these benefits

16) Please provide the terms of the administrator's contract(s) with Northwestern including any reinsurance involved.

17) Please provide copies of any financial incentives in place for claims processors/TPA's

18) Please provide a history of complaints against the claims administrator for unfair or biased claims

By your letter dated April 24, 2015, we calculate Ms. Ezerski's appeal time will expire on October 21, 2015. Presently, we do not believe that we will need to take the entire time and we may submit our full appeal document before that time. I do not believe that it will be necessary to obtain an extension of time.

If you have any questions concerning my involvement, please do not hesitate to contact me. Attached to this letter you will find an Authorization signed by Ms. Ezerski allowing you to communicate with me regarding this claim.

Very truly yours,

Joseph P. McDonald
McDonald & McDonald Co., L.P.A.

JPM/ksw
Enclosures

May 7, 2015

TO: Northwestern Mutual Life Insurance Company

I, Therese Ezerski, elect to have Joseph P. McDonald, Esq. of McDonald & McDonald Co., L.P.A., be my representative for my long-term disability matters. I authorize Northwestern Mutual Life Insurance Company to transmit copies of its file including medical records to my representative, McDonald & McDonald Co., L.P.A. I also authorize that if any payment is to be made on my claim, the check should be directed, in my name, to the law firm of McDonald & McDonald Co., L.P.A., 200 E. Spring Valley Rd., Suite A., Dayton, OH 45458.

Therese Ezerski

Therese Ezerski

RECEIVED

MAY 18 2015

NORTHWESTERN MUTUAL

McDonald & McDonald
Attorneys At Law
200 E. Spring Valley Rd, Suite A
Dayton, Ohio 45458

COLUMBUS
OH 430
13 MAY '15
PM 4 L

UNITED STATES POSTAGE
PITNEY BOWES
$000.48⁰
02 1P
0000571163 MAY 12 2015
MAILED FROM ZIP CODE 45458

Northwestern Mutual Life Insurance Company
Group Insurance Administration
PO Box 2177
Portland, OR 97208-2177

Attn: Holly Schultz

RECEIVED
MAY 18 2015
NORTHWESTERN MUTUAL

97208217777

**Northwestern Mutual®**

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

April 27, 2015

Kirlins Inc
Attn: James Kodel
532 Maine St
Quincy, IL 62301

RE: Therese L Ezerski
Group Policy No: 662281
Claim No: 00319978

Dear James Kodel:

We have recently completed a review of the Long Term Disability (LTD) claim for Therese L Ezerski. Ms. Ezerski's claim will close as of June 22, 2015.

The Group Policy states that an eligible Member must work a minimum number of hours each week to be eligible for coverage, should she return to work. For coverage to continue, she must be actively working at least 30 hours each week. As the Group Administrator, it is your responsibility to notify Northwestern Mutual of her actual return to work date, should this occur.

Our decision is based on specific information contained in the file. If you have questions regarding the required number of hours or Ms. Ezerski's eligibility, please contact our service area at 1-800-378-4665.

Sincerely,

Holly Schultz
Sr. Disability Benefits Analyst
Group Benefits

# Phone Message

To: THE FILE OF THERESE L EZERSKI

Date: 4/27/2015

Caller: THERESE L EZERSKI

Time: 1:10 PM

Phone: 937 280 3087 Ext

RE: Group ID # 20019990

☑ Claimant

Claim # 00319978 Assigned User NM1HSCHU

☐ Policyholder KIRLINS INC

Policy # 662281 Group Office 042

Claimant name if different from caller:

☐ Other

☐ Call Back ☐ FYI (no return call needed) ☐ Will Call Again ☐ Returned Call

Call was regarding:

☐ Status of claim

☐ Monthly reports

☐ Check inquiry/lost check

☐ Taxes/FICA

☐ Please send: (see below)

☐ Change of address: (see below)

☐ Did NML receive

PC from clmt
She received the closure letter. She said there were things in it that were not anywhere in the medical records. She said sh wouldn't tell me which doctor and that she had called her drs office and the statement from the letter is no where in the medical records. She said she can't use her hands, turn her head or walk, and can't drive. She see's Dr. Lauricella tomorro and will have a note sent to our office that she is perm disabled. I explained that we need support, not just a statement. I explained Own Occ vs Any Occ and the change.

She will have her attorney contact me and she ended the call.

Date 4/27/2015 Time 1:10 PM Message taken by H Schultz

**Northwestern Mutual®**

**Group Insurance Administration**

Post Office Box 2177
Portland, OR 97208-2177
800 378 4665 toll free
800 766 6320 fax

April 24, 2015

Therese L Ezerski

Vandalia, OH

RE: Kirlins Inc
Group Policy No: 662281
Claim No: 00319978

Dear Ms. Ezerski:

We are writing in regard to your Long Term Disability (LTD) claim with Northwestern Mutual. We recently completed a review of the information in your claim file, and find your claim will close with LTD benefits issued through June 22, 2015, as you no longer meet the Definition of Disability. The following is an explanation of our decision.

To be eligible for LTD benefits, you must be considered disabled as defined by the Group Policy, which reads, in part: You are Disabled if, as a result of Sickness, Injury or Pregnancy, you are unable to perform the Material Duties of your Own Occupation.

The Definition of Disability changes from Own Occupation to Any Occupation on June 22, 2015. Your Group Policy defines Disability as follows:

**2.3 DEFINITION OF DISABILITY**

You are Disabled if you meet one of the following definitions during the period it applies:

* Own Occupation Definition of Disability
* Any Occupation Definition of Disability; or
* Partial Disability Definition

**Own Occupation Definition of Disability.**

During the period preceding your Beginning Date and during the Own Occupation Period, you are required to be Disabled only from your Own Occupation.

You are Disabled from your own occupation if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

You may meet the Own Occupation Definition of Disability while working in another occupation.

**Any Occupation Definition of Disability**

During the Any Occupation Period you are required to be Disabled from all occupations.

4/24/15
letter

You are Disabled from all occupations if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training, and experience.

**Own Occupation**. This is any employment, business, trade, profession, calling or vocation that involves the Material Duties of the same general character as your regular and ordinary employment with your Employer. Your Own Occupation is not limited to your specific job with your Employer or to your specific area of specialization, interest or expertise within the general occupations

**Material Duties**. These are the essential tasks, functions and operations and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

**Own Occupation Period:** The first 24 months for which benefits are paid.

**Any Occupation Period:** From the end of the Own Occupation Period to the end of the Maximum Benefit Period.

You ceased work March 25, 2013 due to spinal stenosis. LTD benefits were approved in September 2013, as you met the Definition of Disability and the available information indicated you were limited from performing your Own Occupation as a store manager.

In the course of the review, medical records were obtained from Drs. Lauricella, Verdon, Chen-Ching, and Rogers. On June 20, 2013, Dr. Rogers completed an Attending Physician's Statement noting that you suffered from back and leg pain. Imaging results from Orthopedic Associates showed evidence of lumbrosacral spondylolysis and radiculitis, with an L4 nerve impingement. You were receiving mild pain relief from medication.

In July 2014, you saw Dr. Lauricella and reported pain in the toes of your right foot. At this time, you also consulted with Dr. Verdon regarding possible spinal fusion.

On December 11, 2014, you saw Dr. Chen-Ching to evaluate symptoms of dizziness. On December 15, 2014, you underwent a C4-7 anterior cervical discectomy and fusion with Dr. Verdon. You returned to Dr. Verdon's office on January 29, 2015 for your 6 week post-surgery follow up. Dr. Verdon noted that your recovery was going well and limited you to lifting 50 lbs and recommended you wear a cervical collar while driving.

You saw Dr. Lauricella on Feburary 26, 2015 with a complaint of elbow pain that had persisted for three months. You received a steroid injection in your elbow and your Cymbalta dosage was increased.

To gain a better understanding of your condition, the medical information was reviewed by a physician consultant, board certified in physical medicine and rehabilitations. He noted you had a history of cervical myelopathy, with a normal neurological exam following your spinal fusion in December 2014 and recent symptoms of dizziness and elbow inflammation. Given your improvement post-surgery, the consultant was of the opinion that you were capable of full-time sedentary level work, with lifting, carrying, pushing, and pulling limited to 10 lbs on an occasional basis, and frequent sitting, standing, and walking. The consultant concluded that in the future your condition may improve sufficiently for you to be capable of light level work activity. Light level work includes greater physical demands than sedentary strength level work. We have reviewed the medical findings and agree with the conclusions.

The *U.S. Department of Labor Dictionary of Occupational Titles, Fourth Edition, revised 1991* describes the strength factors as follows:

**S- Sedentary Work**
Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

**L- Light Work**
Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and /or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work (1) when it requires walking or standing to a significant degree: or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls: and/or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials is negligible.

With the above understanding of your condition, your file was referred to a Vocational Consultant for review. She reviewed your Education, Training and Experience, as well as your physical capacity to perform, sedentary strength level work.

The Vocational Consultant identified alternative sedentary-level occupations that met the limitations and restrictions given above, as well as your education, training, and experience. These occupations included: 1) Customer Service Representative, 2) Receptionist, and 3) Appointment Clerk. Please note that these are examples, and not an exhaustive list.

LTD claims are reviewed to determine if the Any Occupation Definition of Disability is met, and to ensure LTD benefits are issued accurately. Upon review of the medical, vocational information, and the terms of the Kirlins Inc Group Policy, we do not find that your symptoms are so severe that you are limited from performing full time work in any occupation. Therefore, your LTD claim will close with LTD benefits issued through June 22, 2015, as you do not meet the Any Occupation Definition of Disability. If you disagree with the decision to close your claim, and wish to request a review of the closure, you must do so in writing as indicated below.

The following is an explanation of your right to a review of our decision:

Your claim will close for the reasons outlined above. If you want us to review your claim and this decision, you must send us a written request within 180 days after you receive this letter. If you request a review, you will have the right to submit additional information in connection with your claim. Please include any such new information along with your request for review, such as medical information supporting limitations from work. This would include medical information from your treatment providers regarding your condition.

If you request a review, it will be conducted by an individual who was not involved in the original decision. (If necessary, the person conducting the review will consult with a medical professional with regard to your claim. The medical professional will be someone who was not previously consulted in connection with your claim.) The review would be completed within 45 days after we receive your request unless circumstances beyond our control require an extension

of an additional 45 days. If you request a review and the decision on your claim is upheld, you will have the right to file suit under Section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We want to let you know that upon further investigation, other valid reasons for limiting or denying your claim, which have not been previously considered, could come to our attention. Therefore, Northwestern Mutual reserves the right to consider and assert other reasons for limitation or denial of your claim should they occur in the future.

Please consult your Certificate of Insurance or Summary Plan document for a complete description of your rights under the terms of the Kirlins Inc Group Policy.

If you have any questions regarding this letter, or your claim, please contact our office at 800-378-4665 extension 7179.

Sincerely,

Holly Schultz
Senior Disability Benefit Analyst
Group Benefits

Northwestern Mutual®

## Any Occupation Review Form

The Northwestern Mutual Life Insurance Company

| Date | Claimant Name | Claim Number | Policy Number | Analyst |
|---|---|---|---|---|
| 4/23/15 | Therese L Ezerski | 00319978 | 662281 | Holly Schultz |

## Summary Information

Disability Date 3/25/13

Own Occupation Period End Date 6/22/15

Occupation Store manager

Predisability Earnings $ 2,500.01 Monthly

☑ IPDE $2,064.61 ☑ % 80

Hire Date 4/7/08

Age 52 years

Diagnosis spinal stenosis, post cervical fusion 12/2014

Limitations and Restrictions Sedentary; lifting, carrying, pulling to 10 lbs

Vocational History Store manager and assistant manger vrom 2008 to 2013

Offsets

☐ SSDI (SD) ☐ Retirement (from Policyowner) ☐ Other
☐ SSDI (SC) ☐ WT
☐ SSR ☐ WP

ANY OCCUPATION DETERMINATION

☑ Medical Review/Date 4/15/15
☑ Vocational Review/Date 11/3/14
☐ N/A Reason/Explanation

ANALYST Holly Schultz

APPROVED BY BWiel

DATE 4/24/15

ProClaim Dis Deg - T/P T

Milestone entered CD AO CL

* CD AO AC if approved
* CD AO CL if not approved

AO Approval - Y Y

AO Closure - change claim Type to O O

### Narrative of Decision

The claimant is a 52 year old female retail store manager (light strength level) who ceased work due to spinal stenosis. She is status post C3 to C6 fusion on 12/15/14. Arthritis, elbow pain and dizziness are also noted.

The cliam file was reviewed by PC Shih on 10/17/14 and 4/15/15. In 10/2014, the PC was of the opinion light level work was not reasonable. In the 4/15/15 review, he concluded the sedentary strenght level occupations were reasonable with up to 10 pounds lifting and occasional level lifting, carrying, pushing, and pulling, with frequent sitting, standing and walking. He noted light level work may eventually be suported as well. 1/9/15 she was released by her neurosurgeon to to lift up to 25 pounds, and she had normal motor, sensory and reflex exam. 1/29/15 she was released to lifting up to 50 pounds, she was compliant with use of her brace. See the letter to the claimant for details regarding the medical analysis.

A transferable skills analysis was completed in 11/2014. Based on the claimants education, training and experience, three sedentary strength level occupations were identified including, but not limited to customer service representative, appointment clerk and receptionist. These occupations meet the wage requirements.

Continued ⬇

**Narrative of any occupation decision continued**

**The Any Occupation Definition of Disability changes 6/22/15. I recommend the claim close as of this date as the information does not support limitations from full time sedentary level work, and there are alternate occupations (noted above) within her labor market. The Definition of Disability will not be met beyond 6/22/15..**

Home Action Support Account

RPNet Logout

# Order Complete

---

### Your Weborder Transaction ID is: 2260503

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: EZERSKI , THERESE L
DOB: /1963
SSN: 5088
Policy Num: 00319978
Source Code: NML

Provider 1 : FAMILY MEDICINE OF VANDALIA
Address: 685 Helke Rd
Vandalia , OH 45377
Phone: 937-454-0317
Record Range: Obtain records from 09/01/2014 to Present

Provider 2 : THE CLINICAL NEUROSCIENCE INSTITUTE
Address: 9000 N Main St Suite 328
Dayton , OH 45415
Phone: 937-836-6916
Record Range: Obtain records from 09/01/2014 to Present

Provider 3 : Ching, Dr. Esteban
Address: 2350 Miami Valley Dr Ste 430B
Centerville , OH 45459
Phone: 937-208-4200
Record Range: Obtain records from 11/01/2014 to Present

New Request (Retain Household Info/Policy Number) -> | New Request (Clear All Previous Data) -> | Order Additional Request(s) for This Patient

Copyright 2014 ReleasePoint, Inc. All Rights Reserved. | Logout of RPNet

Northwestern Mutual®

**LTD Only**
**RTD/MRD File Review**

The Northwestern Mutual Life Insurance Company

**Claimant:** Therese Ezerski **Claim No:** 00319978

**Common Claimant** ☐ Yes ☐ No If yes, Common Claimant protocols followed? ☐ Yes ☐ No

I have reviewed this file in conjunction with the following review date:

☐ 5 month RTD ☐ 9 month MRD ☑ 18 month MRD
☐ **14 month RTD** (☐ DMR ☐ Claimant Interview ☐ SS File/App Requested)

☑ **Claim Management Plan (CMP) is complete and current; contractual issues are addressed.**

☑ Medical information in the file supports ongoing disability – date of last medical 10/14 or

☑ Explain what medical investigation has been initiated and why.
claimant had Sx in Dec, ordering records now (I would wait until mid 2/2015 to allow some time to heal from surgery).

**End of Benefits:**

☑ Appropriately addressed/Claimant Notified ☐ Yes ☐ No

Type of limit(s) – list all that apply: ____

☐ If limit applied. Warning sent: ____ / ____ ☐ If investigating limit. Warning sent: ____ / ____

☑ Any Occ issues are being appropriately addressed ☐ Not Applicable ☑ Yes ☐ No ☑ Investigating. Warning sent: 5 / 14

☐ Any Occ extended and override in place ☐ Yes ☐ No

Offsets/Reserve/Payment data are correct ☑ Yes ☐ No PDE calculation accurate ☑ Yes ☐ No

☑ "E", "D", "S", "X" coding for offsets are appropriately pursued and discussed with claimant:

☑ Social Security ☐ Applied/monitoring ☐ Request sent to claimant or SS on ____ / ____ ☑ Referred to ALLSUP
☐ Workers Compensation ☐ Applied/monitoring ☐ Dependent SS information monitoring/ confirmed
☐ PERS (Public Employees' Retirement System) ☐ Applied/monitoring ☐ ETE on File
☐ State Disability ☐ Current MD list/HPVS
☐ Work earnings ☐ Documentation of earnings requested on ____ / ____
☐ Other: ____

Overpayment recovery plan: ☐ In place and approved ☑ N/A
☐ Recovered by ALLSUP

| | | | Appropriate Approval |
|---|---|---|---|
| Partial Withholding | $ ____ | Mo. | ☐ |
| Full Withholding | $ ____ | Mo. | ☐ |
| Monthly Payments | $ ____ | Mo. | ☐ |

**Authority Levels - Overpayment Recovery**
Up to 24 mos – Approver
24 - 36 mos – BTS
> 36 mos – Supervisor
> 60 mos – Director

☑ Reserves 76,346.44

☑ Diaries are up-to-date ☑ CMP up-to-date

☑ Appropriate diaries are entered for the future, including (if appropriate):

☑ Authorization request ☐ Change in definition warning Medical Request(s)
☐ Claimant interview ☐ Limit reminder/MBP letter(s) ☐ APS ☐ Questionnaire ☑ Records ☑ Review
☐ Field Benefit Consultant ☐ ETE (Education, Training, Experience Form) ☐ Other
☐ Work Earnings/Tax Returns

User approval RTD ____ Date ____

Analyst/Examiner Signature [signature] Date 01-19-2015

Approver comments/RTD: ____ (if exceeds user limits or if requesting exception to the 14 month plan, Supervisor approval)

Approver comments/MRD: See above.

Approved/Proclaim updated by [signature] Date 1/19/15

NM 15779 (9/12)

**Rene McDonald**

**To:** 9372803087
**Subject:** RE: HelloVoice Mail from 9372803087 (42 seconds)

Called Ms. Ezerski back. We discussed SSDIB and the offsets, Own Occ period and MBP. She asked if SSDIB is approved if we automatically extend her claim. I said, no their decision doesn't determine whether we find her disabled or not, we conduct our own reviews of their file.

She has surgery on Monday. She wanted to be sure things were in order with the survivor benefit. She said she may lose her voice after this surgery. She is having an interior cervical discectomy and fusion. She expects to be in the hospital up to 3 days. Dr Michael Verdon is the surgeon and it will be at Good Samaritan Hospital in Dayton, OH. She just saw him 12/4/14. She saw Dr. Lauricello on 12/5/14.

She just saw a new healthcare provider. His name is Dr. Esteban Ching at Miami Valley Hospital. He is a neurologist.

I told her I will probably order updated records a few weeks after her Sx and if she sees any other providers to let us know; we want to be sure we have all the updated medical for our any occ review. She thanked me and we ended the call.

---

**From:** Microsoft Outlook **On Behalf Of** 9372803087
**Sent:** Thursday, December 11, 2014 1:51 PM
**To:** Rene McDonald
**Subject:** HelloVoice Mail from 9372803087 (42 seconds)

**Voice Mail Preview:**

Hi Rene this is Teresa Ezerski my telephone number is (937) 280-3087 --and i have a couple questions on my plan— one was if my social security was approved what would be the length of my plan then.

And does this policy have any beneficiary -- policy with it if you could give me a call back again (937) 280-3087.

Thank you bye bye.

Created by Microsoft Speech Technology. Learn More...

---

**You received a voice mail from 9372803087**

Caller-Id: 9372803087

**MCDONALD, RENE**

**From:** MCDONALD, RENE
**Sent:** Friday, September 26, 2014 12:24 PM
**To:** 'Daniel Ezerski'
**Subject:** RE: direct deposit of disability monthly payment for Therese Ezerski
**Attachments:** Request EFT Deposit of Disability Pmts_nm9571.pdf

Absolutely. Just MAIL the attached form back to me with a blank voided check attached and I will forward it to accounting for processing. The original signed form and an original check are both required. Also, your check must have your name on it. Please note that your EFT will be set up so that benefits are received by the 23rd of each month which is the date your monthly benefits are due to you.

Here is the address you should send this to:

Northwestern Mutual
PO Box 2177
Portland OR 97208-9944

You may include my name on the envelope.

Thank you,

**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.2837 | Fax 800.766.6320
Toll-free 800.378.4665 x2837

*Ensure a sustainable future - only print when necessary.*

---

**From:** Daniel Ezerski [mailto:danielezerski@yahoo.com]
**Sent:** Friday, September 26, 2014 11:11 AM
**To:** MCDONALD, RENE
**Subject:** direct deposit of disability monthly payment for Therese Ezerski

Good afternoon Rene,

I was wondering if I could have my disability check direct deposited? Just let me know.

Thank you,

Therese Ezerski
937-280-3087

**Rene McDonald**

| | |
|---|---|
| **From:** | kganaden@releasepoint.com |
| **Sent:** | Friday, September 12, 2014 2:43 PM |
| **To:** | Rene McDonald |
| **Subject:** | RPNet Inquiry Response: Re: 2051469, Policy 00319978 |

Hi Rene,

We have closed out this request per your response.Thank You. Khatrina.

Your Status Inquiry - Patient Name: EZERSKI, THERESE L:

Please cancel this request. Claimant has not been seen at this facility since the last request. Thanks!

Status Request Type: Status Inquiry

Response Request: E-Mail

Contact Info: rene.mcdonald@standard.com

Client Name: Rene

Client Account: NML

Entry Date: 09/12/2014

From the desk of: Rene McDonald

Claimant: Therese Ezerski
Claim #:00319978

Day: Friday Date: 9/12/14 Time: 2:40PM

MEMO:

Ms. Ezerski called and said she received an auth for Orthopedic Assoc from Rel Pt but she hasn't gone to them in a long time, probably not at all this year. I told her I will cancel that request and she may disregard the letter from Rel Pt.

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

September 12, 2014

Therese L Ezerski

Vandalia OH

RE: Kirlins Inc
00319978/00662281

Dear Ms Ezerski,

We are writing with regard to your claim for Long Term Disability benefits.

Under the terms of your group policy, you must apply for and pursue all income to which you or your dependents may be entitled to receive as a result of your disability and/or retirement. This income includes, but is not limited to, Social Security Disability Income Benefits.

It appears you may be eligible to receive Social Security Disability Income Benefits, and to protect your right to file for these proceeds, we have referred your claim to Allsup, Incorporated. Allsup, Incorporated employs a team of experts who will assist you with your Social Security application and pursuit. A representative from this company will be contacting you in the near future to assist you with your application and to discuss their representation. This firm will not require that you pay any out-of-pocket expenses for their services. We have enclosed a pamphlet that discusses Allsup, Incorporated.

It should be noted that we do not require that you use Allsup's assistance for your Social Security pursuit. Should you choose not to use their services, we require that you provide for us, within 60 days of the receipt of this letter, confirmation of your application for Social Security Disability Income Benefits. Such confirmation can be a copy of your application receipt, which is provided by the Social Security Administration at the time your claim is filed. If we do not receive this confirmation from you, or if we do not have assurance from Allsup that they are assisting you, then we are able to estimate your Social Security benefits and deduct these proceeds from your Long Term Disability claim.

Referral of your claim to Allsup, or receipt of your Social Security Disability Income Benefits, does not imply that you will continue to receive Long Term Disability benefits. Our referral of your file to Allsup is to assist you in fulfilling all of the provisions of your group policy.

SS
Letter

Should you have any questions regarding your application for Social Security Disability Income Benefits, or Allsup, Incorporated, please do not hesitate to contact me by calling me at (800) 378-4665, extension 7991.

Sincerely,

Karen E. Spiering, ALHC
Senior Quality Assurance Specialist
Disability Benefits

# Social Security Disability Assistance Program



*Shauna, an Allsup customer, received benefits in February 2007.*

We're Here To Help.
*Allsup Gets It.*®

Allsup
Life Reclaimed

Northwestern Mutual®

**LTD Only**
**RTD/MRD File Review**

The Northwestern Mutual Life Insurance Company

**Claimant:** Therese Ezerski **Claim No:** 00319978

**Common Claimant** ☐ Yes ☑ No If yes, Common Claimant protocols followed? ☐ Yes ☐ No

I have reviewed this file in conjunction with the following review date:

☐ 5 month RTD ☐ 9 month MRD ☐ 18 month MRD
☑ 14 month RTD (☑ DMR ☑ Claimant Interview ☐ SS File/App Requested)

left a VM 9/10/14

☑ **Claim Management Plan (CMP) is complete and current; contractual issues are addressed.**

☑ Medical information in the file supports ongoing disability – date of last medical 5/14 or
☑ Explain what medical investigation has been initiated and why.
**Ordered records 9/10/14. PC and VCM 5/2014.**

**End of Benefits:**
☑ Appropriately addressed/Claimant Notified ☑ Yes ☐ No

Type of limit(s) – list all that apply: ____

☐ If limit applied. Warning sent: ____ / ____ ☐ If investigating limit. Warning sent: ____ / ____

☑ Any Occ issues are being appropriately addressed ☐ Not Applicable ☐ Yes ☐ No ☑ Investigating. Warning sent: 5 / 14
☐ Any Occ extended and override in place ☐ Yes ☐ No

Offsets/Reserve/Payment data are correct ☑ Yes ☐ No PDE calculation accurate ☑ Yes ☐ No

☑ "E", "D", "S", "X" coding for offsets are appropriately pursued and discussed with claimant:

☑ Social Security ☐ Applied/monitoring ☐ Request sent to claimant or SS on ____ / ____ ☑ Referred to ALLSUP 9/10/14
☐ Workers Compensation ☐ Applied/monitoring ☐ Dependent SS information monitoring/ confirmed
☐ PERS (Public Employees' Retirement System) ☐ Applied/monitoring ☑ ETE on File
☐ State Disability ☐ Current MD list/HPVS
☐ Work earnings ☐ Documentation of earnings requested on ____ / ____
☐ Other: ____

Overpayment recovery plan: ☐ In place and approved ☑ N/A
☐ Recovered by ALLSUP

| | | | Appropriate Approval |
|---|---|---|---|
| Partial Withholding | $ ____ | Mo. | ☐ |
| Full Withholding | $ ____ | Mo. | ☐ |
| Monthly Payments | $ ____ | Mo. | ☐ |

**Authority Levels - Overpayment Recovery**
Up to 24 mos – Approver
24 - 36 mos – BTS
> 36 mos – Supervisor
> 60 mos – Director

☑ Reserves 71905.26
☑ Diaries are up-to-date ☑ CMP up-to-date
☑ Appropriate diaries are entered for the future, including (if appropriate):

☑ Authorization request ☐ Change in definition warning Medical Request(s)
☐ Claimant interview ☐ Limit reminder/MBP letter(s) ☐ APS ☐ Questionnaire ☑ Records ☑ Review
☐ Field Benefit Consultant ☐ ETE (Education, Training, Experience Form) ☐ Other
☐ Work Earnings/Tax Returns

User approval RTD ____ Date ____

Analyst/Examiner Signature [signature] Date 9·10·14

Approver comments/RTD: review file w/ DMR law to see if clmt precluded from sedentary level work prior to refer for SSDI assist.
Approver comments/MRD: ____

(if exceeds user limits or if requesting exception to the 14 month plan, Supervisor approval)

Approved/Proclaim updated by [signature] Date 9/10/14

NM 15779 (9/12)

Michele Britton

Home Action Supp… Account

RPNet Logou

# Order Complete

---

## Your Weborder Transaction ID is: 2207022

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: EZERSKI , THERESE L

DOB: 1963

SSN: 5088

Policy Num: 00319978

Source Code: NML

Provider 1 : Dr. Michael Verdon

Address:
, Oh

Phone: 937-836-6916

Record Range: Obtain records from 01/01/2014 to Present

New Request (Retain Household Info/Policy Number) -> | New Request (Clear All Previous Data) -> | Order Additional Request(s) for This Patient

Copyright 2014 ReleasePoint, Inc. All Rights Reserved. | Logout of RPNet

From the desk of:
**Rene McDonald**

9/10/2014 11:26:00 AM

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

Ms Ezerski returned my call. She said she started seeing a neurosurgeon in April or May 2014. She was seen 7/29/14, has an apt 10/07 and has Sx scheduled in December.

Dr Michael Verdon at Good Samaritan Health Center
Ph 937-836-6916
Fax 937-836-6409

I thanked her for returning my call and said I had just needed a status update. I told her the med Q was sent in with recs and thanked her for getting it back to us.

Page 1 of 1 Signed ____________________

Home Action Support Account

RPNet Logout

# Order Complete

---

### Your Weborder Transaction ID is: 2206965

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: EZERSKI , THERESE L

DOB: 1963

SSN: -5088

Policy Num: 00319978

Source Code: NML

Provider 1 : Lauricella, Dr. Christopher

Address: 810 Falls Creek Dr STE B
Vandalia , OH 45377

Phone: 937-454-0317

Record Range: Obtain records from 01/01/2014 to Present

Provider 2 : ORTHOPEDIC ASSOCIATES

Address: 4160 LITTLE YORK RD
Dayton , OH 45414

Phone: 937-415-9100

Record Range: Obtain records from 01/01/2014 to Present

New Request (Retain Household Info/Policy Number) -> | New Request (Clear All Previous Data) -> | Order Additional Request(s) for This Patient

Copyright 2014 ReleasePoint, Inc. All Rights Reserved. | Logout of RPNet

From the desk of: Rene McDonald

Claimant: THERESE L EZERSKI
Claim #: 00319978

Day: Wed Date: 9/10/14 Time: 10:55AM

MEMO:

Left a vm for Ms. Ezerski requesting a call back.

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

May 27, 2014

MAINTAIN A COPY OF THIS LETTER FOR YOUR RECORDS

Therese L Ezerski

Vandalia, OH

RE: Kirlins Inc
Group Policy No: 662281 / Claim No: 00319978

Dear Ms. Ezerski:

We are writing with regard to your Long Term Disability (LTD) claim with Northwestern Mutual.

Your Definition of Disability will change after 24 months, according to the Group Policy. To be eligible for benefits, you must be Disabled as defined by the Group Policy.

This letter will answer questions you may have about the Definition of Disability and how the change in the Definition of Disability affects your benefits.

**What is the Definition of Disability?**

***2.3 DEFINITION OF DISABILITY***

*You are Disabled if you meet one of the following definitions during the period it applies:*

*Own Occupation Definition of Disability;*

*Any Occupation Definition of Disability; or*

*Partial Disability Definition.*

***Own Occupation Definition of Disability***

*During the period preceding your Beginning Date and the Own Occupation Period, you are required to be Disabled only from your Own Occupation*

*You are Disabled from your Own Occupation if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation. You may meet the Own Occupation Definition of Disability while working in another occupation.*

700

***Any Occupation Definition of Disability***

*During the Any Occupation Period you are required to be Disabled from all occupations.*

*You are Disabled from all occupations if, as a result of Sickness, Injury, or Pregnancy you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training and experience.*

***Partial Disability Definition***
*During the period preceding your Beginning Date and during the Own Occupation Period, you are Partially Disabled if you are working in your Own Occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn the Own Occupation Income Level or more.*

*During the Any Occupation Period, you are Partially Disabled if you are working in an occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn more than the Any Occupation Income Level, in that occupation and in all other occupations for which you are reasonably fitted under the Any Occupation Definition of Disability.*

*Your Any Occupation Period, Any Occupation Income Level, Own Occupation Period, and Own Occupation Income Level are shown in the* ***Specifications****.*

***Own Occupation.*** *This is any employment business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with your Employer. Your Own Occupation is not limited to your specific job with your Employer or to your specific area of specialization, interest or expertise within the general occupation.*

***Material Duties.*** *These are the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation*

Your LTD benefits first became payable on June 23, 2013. Your first 24 months will end on June 22, 2015. During this time, you are eligible for benefits as long as you remain unable to perform your Own Occupation and meet all other policy provisions.

**How will Northwestern Mutual determine if I remain eligible for continued benefits?**

Because the Definition of Disability will change, we need to evaluate your ability to perform another occupation. We will analyze the medical and vocational information available to us. We will consider, among other things:

- your medical condition and how it may limit your ability to work on a regular basis;
- the skills and knowledge you gained from your education and past work experience;
- your prior occupations; and
- jobs you can perform based on your vocational and physical abilities.

If you have any medical or vocational information which you would like us to consider, please let us know immediately.

**Will I continue to receive benefits until Northwestern Mutual makes a decision on my claim?**

Yes, you will continue to receive your monthly benefit until we make our decision. We will notify you promptly of the results of our evaluation.

**Can I return to work and still receive benefits?**

While you are Disabled and eligible for benefits, you may return to work and still continue to receive a modified benefit, as long as you continue to meet the requirements of your Group Policy. If you do return to work or self-employment during the time when you are receiving Disability benefits, it is important that you notify us.

If you have any questions about this letter or your claim, please write or call me.

Sincerely,

René McDonald
Disability Benefits Analyst
Group Benefits
1-800-378-4665 Ext. 2837

Northwestern Mutual®

**LTD Only**
**RTD/MRD File Review**

The Northwestern Mutual Life Insurance Company

**Claimant:** THERESE L EZERSKI **Claim No:** 00319978

**Common Claimant** ☐ Yes ☑ No If yes, Common Claimant protocols followed? ☐ Yes ☐ No

I have reviewed this file in conjunction with the following review date:

☐ 5 month RTD ☑ 9 month MRD ☐ 18 month MRD
☐ **14 month RTD** (☐ DMR ☐ Claimant Interview ☐ SS File/App Requested)

☑ Claim Management Plan (CMP) is complete and current; contractual issues are addressed.

☑ Medical information in the file supports ongoing disability – date of last medical 3/14 or
☑ Explain what medical investigation has been initiated and why.
**Med Q sent 3/13**

**End of Benefits:**
☑ Appropriately addressed/Claimant Notified ☑ Yes ☐ No

Type of limit(s) – list all that apply: ______

☐ If limit applied. Warning sent: ___/___ ☐ If investigating limit. Warning sent: ___/___

☑ Any Occ issues are being appropriately addressed ☑ Not Applicable ☐ Yes ☐ No ☐ Investigating. Warning sent: ___/___
☐ Any Occ extended and override in place ☐ Yes ☐ No

Offsets/Reserve/Payment data are correct ☑ Yes ☐ No PDE calculation accurate ☑ Yes ☐ No

☑ "E", "D", "S", "X" coding for offsets are appropriately pursued and discussed with claimant:

☑ Social Security ☐ Applied/monitoring ☐ Request sent to claimant or SS on ___/___ ☐ Referred to ALLSUP
☐ Workers Compensation ☐ Applied/monitoring ☐ Dependent SS information monitoring/ confirmed
☐ PERS (Public Employees' Retirement System) ☐ Applied/monitoring ☐ ETE on File
☐ State Disability ☐ Current MD list/HPVS
☐ Work earnings ☐ Documentation of earnings requested on ___/___
☐ Other: ______

Overpayment recovery plan: ☐ In place and approved ☐ N/A
☐ Recovered by ALLSUP

| | | | Appropriate Approval |
|---|---|---|---|
| Partial Withholding | $ ______ | Mo. | ☐ |
| Full Withholding | $ ______ | Mo. | ☐ |
| Monthly Payments | $ ______ | Mo. | ☐ |

**Authority Levels - Overpayment Recovery**
Up to 24 mos – Approver
24 - 36 mos – BTS
> 36 mos – Supervisor
> 60 mos – Director

☑ Reserves 68894.17

☑ Diaries are up-to-date ☑ CMP up-to-date

☑ Appropriate diaries are entered for the future, including (if appropriate):

☑ Authorization request ☑ Change in definition warning Medical Request(s)
☐ Claimant interview ☐ Limit reminder/MBP letter(s) ☐ APS ☑ Questionnaire ☐ Records ☑ Review
☐ Field Benefit Consultant ☑ ETE (Education, Training, Experience Form) ☐ Other
☐ Work Earnings/Tax Returns

User approval RTD ______ Date ______

Analyst/Examiner Signature [signature] Date 4.14.14

Approver comments/RTD: ______ (if exceeds user limits or if requesting exception to the 14 month plan; Supervisor approval)

Approver comments/MRD: ______

Approved/Proclaim updated by [signature] Michele Britton Date 4/14/14

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

March 31, 2014

Therese L Ezerski

Vandalia, OH

RE: Kirlins Inc
Group Policy No: 662281 / Claim No: 00319978

Dear Ms. Ezerski:

We are writing with regard to your claim for Long Term Disability (LTD) Benefits

Pursuant to our telephone conversation of March 28, 2014, enclosed is an Education, Training and Experience (ETE) form. **Please complete, sign, and date this form and return it to Northwestern Mutual within 30 days from the date of this letter**, by mail in the postage paid return envelope enclosed, or by fax to (800) 766-6320.

If you have any questions about this letter or if I can assist you with your claim, please write or call me at the number below.

Sincerely,

René McDonald
Disability Benefits Analyst
Group Benefits
1-800-378-4665 Ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

# Education, Training and Experience

| Name: | | Date: | Claim Number: |
|---|---|---|---|
| Date of Birth: | Employer: | | Cease Work Date: |

## EDUCATION AND TRAINING

CIRCLE highest grade of school completed. Please list all education and formal training received (i.e. GED, BS, Certificate, Apprenticeship). **Attach additional information on a separate sheet of paper, if necessary.**

| Grade | High | College | Post Graduate |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | 17 18 19 20 |

**List all degrees, certifications, licenses (i.e., CDL, Real Estate), etc. below:**

| Type / Institution | Year received | Valid Through (license, certificate) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

List on-the-job training, seminars, in-house training classes or volunteer work: ______

Are you currently working or seeking employment? ☐ Yes ☐ No Explain: ______

Have you ever been, or do you have an interest in being self-employed? ☐ Yes ☐ No

## WORK HISTORY AND EXPERIENCE

Starting with your most recent work experience, please list ALL experience and positions you held with each company. **Include any military service experience and self-employment.** Include a copy of your resume *(if available)* and/or additional pages as necessary to provide a complete work and experience history.

| Dates of Employment | Company Name, Type of Business and Job Title | Describe Duties/Responsibilities in Detail |
|---|---|---|
| From ______<br>To ______<br>Salary ______ | Company Name:<br>Type of Business:<br>Job Title: | |
| From ______<br>To ______<br>Salary ______ | Company Name:<br>Type of Business:<br>Job Title: | |
| From ______<br>To ______<br>Salary ______ | Company Name:<br>Type of Business:<br>Job Title: | |
| From ______<br>To ______<br>Salary ______ | Company Name:<br>Type of Business:<br>Job Title: | |
| From ______<br>To ______<br>Salary ______ | Company Name:<br>Type of Business:<br>Job Title: | |

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

# Education, Training and Experience

**Skills Summary** **(Mark Yes or No for each skill and indicate length of experience. Add additional sheets if needed.)**

| General Skills | Yes | No | How long? |
|---|---|---|---|
| Customer service skills (working with the public/coworkers) | | | |
| Answering telephones as part of the job. # of lines: | | | |
| Corresponding (writing/answering letters) | | | |
| Typing (or keyboarding) WPM: | | | |
| Auditing/Editing your own or others' work | | | |
| Classifying, organizing and filing (sorting information into categories) | | | |
| Calculating (mathematical computations on calculator or 10-key) | | | |
| Collecting (money for services or products rendered) | | | |
| Resolving conflicts/problems/complaints | | | |
| Selling products/services Type: | | | |
| Cashiering/cash handling (accepting payments and making change) | | | |
| **Computer Skills** (Circle programs used) | | | |
| Word processing (Microsoft Office, Word, Works, WordPerfect, PowerPoint) | | | |
| Spreadsheets (Excel, Lotus, QuickBooks, Quicken) | | | |
| Databases (Access, inventory, scheduling programs) | | | |
| E-mail and Internet | | | |
| Do you have a computer at home? ☐ Yes ☐ No | | | |
| **Supervision/Leadwork** | | | |
| Assigning and reviewing work, production or quality | | | |
| Hiring, firing, rating work performance and handling disciplinary problems | | | |
| Other: | | | |
| **Other Work Skills** | | | |
| Presentation skills | | | |
| Keeping records, ordering, shipping, receiving or monitoring inventory | | | |
| Providing child care | | | |
| List types of hand or power tools used: | | | |
| Other: | | | |

Are you currently engaged in a vocational retraining program through Workers' Comp, Vocational Rehab, etc.? ☐ Yes ☐ No

Contact Information: ______________________ Type of Program: ______________________

In the space below, briefly describe your personal interests, occupational interests, and any hobbies that you may have including crafts or outdoor activities:

______________________

______________________

**Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York, the fine shall not exceed $5,000 and the stated value of the claim for each such violation.**

______________________ ______________________
Signature Date

**Rene McDonald**

| | |
|---|---|
| **From:** | Microsoft Outlook on behalf of 9372803087 |
| **Sent:** | Thursday, March 27, 2014 10:22 AM |
| **To:** | Rene McDonald |
| **Subject:** | HelloVoice Mail from 9372803087 (52 seconds) |
| **Attachments:** | 9372803087 (52 seconds) Voice Mail.mp3 |

**Fri 3/28/14 2:52 PM**

Called Ms Ezerski back and explained the ETE and the Own Occ and AO. I told her I will send another ETE form Monday morning. She said she has a dr appointment in April and will get the medical questionnaire filled out then.

**Thu 3/27/2014 10:22 AM**
**Voice Mail Preview:**

Hi Rene, this is Teresa Ezerski and my phone number is (937) 280-3087.

And I just received the paper -- that was the education training and experience form -- -- I accidentally ripped one of the sheets so I do need a new one sign out. I am so sorry -- but also I had a question on what that was and why I needed to fill that out.

So if you can call me I'd appreciate it again it's (937) 280-3087 thank you bye bye.

Created by Microsoft Speech Technology. Learn More...

**You received a voice mail from 9372803087**

Caller-Id: 9372803087

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

March 13, 2014

Therese L Ezerski

Vandalia, OH

RE: Kirlins Inc
Group Policy No: 662281 / Claim No: 00319978

Dear Ms. Ezerski:

We are writing with regard to your claim for Long Term Disability (LTD) Benefits

Enclosed is an Education, Training and Experience (ETE) form. **Please complete,** sign, **and date this form and return it to Northwestern Mutual within 30 days from** the **date of this letter**, by mail in the postage paid return envelope enclosed, or by fax to (800) 766-6320.

Additionally, I have included a Medical Questionnaire for you to take to your doctor. In order to assist us with the ongoing management of your claim, please have your healthcare provider complete, sign, and date this form and return it to Northwestern Mutual by mail in postage paid return envelope enclosed, or by fax to (800) 766-6320.

If you have any questions about this letter or if I can assist you with your claim, please write or call me at the number below.

Sincerely,

René McDonald
Disability Benefits Analyst
Group Benefits
1-800-378-4665 Ext. 2837

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

# Education, Training and Experience

| Name: Therese Ezerski | Date: | Claim Number: 00319978 |
|---|---|---|
| Date of Birth: | Employer: | Cease Work Date: |

## EDUCATION AND TRAINING

CIRCLE highest grade of school completed. Please list all education and formal training received (i.e. GED, BS, Certificate, Apprenticeship). **Attach** additional information on a separate sheet of paper, if necessary.

| Grade | High | College | Post Graduate |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | 17 18 19 20 |

**List all degrees, certifications, licenses (i.e., CDL, Real Estate), etc. below:**

| Type / Institution | Year received | Valid Through (license, certificate) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

List on-the-job training, seminars, in-house training classes or volunteer work: ______

Are you currently working or seeking employment? ☐ Yes ☐ No Explain: ______

Have you ever been, or do you have an interest in being self-employed? ☐ Yes ☐ No

## WORK HISTORY AND EXPERIENCE

Starting with your most recent work experience, please list ALL experience and positions you held with each company. **Include any military service experience and self-employment.** Include a copy of your resume *(if available)* and/or additional pages as necessary to provide a complete work and experience history.

| Dates of Employment | Company Name, Type of Business and Job Title | Describe Duties/Responsibilities in Detail |
|---|---|---|
| From ______ To ______ Salary ______ | Company Name: <br> Type of Business: <br> Job Title: | |
| From ______ To ______ Salary ______ | Company Name: <br> Type of Business: <br> Job Title: | |
| From ______ To ______ Salary ______ | Company Name: <br> Type of Business: <br> Job Title: | |
| From ______ To ______ Salary ______ | Company Name: <br> Type of Business: <br> Job Title: | |
| From ______ To ______ Salary ______ | Company Name: <br> Type of Business: <br> Job Title: | |

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

## Education, Training and Experience

**Skills Summary** (Mark Yes or No for each skill and indicate length of experience. Add additional sheets if needed.)

| General Skills | Yes | No | How long? |
|---|---|---|---|
| Customer service skills (working with the public/coworkers) | | | |
| Answering telephones as part of the job. # of lines: | | | |
| Corresponding (writing/answering letters) | | | |
| Typing (or keyboarding) WPM: | | | |
| Auditing/Editing your own or others' work | | | |
| Classifying, organizing and filing (sorting information into categories) | | | |
| Calculating (mathematical computations on calculator or 10-key) | | | |
| Collecting (money for services or products rendered) | | | |
| Resolving conflicts/problems/complaints | | | |
| Selling products/services Type: | | | |
| Cashiering/cash handling (accepting payments and making change) | | | |
| **Computer Skills** (Circle programs used) | | | |
| Word processing (Microsoft Office, Word, Works, WordPerfect, PowerPoint) | | | |
| Spreadsheets (Excel, Lotus, QuickBooks, Quicken) | | | |
| Databases (Access, inventory, scheduling programs) | | | |
| E-mail and Internet | | | |
| Do you have a computer at home? ☐ Yes ☐ No | | | |
| **Supervision/Leadwork** | | | |
| Assigning and reviewing work, production or quality | | | |
| Hiring, firing, rating work performance and handling disciplinary problems | | | |
| Other: | | | |
| **Other Work Skills** | | | |
| Presentation skills | | | |
| Keeping records, ordering, shipping, receiving or monitoring inventory | | | |
| Providing child care | | | |
| List types of hand or power tools used: | | | |
| Other: | | | |

Are you currently engaged in a vocational retraining program through Workers' Comp, Vocational Rehab, etc.? ☐ Yes ☐ No

Contact Information: ______________________ Type of Program: ______________________

In the space below, briefly describe your personal interests, occupational interests, and any hobbies that you may have including crafts or outdoor activities:

______________________

______________________

**Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York, the fine shall not exceed $5,000 and the stated value of the claim for each such violation.**

______________________ Signature

______________________ Date

# Medical Questionnaire

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177

| Name: | Claim No.: | Date: |
|---|---|---|
| Date of Birth: | Employer: | |

**Return to:**

| Name: | Phone No.: ( ) | Fax No.: ( ) |
|---|---|---|

**DEAR DOCTOR:** ______

The purpose of this form is to help us determine whether the clinical condition of this individual is disabling. It is necessary for us to document functional impairment. Please complete the following report as completely as possible and provide copies of all objective data.

1. **Primary Diagnosis:** (______ ) ______
   ICD Code — Major source of impairment

   **Secondary Diagnosis:** (______ ) ______
   ICD Code — Diagnosis not contributing to this impairment

2. **Please send copies of diagnostic records/reports, e.g.; laboratory, pathology, radiology, electrodiagnostic, operative, history & physical, admitting and discharge summaries, and any other appropriate test results.**

3. Describe the symptoms and how the primary diagnosis effects this individual from working or performing the activities of daily living.

______

______

*Based upon objective findings, please indicate below the amount of activity this individual can tolerate in a work day, for any employer. Indicate the functional capacities of this individual given two breaks, positional changes, and meal break(s).*

4.

| Person can: | 1 Hr. | 2 Hrs. | 3 Hrs. | 4 Hrs. | 5 Hrs. | 6 Hrs. | 7 Hrs. | 8 Hrs. | 9 Hrs. | 10 Hrs. | 11 Hrs. | 12 Hrs. | NOT AT ALL | Total Wrk. Day Hrs. | PERM. | TEMP. | DURATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. Sit | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ______ | ☐ | ☐ | ______ |
| b. Stand | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ______ | ☐ | ☐ | ______ |
| c. Walk | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ______ | ☐ | ☐ | ______ |

(Duration of Restriction: PERM. / TEMP. / DURATION)

What assistive devices might improve this individual's ability to stand, sit or walk? ______

5. NOTE: In terms of a work day: "CONTINUOUSLY" = 67%-100%; "FREQUENTLY" = 34%-66%; "OCCASIONALLY" = 1%-33%

| Individual can: | | CONTINUOUSLY | FREQUENTLY | OCCASIONALLY |
|---|---|---|---|---|
| Lift | 1-10 lbs. | | | |
| | 11-20 lbs. | | | |
| | 21-50 lbs. | | | |
| | 51-75 lbs. | | | |
| | 76-100 lbs. | | | |
| Carry | 1-10 lbs. | | | |
| | 11-20 lbs. | | | |
| | 21-50 lbs. | | | |
| | 51-75 lbs. | | | |
| | 76-100 lbs. | | | |
| Push/Pull | 1-10 lbs. | | | |
| | 11-20 lbs. | | | |
| | 21-50 lbs. | | | |
| | 51-75 lbs. | | | |
| | 76-100 lbs. | | | |

## Medical Questionnaire

Name:

6. **The Karnofsky Performance Status Scale** ***(Circle Appropriate Level)***

| CONDITION | PERCENTAGE | COMMENTS |
|---|---|---|
| Able to carry on normal activity and to work. No special care is needed. | 100<br>90<br>80 | Normal, no complaints, no evidence of disease.<br>Able to carry on normal activity, minor signs or symptoms of disease.<br>Normal activity with effort, some signs or symptoms of disease. |
| Unable to work. Able to live at home, care for most personal needs. A varying degree of assistance is needed. | 70<br>60<br>50 | Cares for self. Unable to carry on normal activity or to do active work.<br>Requires occasional assistance but is able to care for most personal needs.<br>Requires considerable assistance and frequent medical care. |
| Unable to care for self. Requires equivalent of institutional or hospital care. Disease may be progressing rapidly. | 40<br>30<br>20<br>10<br>0 | Disabled, requires special care and assistance.<br>Severely disabled, hospitalization is indicated, although death not imminent.<br>Hospitalization necessary, very sick, active supportive treatment necessary.<br>Moribund, fatal processes progressing rapidly.<br>Dead. |

7. Current medication(s): (Include dosage and frequency)
   a. ______
   b. ______
   c. ______
   d. ______
   e. ______
   f. ______

8. Current treatment and/or therapy: ______

9. Hospitalizations: Date: ______ Reason: ______
   Date: ______ Reason: ______

10. Surgery: ☐ Anticipated (Date and Procedure): ______
    ☐ Previous surgery(ies): (describe functional results) ______

11. Date first seen: ___/___/___ (month day year) **Date last seen:** ___/___/___ (month day year) Date of next visit: ___/___/___ (month day year)

12. Assessment and treatment are complicated by:
    - ☐ Significant emotional or behavioral disorder such as depression, anxiety, hysteria
    - ☐ Exaggeration, inconsistent findings, subjective complaints out of proportion to objective findings, bizarre or contradictory observations
    - ☐ Malingering
    - ☐ Dependence on drugs/medication. Specify ______
    - ☐ Other (please describe) ______

13. Do you expect the individual's condition to: ☐ Improve ☐ Regress ☐ Remain the same
    When do you anticipate change will occur ______

14. Anticipated return to work date: ___/___/___ (month day year) ☐ Full Time ☐ Part Time How Long ______

15. Is patient competent to handle his/her financial affairs? ☐ Yes ☐ No

**Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York, the fine shall not exceed $5,000 and the stated value of the claim for each such violation.**

| | | | |
|---|---|---|---|
| Physician's Signature: | | **Date:** | |
| Physician's Name: ***(Please print.)*** | | **Specialty:** | |
| Address: | City: | State: | Zip: |
| Taxpayer ID No.: | Phone No.: ( ) | Fax No.: ( ) | |

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

## LTD Only
## RTD/MRD File Review

Claimant: THERESE L EZERSKI Claim No: 00319978

Common Claimant ☐ Yes ☐ No If yes, Common Claimant protocols followed? ☐ Yes ☐ No

I have reviewed this file in conjunction with the following review date:

☑ 5 month RTD ☐ 9 month MRD ☐ 18 month MRD
☐ ~~14 month~~ RTD (☐ DMR ☐ Claimant Interview ☐ SS File/App Requested)

☑ **Claim Management Plan (CMP) is complete and current; contractual issues are addressed.**

☑ Medical information in the file supports ongoing disability – date of last medical ________ or

☑ Explain what medical investigation has been initiated and why.

sending medical questionnaire, ordered records. - Not in yet.

**End of Benefits:**

☑ Appropriately addressed/Claimant Notified ☐ Yes ☐ No

Type of limit(s) – list all that apply: ________

☐ If limit applied. Warning sent: ____ /____ ☐ If investigating limit. Warning sent: ____ /____

☐ Any Occ issues are being appropriately addressed ☑ Not Applicable ☐ Yes ☐ No ☐ Investigating. Warning sent: ____ /____

☐ Any Occ extended and override in place ☐ Yes ☐ No

Offsets/Reserve/Payment data are correct ☑ Yes ☐ No PDE calculation accurate ☑ Yes ☐ No

☑ "E", "D", "S", "X" coding for offsets are appropriately pursued and discussed with claimant:

☑ Social Security ☐ Applied/monitoring ☐ Request sent to claimant or SS on ____ /____ ☐ Referred to ALLSUP
☐ Workers Compensation ☐ Applied/monitoring ☐ Dependent SS information monitoring/ confirmed
☐ PERS (Public Employees' Retirement System) ☐ Applied/monitoring ☐ ETE on File
☐ State Disability ☐ Current MD list/HPVS
☐ Work earnings ☐ Documentation of earnings requested on ____ /____
☐ Other: ________

Overpayment recovery plan: ☐ In place and approved ☐ N/A
☐ Recovered by ALLSUP

| | | | Appropriate Approval |
|---|---|---|---|
| Partial Withholding | $ ______ | Mo. | ☐ |
| Full Withholding | $ ______ | Mo. | ☐ |
| Monthly Payments | $ ______ | Mo. | ☐ |
| ☑ Reserves | 6250463 | | |

**Authority Levels - Overpayment Recovery**
Up to 24 mos – Approver
24 - 36 mos – BTS
> 36 mos – Supervisor
> 60 mos – Director

☑ Diaries are up-to-date ☑ CMP up-to-date

☑ Appropriate diaries are entered for the future, including (if appropriate):

☑ Authorization request ☐ Change in definition warning Medical Request(s)
☐ Claimant interview ☐ Limit reminder/MBP letter(s) ☐ APS ☑ Questionnaire ☑ Records ☑ Review
☐ Field Benefit Consultant ☐ ETE (Education, Training, Experience Form) ☐ Other
☐ Work Earnings/Tax Returns

User approval RTD ________ Date ________

Analyst/Examiner Signature [illegible] 12-11-13 Date ________

Approver comments/RTD: [illegible] 12/12/13 (if exceeds user limits or if requesting exception to the 14 month plan, Supervisor approval)

Approver comments/MRD: If no RTW monitor for possible applying for SSDI. MB.

Approved/Proclaim updated by ________ Date ________

NM 15779 (9/12)

Home Manage Requests Order Medical Records Provider Auths RPNet Logout

# Request Details

---

## Details for RP #1806161

Name: EZERSKI, THERESE L
DOB: 1963
SSN: 5088
Policy/Claim Num: 00319978
Transaction ID: 2128180
Current Status: In Process
Order Date: 11/19/2013
Code: NML
Requested By: Rene McDonald
Case Manager: RMCDONA3
Special Attention: Seen by: Deborah Basinger FNP
Scope: From July 1, 2013 to Present

## Provider Information

Name: ORTHOPEDIC ASSOCIATES
Address: 4160 LITTLE YORK RD
City: Dayton
State/Zip: OH, 45414
Phone: (937) 415-9100
Fax: (937) 438-8630
Original Provider: Deborah Basinger FNP

## Documents Available Online

Click the icon to view / save a document.

**Other Documents**

- Provider HIPAA Authorization
- Signed Standard Authorization
- Signed Special Authorization
- Original Order Data

## Action Menu

- Print Case History Report
- Start a Customer Service Inquiry
- Edit Patient Information
- Email/Fax Provider-Specific Autho
- Upload a Signed Autho
- Return to the Results Summary Screen
- Order Additional Records for This Patient
- Begin a New Search

**Quick Search by:** Policy/Claim/Cert #

(format: exact policy number)

## Payment History

| Issued | Processed | Payment ID | Amount |
|---|---|---|---|

## Status Notes

**Date: 12/11/2013 at 12:56 PM**

Contact:

Note: LEFT VOICEMAIL
** Called twice
reached voicemail
left message for receipt and status of request
provided contact info, patients name, DOB and reference #

Home Manage Requests Order Medical Records Provider Auths **RPNet Logout**

# Order Complete

---

### Your Weborder Transaction ID is: 2128180

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

Name: EZERSKI, THERESE L
DOB: 1963
SSN: -5088
Policy Num: 00319978
Source Code: NML

Provider 1: Deborah Basinger FNP
Address: 4160 LITTLE YORK RD
Dayton, OH 45414
Phone: 937-415-9100
Record Range: Obtain records from 07/01/2013 to Present

Provider 2: Dr. Joseph DiCicco
Address: 4160 LITTLE YORK RD
Dayton, OH 45414
Phone: 937-415-9100
Record Range: Obtain records from 07/01/2013 to Present

New Request (Retain Household Info/Policy Number) -> | New Request (Clear All Previous Data) -> | Order Additional Request(s) for This Patient

Copyright 2012 ReleasePoint. All Rights Reserved. 1.800.999.9589 | Logout of RPNet

From the desk of:
**Rene McDonald**

11/19/2013 12:21:00 PM

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

The group administrator (Louis) called and asked if Ms. Ezerski is disabled forever? He said that she was a store manager and he doesn't know if he needs to replace her or not. I told him unfortunately I cannot discuss her medical situation with him. All I can tell him is she will receive benefits as long as she is disabled regardless of whether her employment is termed. He said that she has told the district manager that she is likely never returning to work. He may let her go, but doesn't want to do anything illegal. I informed him that I don't know the ee/er laws in Ohio and suggested he look into that. I told him I am sorry I can't really be more helpful and also suggested he call Ms Ezerski to find out her return to work plans. We thanked each other and ended the call.



Signed Rene McDonald 11·19·13

**MCDONALD, RENE**

**From:** Daniel Ezerski [danielezerski@yahoo.com]
**Sent:** Tuesday, October 22, 2013 7:34 PM
**To:** MCDONALD, RENE
**Subject:** Re: Therese Ezerski disability benefits

The date on Dr. rodgers was Aug. 7th. Sorry about that. I also saw Dr. Bassinger in May.

Thank you,
Therese Ezerski

On Tuesday, October 22, 2013 6:00 PM, "renemcdonald@northwesternmutual.com" <renemcdonald@northwesternmutual.com> wrote:
Thank you Ms. Ezerski. I will be sure this gets noted in your file.

Sincerelly,
**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland , OR 97204
Phone 971.321.2837 | Fax 800.766.6320
Toll-free 800.378.4665 x2837
*Ensure a sustainable future - only print when necessary.*

10-25-13

---

**From:** Daniel Ezerski [mailto:danielezerski@yahoo.com]
**Sent:** Tuesday, October 22, 2013 10:48 AM
**To:** MCDONALD, RENE
**Subject:** Therese Ezerski disability benefits

Hello Rene,
I did not want to give you wrong information on my last doctor appt. I saw Dr. Jeffrey Rodgers at Orthopedic Associates on August 8th. My next appt is with his associate whom I have seen before Dr. Bassinger, on November 19th.

If you need anything else please let me know.

Therese Ezerski
This e-mail and any attachments may contain confidential information of Northwestern Mutual. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of this e-mail and any attachments is prohibited. If you have received this e-mail in error, please notify Northwestern Mutual immediately by returning it to the sender and delete all copies from your system. Please be advised that communications received via the Northwestern Mutual Secure Message Center are secure. Communications that are not received via the Northwestern Mutual Secure Message Center may not be secure and could be observed by a third party. Thank you for your cooperation.

**MCDONALD, RENE**

---

**From:** MCDONALD, RENE
**Sent:** Tuesday, October 22, 2013 3:01 PM
**To:** 'Daniel Ezerski'
**Subject:** RE: Therese Ezerski disability benefits

Thank you Ms. Ezerski. I will be sure this gets noted in your file.

Sincerelly,

**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.2837 | Fax 800.766.6320

Toll-free 800.378.4665 x2837

*Ensure a sustainable future - only print when necessary.*

---

**From:** Daniel Ezerski [mailto:danielezerski@yahoo.com]
**Sent:** Tuesday, October 22, 2013 10:48 AM
**To:** MCDONALD, RENE
**Subject:** Therese Ezerski disability benefits

Hello Rene,
I did not want to give you wrong information on my last doctor appt. I saw Dr. Jeffrey Rodgers at Orthopedic Associates on August 8th. My next appt is with his associate whom I have seen before Dr. Bassinger, on November 19th.

If you need anything else please let me know.

Therese Ezerski

Rene McDonald 10/22/13

From the desk of:
**Rene McDonald**

10/22/2013 10:25:00 AM

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

Spoke with Ms. Ezerski. She said taxes were not taken from her latest check and she wanted to make sure that was correct. I explained that FICA and Medicare taxes are applicable for 6 months, from her date of disability. I told her she is subject to Federal tax and to send us her W-4S if she would like those taken out monthly.

I asked Ms Ezerski if she had any new providers. She said she has been seeing Debra Basinger. She was last seen in June or July. She was to have an appointment in October but had a family emergency. She has an appointment on Nov 19, 2013 with Debra Basinger. Dr Rogers is really busy she doesn't see him right now, Debra Basinger is at the same clinic. She is not seeing any other providers. I told her I will be requesting records following her 11/19/13 appointment. We thanked each other and ended the call.



Signed Rene McDonald 10-22-13

NORTHWESTERN MUTUAL

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

September 13, 2013

Therese L Ezerski

Vandalia, OH

RE: Kirlins Inc
Group Policy No: 662281 / Claim No: 00319978

Dear Ms. Ezerski:

We are writing with regard to your claim for Long Term Disability (LTD) Benefits, which has been approved with an initial disability date of March 25, 2013. This was the first day you were unable to perform the full-time duties of your Own Occupation. For further explanation, please refer to your group policy and the provision that defines Own Occupation.

The approval of your claim was based on your inability to perform your Own Occupation due to the limitations and restrictions imposed by your medical condition. Under the terms of your group policy, Long Term Disability benefits may remain payable for 24 months based on your inability to perform your Own Occupation. This 24-month time period is known as the "Own Occupation" period of disability and it starts as of June 23, 2013, the first day you are eligible to receive LTD benefits. Your LTD Benefits begin to accrue on your 91st day of disability.

Following the "Own Occupation" period, LTD Benefits may remain payable, in accordance with your group policy, if your physical limitations and restrictions prevent you from performing any reasonable occupation, given your education, training, and experience. This is known as the "Any Occupation" period of disability. The maximum benefit period under the group policy extends to age 67.

The Maximum Monthly (LTD) Benefits you may receive are based on 60% of your Predisability Earnings (PDE). Given your Predisability Earnings at the time you ceased work ($2,500.01), you are entitled to receive a monthly LTD benefit in the amount of $1,500.01, reduced by "Other Income" as defined in your group LTD policy. According to your group LTD policy, you are entitled to a Minimum Monthly (LTD) Benefit in the amount of $150.00.

Given a disability date of March 25, 2013, your LTD benefits began to accrue on June 23, 2013. Your first check, in the post tax amount of $ 2,770.52, for the benefit period of June 23, 2013, through August 22, 2013, was mailed to you on September 11, 2013. Subsequent benefits, as long as they remain payable, will be due by the 23rd day of each month thereafter.

Should your condition(s) allow you to work in your Own Occupation or another occupation during your period of disability you may be eligible for continued benefits from Northwestern Mutual while working. If you continue to work while meeting the Definition of Disability and the other provisions of your group policy, your LTD benefit would be adjusted by a portion of your gross income from work performed.

You are required by your group policy to apply for and pursue all income to which you may be entitled as a result of your disability and/or retirement, and the receipt of these benefits may create an overpayment of Long Term Disability Benefits. This income includes but is not limited to Short Term Disability, Sick Pay, State Disability Income, Workers' Compensation Benefits, Social Security Disability/Retirement Benefits, and retirement proceeds that are paid to you by your employer.

A retroactive benefit award from another income source can result in an overpayment of benefits on your Northwestern Mutual claim. This may happen when you receive benefits from another income source for a prior period of time during which Northwestern Mutual also paid you monthly benefits.

Because an overpayment may occur on your claim as a result of other income, we are requesting that you read, sign and date the enclosed Reimbursement Agreement, have it witnessed by a third party, and return it to this office in the enclosed envelope. Your signature on this document indicates that you understand that an overpayment may result on your claim if you receive an award from another income source and that you are responsible to immediately reimburse Northwestern Mutual for an amount which should have been deducted from your monthly benefit amount.

As your employer paid the premiums for this coverage, your benefits are considered 100% taxable. Therefore, if you wish for Northwestern Mutual to withhold Federal Income Taxes from your monthly benefits, please complete and return the enclosed W-4S with the dollar amount that you would like to have withheld. Please note: the minimum monthly amount we can withhold is $90.00.

Failure to comply with the group policy and its provisions, including the pursuit of Social Security Disability Income Benefits, within 60 days of the date of this letter, may result in the estimation and deduction of those proceeds, and the full withholding of Long Term Disability benefits. As such, we are asking that you apply for and pursue all benefits to which you may be entitled as a result of your disability and/or retirement and provide us with documentation pertaining to the status of your applications. Please refer to your group policy for additional information regarding Other Income/Income From Other Sources and understand that our request is that you apply for Social Security Disability

Income Benefits and not reduced, early-retirement proceeds. We will, however, reduce your Long Term Disability benefits by whichever benefit you receive, as defined in your group policy.

Your claim will be administered based on the group policy in force on March 21, 2013, with Kirlins Inc. A complete copy of this group policy is enclosed for your reference.

You have the right to request a review of this decision if you do not agree or if you would like to submit additional information you feel would change our determination. To request a review, please do so in writing within 180 days of the receipt of this letter. If you request a review, you will have the right to submit additional information in connection with your claim. If there is new information you wish to have considered, please include it with your request for review.

If you request a review, it will be conducted by an individual who was not involved with the original decision. The individual conducting the review of your claim may consult with a medical professional. This medical professional will be someone who was not previously consulted in connection with your claim.

The review may take approximately 45 days after we receive your request, unless circumstances beyond our control require an extension of an additional 45 days. If you request a review and the decision to deny, close or limit your claim is upheld, you will have the right to file suit under section 502(a) of the Employee Retirement Income Security Act (ERISA) or state law, whichever is applicable.

We reserve the right to assert any additional valid reasons for limitation or denial of your claim in the future. Should you have any questions, please do not hesitate to contact me. Additional information about the calculation of disability benefits or the amount payable is available upon request. The formula for calculating the benefit is set forth in the group policy.

Sincerely,

René McDonald
Disability Benefits Analyst
Group Benefits
1-800-378-4665 Ext. 2837

Enclosure: Postage Paid Envelope
Repayment Agreement
W-4S
EFT request
Explanation of Benefits
Group Policy

Michele Britton

# REIMBURSEMENT AGREEMENT

I, Therese L Ezerski, understand that under the terms of the Kirlins Inc's Long Term Disability (LTD) benefits policy, my Long Term Disability (LTD) benefits may be reduced due to income from other sources that I and/or my family members may receive, or are eligible to receive, as a result of my disability or retirement.

Such sources of other income or benefits include, but are not limited to:

**Social Security Disability/Retirement Income**
**Work Earnings/Workers Compensation**

I understand that the receipt of or eligibility for income from other sources may result in an overpayment of Long Term Disability benefits paid to me. I also understand that I am responsible for immediately repaying Northwestern Mutual for any overpayment of Long Term Disability benefits that may result from my or my family's entitlement to other income benefits.

I understand that I am responsible for sending copies to Northwestern Mutual all notices, awards, or letters I receive with regard to other income benefits. I must immediately notify Northwestern Mutual if I or my family members receive other income benefits as referenced in the above-named group policy.

____________________________ ____________
Signature Date

____________________________ ____________
Witness Date

Date(s) of application for:

Other income or benefit: ________________________

Other income or benefit: ________________________

I am receiving other income/benefits (circle one): **YES/NO**

Please attach copies of all notices, awards, or letters received with regard to other income benefits and return to Northwestern Mutual with this signed Reimbursement Agreement.

Explanation of Benefit Form for
Group Long Term Disability Insurance

**Northwestern Mutual**
Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

| | | | |
|---|---|---|---|
| **TO:** THERESE L EZERSKI | MBR ID: -5088 | **GROUP ID:** | L20019990 |
| **POLICYOWNER:** KIRLINS INC | | **POLICY:** | L662281 |
| **DATE:** 09/11/13 | | **CLAIM:** | L00319978 |

We are pleased to inform you that your claim for Long Term Disability (LTD) Benefits has been APPROVED. This notice explains how your benefits have been calculated.

LTD Benefits have been computed using the benefit formula described in your Policy. Your LTD Benefits are reduced by any Other Income, as described in your certificate, that is payable as a result of your disability or retirement.

If you are presently receiving Other Income which is not shown below, please forward a copy of any official statement you have received about the amount of this income and the period it covers. In some cases, a Minimum LTD Benefit may be payable if your Other Income exceeds a specified amount.

*If you are awarded Other Income in the future or you return to work or recover from your disability, please notify our office immediately to minimize possible overpayment of your claim.* **Your monthly LTD Benefit is:**

| | | |
|---|---|---|
| Maximum Benefit Payable .................................. | $ | 1,500.01 |
| Minimum Monthly Benefit .................................. | $ | 150.00 |

**Other Income used in calculation of the first check*:**

NONE USED FOR THIS CHECK

Below is the calculation of your initial benefit check. Benefits are payable on the Beginning Date specified in your Certificate of Insurance. As you can see, benefits are not payable for the time you are disabled before the Beginning Date.

| | | |
|---|---|---|
| Adjusted Net Benefit 06/23/13 THRU 08/22/13 ............... | $ | 3,000.02 |
| Less Social Security Tax ................................ | $ | -186.00 |
| Less Medicare Tax ................................ | $ | -43.50 |
| **FIRST CHECK DUE:** 09/11/13 TOTAL ..................... | $ | 2,770.52 |

**If you are eligible for additional LTD Benefits, you will receive them on or before the 23rd of the month.**

We hope that the above information helps you understand your first benefit check from Northwestern Mutual. If you have any questions about your coverage under your Policy, please refer to your Certificate of Insurance or contact:

**RENE MCDONALD** ( ) -

**LTD Premium Waiver:** *We are pleased to waive any LTD premium for the employee which becomes due after the Benefit Waiting Period. Please refer to your Group Administration Manual for further instructions on premium waiver based on your bill type*

**Rene McDonald**

**From:** Rene McDonald
**Sent:** Tuesday, September 10, 2013 4:26 PM
**To:** Linda Knickrehm
**Subject:** DOT
**Attachments:** 20130910162012192.pdf; 20130910162059664.pdf

Hi Linda,

Attached are the employer and employee statements for Ms. Ezerski, claim 319978. May I please get a DOT?

Thanks!

**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.2837 | Fax 800.766.6320
Toll-free 800.378.4665 x2837

*Ensure a sustainable future - only print when necessary.*

**MCDONALD, RENE**

**From:** Daniel Ezerski [danielezerski@yahoo.com]
**Sent:** Friday, September 06, 2013 6:47 PM
**To:** MCDONALD, RENE
**Subject:** RE: Claim for Therese L Ezerski-319978

Thank you for acknowledging my e-mail.
Sincerely
Therese Ezerski

------------------------------
On Fri, Sep 6, 2013 4:40 PM PDT renemcdonald@northwesternmutual.com wrote:

>Hello Ms. Ezerski,
>
>
>
>My apologies for the extreme delay of your claim decision. Per our
>conversation last week, I emailed the Physician Review department,
>however I was unable to get a specific ETA from them at that time. I
>followed up yesterday and was informed that your claim file will be
>delivered to me early next week. My hope is that I will get your file
>on Monday and be able to make a claim decision that same day. As soon
>as a claim decision is made, a letter will be mailed out to you. Again,
>I am truly sorry that this process has been very delayed and appreciate
>your patience while we complete our review of your claim. If you have
>any further questions, do not hesitate to contact me.
>
>
>Thank you,
>
>
>
>Rene McDonald | Disability Benefits Analyst Northwestern Mutual 920 SW
>Sixth Avenue PSB6A | Portland, OR 97204 Phone 971.321.2837 | Fax
>800.766.6320
>
>Toll-free 800.378.4665 x2837
>
>Ensure a sustainable future - only print when necessary.
>
>________________________________
>
>From: Daniel Ezerski [mailto:danielezerski@yahoo.com]
>Sent: Friday, September 06, 2013 5:57 AM
>To: MCDONALD, RENE
>Subject: Claim for Therese L Ezerski-319978
>
>
>
>Good morning Rene,
>
>It has been almost two weeks now since I last spoke to you about my
>claim. At that time you said the Dr.s were a week late getting back
>with you on my claim. Do we have any news yet? With the letters that
>were also faxed to your office saying that I was disabled and that I
>also needed a cane to walk,and have now arthritis in both my knees,
>along with the Dr. records, I can't believe that I do not have an answer yet.
>Did your office receive my job description as a retail manager? There
>are days where I can't even get up from a chair let alone walk, bend

>etc..The pain is unbear[redacted]. [redacted].
>
>I do realize that your office didn't receive my medical records until
>the end of July, but we are going on the second week of Sept. now.
>
>I will be waiting to here from your office.
>
>
>
>Thank you for your time,
>
>Therese Ezerski
>
>(662281)
>
>(319978)
>
>This e-mail and any attachments may contain confidential information of Northwestern Mutual. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of this e-mail and any attachments is prohibited. If you have received this e-mail in error, please notify Northwestern Mutual immediately by returning it to the sender and delete all copies from your system. Please be advised that communications received via the Northwestern Mutual Secure Message Center are secure. Communications that are not received via the Northwestern Mutual Secure Message Center may not be secure and could be observed by a third party. Thank you for your cooperation.

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

September 5, 2013

Therese L Ezerski

Vandalia OH

Kirlins Inc
Policy: 662281
Claim: 319978

Dear Ms. Ezerski:

At this time your claim for LTD benefits remains in a pending status while we continue our investigation.

As we informed you in our letters of June 27, 2013 and August 7, 2013, your claim for LTD benefits is in a pending status, while we complete our review of your claim. As we discussed in our telephone conversation on August 26, 2013, your file was referred to a physician consultant and is expected back from review very shortly. Once we receive the file, we will complete our review and inform you accordingly. We expect to complete our review by October 5, 2013.

We understand the importance to making a timely decision on your claim. We will keep you informed about the progress of our investigation. You will receive a system generated update letter every 10 to 15 days, until we reach a claim determination. When we receive all the necessary information, we will promptly complete our review of your claim and notify you of the claim decision.

If you have any questions about this letter or your claim, please write or call me.

Sincerely

Rene McDonald
Disability Benefits Analyst
Employee Benefits
**Northwestern Mutual**

**Rene McDonald**

| | |
|---|---|
| **From:** | Microsoft Outlook on behalf of 9374700469 |
| **Sent:** | Friday, August 23, 2013 1:00 PM |
| **To:** | Rene McDonald |
| **Subject:** | HelloVoice Mail from 9374700469 (56 seconds) |
| **Attachments:** | 9374700469 (56 seconds) Voice Mail.mp3 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Monday, 8/26/2013**
**10:00 AM**

Called claimant's residence and spoke with her. I informed her that I still haven't been able to make a decision as her claim is with our physician consultant. Claimant said she is frustrated and doesn't understand why this is taking so long. She talked about how she was in good standing with her employer and had a short term policy that was paid, that her doctor says she can't work, she doesn't understand why we haven't been able to approve her claim yet. I told her I am sorry for her frustration and that medical records were not included with her claim, only an APS, so we had to wait for that, then send her file for review. I told her that I emailed that department this morning for an update, that it really shouldn't be much longer. Claimant asked for an idea of how long it would be. I told her I don't have any more information than what I have given her.

She asked for my email, which I gave to her. She asked if I can can email her once a decision is made. I informed her that I will mail a letter out to her. She said okay and thanked me. We ended the call.

**Sat 8/24/2013 2:00 PM**
**Voice Mail Preview:**

Hi Rene my name is Terese Ezerski, my home number is (937) 280-3087 and if you could please give me a call I would just like to check on my claim-- claim number 319978 I am still not sure as to why this is taking so long and and it's just really playing undue stress on to my family.

And if you could just please give me a call thank you bye bye.

**Fri 8/23/2013 1:00 PM**
**Voice Mail Preview:**

Hi Rene this is Terese Ezerskiand my telephone number you can reach me at today is 937-470-0469, my claim number is 319978 my policy number is 66-2281.

And I still haven't heard anything-- I was wondering if you had heard anything -- and -- just wondering -- why it's still taking so long on this matter -- so if you could please give me a call and if they're gonna pay me any back pay since my 90 days started in June and we are now into September.

So if you could just give me a call today I'd greatly appreciate it thank you bye bye.

Created by Microsoft Speech Technology. Learn More...

---

**You received a voice mail from 9374700469**

Caller-Id: 9374700469

8/26/13

From the desk of: 8/9/2013 1:29:00 PM

**Rene McDonald**

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

Ms Ezerski called in again today to ask if we ordered all her records from the facility, or just from one doctor. She said she saw several providers and had several scans done and she thinks we need all of the records. I informed her that our copy service, Release Point ordered the records for us and per their notes, they are working with medical records of her facility. I informed her that the records for that request have not been received yet, although I did have some records in her file, which was sent to our physician consultant. I told her since her file isn't with me, I don't know who the records are from. I said that since Release Point is having troubles obtaining records, she may want to call them and ask that they be sent to us. I gave her their phone number and our fax number.



Signed Rene McDonald
8/9/13

From the desk of:
**Rene McDonald**

8/9/2013 12:09:00 PM

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

Ms. Ezerski called in to check on the status of her claim. I informed her that I sent a letter to her on 8/7/13 informing her of the status. I received medical records and reviewed them with our nurse and it was decided that they should be reviewed by a physician consultant and that I sent her file out. I told her that when her file comes back I will review it right away and make a decision. She said she didn't understand why this is taking so long, she has 4 doctors and records that indicate that she cannot work. I explained that when her file was received, we did not have records, just an APS. I told her records were ordered right away, but not received for a few weeks. She asked how much longer it will be. I informed her that it will likely be a few weeks. She said that seemed like a long time too. I apologized and explained that her file was sent for review and that the turnaround is usually a month, but I did put a rush on this one. I told her she will continue to get system generated letters, but that I also have sent her some letters that I actually wrote with status updates. I told her she may continue to call me and check on the status as well. She thanked me and we ended the call.



Signed Rene McDonald 8-9-13

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

August 7, 2013

Therese L Ezerski

Vandalia OH

Kirlins Inc
Policy: 662281
Claim: 319978

Dear Ms. Ezerski:

At this time your claim for LTD benefits remains in a pending status while we continue our investigation.

As we informed you in our letter of June 27, 2013, your claim for LTD benefits is in a pending status, while we complete our review of your claim.

We requested and received medical records from Dr. Rogers through our copy service, ReleasePoint. These records have been referred to one of our physician consultants for review. Once your medical records have been reviewed, we will complete our review and inform you accordingly.

For the reason stated above, we are unable to complete a review of your claim as of the date of this letter. We are therefore extending the time in which to make a decision regarding your claim by an additional 30 days. We understand the importance to making a timely decision on your claim. We will keep you informed about the progress of our investigation. You will receive an update letter every 10 to 15 days, until we reach a claim determination.

Once we have all the necessary information to complete our investigation we will promptly complete our review and notify you in writing of our decision. If you have any questions about this letter or your claim, please contact me at (800) 378-4665 x 2837.

Sincerely

Rene McDonald
Disability Benefits Analyst
Employee Benefits
**Northwestern Mutual**

Gail Swenson

From the desk of: 8/1/2013 12:44:00 PM

**Rene McDonald**

Re: THERESE L EZERSKI
Member SS#: xxx-xx-xxxx
Claim #: 00319978

Policyholder: KIRLINS INC
Group ID#: 20019990
Policy #: 662281

Claimant called in to check on the status of her claim. I informed her that records were received and reviewed with a nurse who recommended a physician look at it. I informed her that I would be referring it for a consult today and will put a rush on it. I apologized for the delay. She said she was hoping it would be done because she has not received a paycheck. I told her I am sorry that a decision hasn't been made yet. She said okay and thanked me. We ended the call.



Signed Rene McDonald

**Rene McDonald**

**To:** 9372803087
**Subject:** RE: HelloVoice Mail from 9372803087 (27 seconds)

7/23/13 12:16 PM

I spoke with Ms. Ezerski and informed her that medical records were just received and I would be reviewing them with our nurse case manager tomorrow to make a decision. I told her we will have a decision made soon. She asked if we would send her something or call her. I informed her that a letter will be sent. She thanked me and we ended the call.

**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.2837 | Fax 800.766.6320
Toll-free 800.378.4665 x2837

*Ensure a sustainable future - only print when necessary.*

---

**From:** Microsoft Outlook **On Behalf Of** 9372803087
**Sent:** Monday, July 22, 2013 2:07 PM
**To:** Rene McDonald
**Subject:** HelloVoice Mail from 9372803087 (27 seconds)

**Voice Mail Preview:**

Hi Rene this is Therese Ezerski, claim number is 00319978 and it's Monday the 22nd I was just calling to see if there was any news yet on my claim and didn't want to disturb you but I was just wondering you can reach me at (937) 280-3087 thank you Rene bye.

Created by Microsoft Speech Technology. Learn More...

---

**You received a voice mail from 9372803087**

Caller-Id: 9372803087

Rene McDonald 7-23-13

**Rene McDonald**

| | |
|---|---|
| **From:** | Microsoft Outlook on behalf of 9372803087 |
| **Sent:** | Monday, July 15, 2013 6:19 AM |
| **To:** | Rene McDonald |
| **Subject:** | HelloVoice Mail from 9372803087 (31 seconds) |
| **Attachments:** | 9372803087 (31 seconds) Voice Mail.mp3 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Monday 7/15 1:45 PM**

Called claimant back. Explained to her that we are still trying to obtain records. Release Point received the requested special authorization today and contacted her provider. She asked how long it will take, I said it depends on her provider, maybe a week.

She asked what her benefit will be and the max benefit period if she is approved. I told her her benefit is $1500.01 and the max benefit period runs through 2030, if she continues to be disabled from any occupation , for her own occupation it is 2 years. She asked if she is required to go to a doctor regularly and how often, what kind of information will we request. I explained that she is required to be under the ongoing care of a physician and that we will ask for records, or other documents regularly, which she will be required to provide us with. She asked if she would get a check in August. I told her that her benefit is payable on the 23rd, if she is approved. I told her once the records are in and her file is reviewed, if we approve her claim, a check would likely be issued the next day.

Ms. Ezerski asked if we had an online service where she could check on the status. I informed her we do not, that she can call me with questions or status updates.

**Monday 7/15 6:19 AM**
**Voice Mail Preview:**

Good morning Rene, my name is teresa Ezerski, and today's Monday, July 15 I was just calling on status of my claim claim number 319978 policy number 662281 my phone number is (937) 280-3087 again it's Teresa L Ezerski thank you Rene bye bye.

Created by Microsoft Speech Technology. Learn More...

---

**You received a voice mail from 9372803087**

Caller-Id: 9372803087



**Rene McDonald**

**To:** 9372803087
**Subject:** RE: HelloVoice Mail from 9372803087 (41 seconds)

3:30 PM
Returned Ms Ezerski's call. I informed her that we ordered records from her doctor and we are just waiting to hear back. She said she is going to see him tomorrow and he is giving her a letter, she will fax that to us. I told her that ay be helpful, but at this time we do need actual medical records and if she can help us get those, that would speed up the claim.

She asked how much she will receive and when. I told her if her claim is approved she will get 60% of her salary, which is $1500.01 per month and payments are due to her by the 23rd, with her first check due by 7/23, if claim is approved. She thanked me and we ended the call.

**Rene McDonald | Disability Benefits Analyst**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.2837 | Fax 800.766.6320
Toll-free 800.378.4665 x2837

*Ensure a sustainable future - only print when necessary.*

---

**From:** Microsoft Outlook **On Behalf Of** 9372803087
**Sent:** Monday, July 01, 2013 9:30 AM
**To:** Rene McDonald
**Subject:** HelloVoice Mail from 9372803087 (41 seconds)

**Voice Mail Preview:**

Hi Rene my name is Teresa Ezerski, my claim number 00319978.

My home phone number is (937) 280-3087 -- and I received your letter that was sent out on June 25 and I was just wondering about how long it takes until I would know if I was going to receive a check and how much the checks would be -- just some details of the claim. so again my number is 9372803087 thank you bye bye.

Created by Microsoft Speech Technology. Learn More...

---

**You received a voice mail from 9372803087**

Caller-Id: 9372803087

Rene McDonald
7-2-13

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

Group Insurance Administration
Post Office Box 2177
Portland OR 97208-2177
Telephone (800) 378-4665
Fax (800) 766-8442
Claims Fax (800) 766-6320

June 27, 2013

Therese L Ezerski

Vandalia OH

Kirlins Inc
Policy: 662281
Claim: 319978

Dear Ms. Ezerski:

An initial review of your Long Term Disability (LTD) benefit claim has been completed. At this time your claim for LTD benefits is in a pending status, while we complete our review of your claim.

We have requested medical records from Dr. Rogers through our copy service, ReleasePoint.

We understand the importance to making a timely decision on your claim. We will keep you informed about the progress of our investigation. You will receive a system-generated update letter every 10 to 15 days, until we reach a claim determination.

The system-generated letters are generic, brief, and designed to let you know that we are still in the process of investigating your claim. The letters will state that we are continuing to gather additional information for your claim. However, this statement may also reflect that while we have received all the documentation that we have requested, we may be in the process of obtaining additional information such as medical or vocational reviews prior to making our claim determination.

Once we have all the necessary information to complete our investigation we will promptly complete our review and notify you in writing of our decision. If you have any questions about this letter or your claim, please contact our office at (800) 378-4665 x 2837.

Sincerely

Rene McDonald

Rene McDonald
Disability Benefits Analyst
Employee Benefits
**Northwestern Mutual**

Gail Swenson

6-28-13

Home Manage Requests Order Medical Records Provider Auths **RPNet Logout**

## Order Complete

---

### Your Weborder Transaction ID is: 2101693

Please be sure to write this number on the authorization form when sending to ReleasePoint, or print this page and fax it along with the autho to:

*626-768-7064*

| | |
|---|---|
| Name: | Ezerski, Therese L |
| DOB: | 1963 |
| SSN: | 5088 |
| Policy Num: | |
| Source Code: | NML |

| | |
|---|---|
| Provider 1: | ROGERS, DR JEFFREY |
| Address: | SUITE 110 7677 YANKEE ST<br>CENTERVILLE, OH 45459 |
| Phone: | 937-428-0400 |
| Record Range: | Obtain records from 10/04/2012 to Present |

New Request (Retain Household Info/Policy Number) -> | New Request (Clear All Previous Data) -> | Order Additional Request(s) for This Patient

Copyright 2012 ReleasePoint. All Rights Reserved. 1.800.999.9589 | Logout of RPNet

## SOLIS, JOSEPH

**From:** SOLIS, JOSEPH
**Sent:** Thursday, June 13, 2013 12:09 PM
**To:** DI-GRPCOV
**Cc:** SOLIS, JOSEPH
**Subject:** Common Claim Inquiry{Secure Message}

DI-GRPCOV,

Please let me know if this person has a claim with individual. **I also need to know if you have received information on this individual and if so please forward all documents you may have to our office.**

**Therese L Ezerski 5088 63 OH**

Thanks,

Joseph

**Joseph Solis | Disability Benefits Processor**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.7819 | Fax 800.766.6320

**Toll-free 800.378.4665 x7819**

***Ensure a sustainable future – only print when necessary.***

L 06602281 0001

**Group Disability Claim**
**Employee Statement**

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

## TO BE COMPLETED BY EMPLOYEE

Full Name: Therese L. Ezerski

Street Address:

City: Vandalia, OH

State: Ohio | Zip Code:

Phone No.: (937) 280-3087 | Sex: ☐ M ☑ F

Birthdate: -63 | Social Security No.: -5088

Spouse's Name: Daniel F. Ezerski | Birthdate: 53

No. of Dependent Children: 1 | Birthdate of Youngest: -95

1. Did you receive a Certificate of Insurance? ☐ Yes ☑ No
2. Last active day at work: 3-21-13
3. Date you became unable to work at your occupation because of disability. If pregnancy, estimate. 3-25-13
4. Name of Employer: Kirlins Hallmark
   Phone: (888) Kirlins Group Policy No.: ?
5. Date you returned or expect to return to work: N/A
   ☐ Full-time? ☐ Part-time? Work Phone: ( )
   Same Job? ☐ Yes ☐ No Same Employer? ☐ Yes ☐ No

6A. Illness ☑ If illness, when did you first notice it? What is the nature of your disability? What do you believe caused this illness?
I noticed about 2 1/2 yrs. ago. Over this time period my condition has gotten worst + very painful Arthritis + nerve in back, legs, feet

6B. Injury ☐ If injury, when and where did it happen?

Have you had this condition before? ☐ Yes ☑ No

7. How does your disability prevent you from working?
I have arthritis, nerve problems in legs and feet. I have a degenerative spinal condition + arthritis in my knees + carpal tunnel in arms. I cannot stand, bend, climb, walk and count money because of this
   Are you taking medications? ☑ Yes ☐ No
   Name the medications and the dosage: presc. for cane to walk
   Tramadol HCL 50 mg 1 tab every 6 hrs
   Topiramate 50 mg 1 tab 2xs daily
   I was taking other meds. upset stomach though
8. For pregnancy: expected delivery date:
   Date Delivered:
   Describe any complications. N/A
   If actual date, type of delivery: ☐ Vaginal ☐ C-section
9. Physician's Name: Jeff Rodgers / Debra Basinger
   Specialty: Spinal pain
   Street Address: 4160 Little York Rd Suite 10
   City: Dayton State: OH Zip Code: 45414
   Phone No.: (937) 415-9100
10. Date first consulted for this injury or illness: approx. Nov/Dec 2012 ?
11. If you were hospitalized for this injury or illness:
    Hospital Name: N/A
    From: (date) Through:
    City/State: Phone:

**Attach a separate list of all physicians you have seen in the last 5 years for this or any other condition and their specialties, addresses and the dates you saw them. Please note the condition for which you were seen.**

12. Is this disability work related? ☐ Yes ☑ No
13. Have you filed a Workers' Comp. claim? ☐ Yes ☑ No Do you intend to file? ☐ Yes ☑ No
14. Do you have other Northwestern Mutual policies? ☐ Yes ☑ No Policy Numbers:
15. Do you have other Disability Income policies? ☐ Yes ☑ No Insurer(s): Not now - had Aflac short term
16. Have you applied for or are you receiving benefits from:

| | Applied Yes | Applied No | Receiving Yes | Receiving No | Date Applied For | Amount Received Weekly | Amount Received Monthly | Effective Date |
|---|---|---|---|---|---|---|---|---|
| a. Social Security | ☑ | ☐ | ☐ | ☑ | 5/13/13 | | | __/__/__ |
| b. Workers' Compensation | ☐ | ☑ | ☐ | ☑ | __/__/__ | | | __/__/__ |
| c. State Disability Insurance | ☐ | ☑ | ☐ | ☑ | __/__/__ | | | __/__/__ |
| d. Retirement or Pension (Employer, PERS, STRS, etc.) | ☐ | ☑ | ☐ | ☑ | __/__/__ | | | __/__/__ |
| e. Other N/A | ☐ | ☑ | ☐ | ☑ | __/__/__ | | | __/__/__ |

RECEIVED
JUN 18 2013
NORTHWESTERN MUTUAL

**Please attach copies of letters or notices related to these other benefits.**

## EDUCATION

Circle highest grade of school completed.
0 1 2 3 4 5 6 7 8 9 10 11 (12)
BA/BS MA/MS PhD / JD / MD
13 14 15 16 17 18 19 20

Receive a high school diploma? ☐ Yes ☑ No Year:
GED Diploma? ☑ Yes ☐ No Year:

Attend College? ☑ Yes ☐ No Major: Pshy.
Graduate? ☐ Yes ☑ No Degree: Year:

Graduate School? ☐ Yes ☑ No Major:
Graduate? ☐ Yes ☐ No Degree: Year:

Please describe vocational/technical education training programs you have attended (i.e. Welding, Auto Mechanics, Clerical, etc.)
School or Institute: montgomery Co. Vocational
Dates: From 1979 To 1981
Degree or Certificate Received: CERT.

Please describe any apprenticeship training program you have attended (i.e. Plumbing, Construction, etc.)
School or Institute: N/A
Dates: From To
Degree or Certificate Received:

Please list any machines or tools or work aids you have used.
Dolly, box cutters, scissors, ladder

Please list any supervisory duties you have had.
Retail Store Manager

Please list any professional licenses you have obtained (Real Estate, Cosmetology, Teaching, Pilot, etc.). Are they current? ☐ Yes ☑ No

Valid Driver's License? ☑ Yes ☐ No Chauffeur's License? ☐ Yes ☑ No

Please describe any Military Service you have had. N/A
Branch: Rank:
Dates: From To
Jobs in Service:
Training Received:

Are you currently engaged in a vocational retraining program sponsored by Workers' Compensation, Vocational Rehab., etc.? ☐ Yes ☑ No
Type of Program: N/A
Counselor's Name:
Counselor's Phone: ( )

Are you currently working or seeking employment? ☐ Yes ☑ No
What type?

Is a counselor or agency assisting you with your job search?
☐ Yes ☑ No Counselor/Agency Name & Phone No.

## WORK HISTORY AND EXPERIENCE

**Complete the following, starting with your most recent work experience. If you have a resume, please attach. (Please complete even if resume attached.) If you held more than one position in a company, please list ALL positions. ATTACH ADDITIONAL SHEETS IF NECESSARY**

| DATES OF EMPLOYMENT | COMPANY NAME AND JOB TITLE | DESCRIBE DUTIES/RESPONSIBILITIES |
|---|---|---|
| From 4-07-08<br>To now 3-21-13<br>Salary 14.41 | Company Name: Kirlin's Hallmark<br>Job Title: From 2-11 to 3-13 Store Manager | count money, sweep, dust, input info in computer, receiving, climb ladders, stock merchandise, go to the bank, customer service, loss prevention, payroll hiring, firing of employees (very stressful + physical) |
| From 4-07-08<br>To now 3-21-13<br>Salary 10.00 | Company Name: Kirlins Hallmark<br>Job Title: From 4-08 to 2-11 Asst. Manager | Assist Store manager - count money sweep. input info in computer. sweep, dust, stock merchandise. receiving + climb ladders to stock, go to bank, cust. service |
| From<br>To<br>Salary | Company Name:<br>Job Title: | |

In the space below briefly list your personal interests, occupational interests, and any hobbies that you may have.
Watching TV, Reading

**I certify that the above answers are true and complete to the best of my knowledge and belief and form the basis of my claim for Group Disability benefits.** ***Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York, the fine shall not exceed $5,000 and the stated value of the claim for each such violation.***

Signature: [signature] Date: 6-14-13

 0001

**Group Disability Claim**
**Employer Statement**

RECEIVED
JUN 1 3 2013
NORTHWESTERN MUTUAL

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

## To Be Completed By Employer

Employee's full name: Therese L. Ezerski

Employee's street address: Vandalia, OH

Social Security No.: 5088

Job title: Store Manager

1. Date employed: 4/7/2008
2. Hours worked per week: 40
3. Name, address, and telephone number of Workers' Compensation carrier (specify adjuster's name)
4. Name and phone no. of Medical carrier: 1-800-541-2763 BCBS OF IL
5. Date employee's **STD** Insurance effective: N/A
6. Date employee's **LTD** Insurance effective: 5/20/2011
7. Last day worked: 3/21/2013
8. Is disability work related? ☐ Yes ☒ No ☐ Undetermined
9. Is employee eligible for or receiving Workers' Compensation, SDI or other? ☐ Yes ☒ No
   Type: Effective:
   Amount $ per ☐ week ☐ month
10. Employee's earnings. Please check appropriate box:
    - ☒ Monthly Earnings $ 2500.01
    - ☐ Yearly Earnings $____
    - ☐ Basic Weekly Earnings $____
    - ☐ Basic Hourly Earnings $____
    - ☐ Other $____ per ____
    - ☐ Bonus (please attach list of bonuses paid for the period specified in Group Policy)
    - ☐ Commissions (please attach list of commissions paid for period specified in your Group Policy)
    - ☐ Basic Contract Earnings
      Contract amount $____ Length of contract ____
11. Earnings prior to last increase: $ 11.00 per hour
    Date of increase: 2/20/2011
12. Was employee at work when disability began? ☒ Yes ☐ No
    If not, was he/she: ☐ terminated ☐ on sick leave ☐ laid off ☐ on leave of absence
13. Date employee returned to work ☐ Part-time ☐ Full-time N/A
14. Last day through which sick leave was paid: N/A
15. Last day through which compensation was paid by employer (other than vacation): 3/21/13
16. Is employee subject to: Soc. Sec. taxes? ☒ Yes ☐ No
    Medicare taxes? ☒ Yes ☐ No
17. Is employee eligible to receive other employer sponsored retirement benefits? If so, specify plan: No
18. What percentage of **LTD** premium does employee pay? 0 %
    What percentage of **STD** premium does employee pay? n/a %
    Has % changed in last 3 years? **LTD** ☐ Yes ☒ No **STD** ☐ Yes ☐ No
19. Are premiums paid with pre-tax dollars (i.e. flex plans, IRC Section 125 cafeteria plans)? **LTD** ☐ Yes ☒ No **STD** ☐ Yes ☐ No
20. Was employee insured through a prior carrier?
    **LTD** ☐ Yes ☒ No **STD** ☐ Yes ☐ No

## Job Analysis (Have this portion completed by Supervisor or Manager)

21. In a work day given two breaks and a meal break, the employee would (circle number for each activity):

| | | | | | |
|---|---|---|---|---|---|
| Lift (in pounds) | 1-10 | 11-20 | (21-50) circled | 51-75 | 76+ |
| Carry (in pounds) | 1-10 | (11-20) circled | 21-50 | 51-75 | 76+ |

| | Total Hours | Consecutive |
|---|---|---|
| Sit | 8 7 6 5 4 3 (2) 1 (hrs) — 2 circled | ____ (hrs) |
| Stand | 8 7 (6) 5 4 3 2 1 (hrs) — 6 circled | ____ (hrs) |
| Walk | 8 7 (6) 5 4 3 2 1 (hrs) — 6 circled | ____ (hrs) |
| Drive | 8 7 6 5 4 3 2 1 (hrs) | 0 (hrs) |

Repeatedly uses hands:

Grasp ☐ Yes ☒ No — Finger manipulation ☐ Yes ☒ No
Push/pull ☐ Yes ☒ No — Finger dexterity (typing, etc.) ☐ Yes ☒ No

Job required frequent face-to-face public contact? ☒ Yes ☐ No

| | Occasionally (up to 33%) | Frequently (up to 66%) | Continuously (up to 100%) |
|---|---|---|---|
| Bend | X | | |
| Stoop | X | | |
| Twist | X | | |
| Squat | X | | |
| Kneel | X | | |
| Lift | X | | |
| Carry | X | | |

22. Could employee's position be modified to accommodate limitations? ☒ Yes ☐ No
    Would you like to discuss this with one of our vocational specialists? ☒ Yes ☐ No call Louie Frame 217-224-8953

Please attach copies of:
- Job description
- Resume or job application
- Enrollment form, (if applicable)
- If applicable, a copy of partnership agreement, retirement/pension plan or other coverage.



EER

Please make certain you have provided the employee with a certificate of insurance.
If you do not have a supply of certificates, please contact your Financial Representative.

**Did you provide the employee with Certificate of Insurance?**
☒ Yes ☐ No

## INFORMATION ABOUT TAXES

If the EMPLOYEE has paid the entire portion of premiums for his or her Long or Short Term Disability coverage, then Social Security, Medicare and Federal Income Taxes do not apply to any benefits paid to him or her while on claim. **Please note, however, that the Internal Revenue Service considers any premiums paid under a Section 125 Cafeteria or similar pre-taxation plan as EMPLOYER PAID.** If the EMPLOYER has paid all or a portion of the premium, that same percentage of paid premium to total premium equals the percentage of benefits taxable for Social Security, Medicare, and Federal Income Tax purposes.

We will withhold Federal Income Tax only if requested to do so by the EMPLOYEE. We will, however, withhold both the EMPLOYEE'S and EMPLOYER'S portions of Social Security and Medicare tax for Long Term Disability (LTD) during each of the six (6) calendar months that follow the month in which the EMPLOYEE completely ceased working for you due to disability; we will withhold for each and every full calendar month anytime that the EMPLOYEE continues working for you while disabled and the six months after any month they again cease completely.

Further, if the EMPLOYEE premium contribution percentage has changed within the last three years, we will use the IRS three year averaging rule to calculate the taxable benefit percent. If the EMPLOYEE returns to work for you and later leaves due to disability, the six (6) months of Social Security and Medicare tax withholding will begin again. Social Security and Medicare activity reports will be issued to you each time benefits with tax withholding are paid. For Short Term Disability (STD) you will need to match the Social Security and Medicare tax withheld, if any, and report on your 941 form your EMPLOYER'S portion and credit the EMPLOYEE amount withheld.

Year end/Tax year end reporting for **LTD** (W-2) is done by Northwestern Mutual. **STD** is done by the EMPLOYER *unless otherwise noted on the Disability Income Report.* A Disability Income Report will be sent to you by Group Insurance Administration each January with details on tax preparation and payments made under your Plan during the prior calendar/tax year. You will receive explanatory mailings prior to each calendar/tax year end. **Tax laws and/or procedures are subject to change. We will inform you of any changes that would affect or supersede the above.**

For additional details call Group Insurance Administration with any questions at 1-800-378-4665.

| | | |
|---|---|---|
| Employer: Kirlin's Inc. | | Policy number: L06622810001 |
| Street address: 532 Maine | | |
| City: Quincy | State: IL | Zip code: 62301 |
| Phone number: ( 217 224-8953 | Fax number: ( 217 224-9400 | |
| Employer Tax I.D.: 37-0843226 | Prepared by: | |

**Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York the fine shall not exceed $5,000 and the stated value of the claim for each such violation.**

Signature: [signature] Date: 6/6/13

Title: Plan Administrator

# Transferable Skills Assessment
## AND ANY OCCUPATION REVIEW

To: Rene McDonald, Disability Benefits Analyst

From: Josephine "Jodie" de Oliveira, Vocational Case Manager

Re: Claimant: Therese L. Ezerski
Claim Number: 00319978

Date Referred: October 29, 2014
Date Completed: November 3, 2014

**REASON FOR REFERRAL**

To assess claimant's ability to perform any occupation given documented functional capacity, work history, education, training, experience, transferable skills and labor market analysis. Documents reviewed included, but were not limited to the Employee Statement (EES)/Employer Statement (ERS), employer's job description, Education, Training and Experience Form, and job application.

**ASSESSMENT FACTORS**

Diagnosis: According to the analyst's referral memo, the claimant has been diagnosed with spinal stenosis.

Education:

Highest Grade Completed: 12th grade

Degree/ Field of Study: General

Other special training, licenses or designations: None indicated per file review.

Military: None reported.

Work History:

1. Job Title: Assistant to Store Manager
DOT: SALES CLERK (retail trade)
DOT: 290.477-014
Employer: Kirlin's Hallmark Inc., Katie's Hallmark
Dates: April 7, 2008 to March 21, 2013, June 3, 1998 to August 8, 2007
Strength: Light
Duties: Count money, schedules, freight displays, security, changing light bulbs, sweeping, answering phone, handling both employee disputes and customer disputes, filing, ordering, hiring, firing, reviewing employee performance, loss prevention.
Per DOT: Obtains or receives merchandise, totals bill, accepts payment, and makes change for customers in retail store such as tobacco shop, drug store, candy store, or liquor store: Stocks shelves, counters, or tables with merchandise. Sets up advertising displays or arranges merchandise on counters or tables to promote sales. Stamps, marks, or tags price on merchandise. Obtains merchandise requested by customer or receives merchandise selected by customer. Answers customer's questions concerning location, price, and use of merchandise. Totals price and tax on merchandise purchased by customer, using paper and pencil, cash register, or calculator, to determine bill. Accepts payment and makes change. Wraps or bags merchandise for customers. Cleans shelves, counters, or tables. Removes and records amount of cash in register at end of shift. May calculate sales discount to determine price. May keep record of sales, prepare inventory of stock, or order merchandise. May be designated according to product sold or type of store.

2. Job Title: Store Sales Manager
DOT: 185.167-046
Employer: Ashley Furniture
Dates: August 9, 2007 to November 7, 2007
Strength: Light
Duties: Run reports, move furniture per display plan, motivate employee's wait on customers.
Per DOT: TITLE(s): MANAGER, RETAIL STORE (retail trade) alternate titles: store manager Manages retail store engaged in selling specific line of merchandise, such as groceries, meat, liquor, apparel, jewelry, or furniture; related lines of merchandise, such as radios, televisions, or

household appliances; or general line of merchandise, performing following duties personally or supervising employees performing duties: Plans and prepares work schedules and assigns employees to specific duties. Formulates pricing policies on merchandise according to requirements for profitability of store operations. Coordinates sales promotion activities and prepares, or directs workers preparing, merchandise displays and advertising copy. Supervises employees engaged in sales work, taking of inventories, reconciling cash with sales receipts, keeping operating records, or preparing daily record of transactions for ACCOUNTANT (profess & kin.) 160.162-018, or performs work of subordinates, as needed. Orders merchandise or prepares requisitions to replenish merchandise on hand. Ensures compliance of employees with established security, sales, and record keeping procedures and practices. May answer customer's complaints or inquiries. May lock and secure store. May interview, hire, and train employees. May be designated according to specific line of merchandise sold, such as women's apparel or furniture; related lines of merchandise, such as camera and photographic supplies, or gifts, novelties, and souvenirs; type of business, such as mail order establishment or auto supply house; or general line of merchandise, such as sporting goods, drugs and sundries, or variety store.

| | | |
|---|---|---|
| 3. | Job Title: | Stocker/New Store |
| | DOT: | 299.367-014 |
| | Employer: | Meijers |
| | Dates: | February 2009 to April 2009 |
| | Strength: | Heavy |
| | Duties: | Stock Shelves, This was a brand new store and all product needed to be stocked and shelves cleaned. PER DOT: TITLE(s): STOCK CLERK (retail trade) alternate titles: stock clerk, self-service store Inventories, stores, prices, and restocks merchandise displays in retail store: Takes inventory or examines merchandise to identify items to be reordered or replenished. Requisitions merchandise from supplier based on available space, merchandise on hand, customer demand, or advertised specials. Receives, opens, and unpacks cartons or crates of merchandise, checking invoice against items received. Stamps, attaches, or changes price tags on merchandise, referring to price list. Stocks storage areas and displays with |

new or transferred merchandise. Sets up advertising signs and displays merchandise on shelves, counters, or tables to attract customers and promote sales. Cleans display cases, shelves, and aisles. May itemize and total customer merchandise selection at check out counter, using cash register, and accept cash or charge card for purchases. May pack customer purchases in bags or cartons. May transport packages to specified vehicle for customer. May be designated according to type of merchandise handled as Baked-Goods Stock Clerk (retail trade); Delicatessen-Goods Stock Clerk (retail trade); Discount-Variety-Store Stock Clerk (retail trade); Liquor-Store Stock Clerk (retail trade); Meat Stock Clerk (retail trade); Pharmacy Stock Clerk (retail trade); Produce Stock Clerk (retail trade); or type of store worked in as Supermarket Stock Clerk (retail trade).

4. Job Title: Cashier/Stocker
DOT: 211.462-014
Employer: Elder Beermans
Dates: 1998 to 2000
Strength: Light
Duties: Count money, answer phone, stock big comforters, sheet sets, pillows, wait on customers.
Per DOT:TITLE(s): CASHIER-CHECKER (retail trade) Operates cash register to itemize and total customer's purchases in grocery, department, or other retail store: Reviews price sheets to note price changes and sale items. Records prices and departments, subtotals taxable items, and totals purchases on cash register. Collects cash, check, or charge payment from customer and makes change for cash transactions. Stocks shelves and marks prices on items. Counts money in cash drawer at beginning and end of work shift. May record daily transaction amounts from cash register to balance cash drawer. May weigh items, bag merchandise, issue trading stamps, and redeem food stamps and promotional coupons. May cash checks. May use electronic scanner to record price. May be designated according to items checked as Grocery Checker (retail trade).

<u>Labor Market:</u> The claimant resides in Vandalia, OH population 15175. Per the analyst's memo, the local economy can be considered. Vandalia is approximately 8

miles from Dayton, OH, population 141,359. The Dayton Metropolitan Statistical Area will be considered for this review.

Wage Considerations: Per the analyst's memo, the acceptable alternative wage to be considered is $2064.61 per month, or $11.87 per hour.

Functional Capacity: Per the analyst's referral memo, may not lift, pull, push, or carry more than 10 lbs. Changing positions from sitting to standing on an as needed basis is necessary. Precluded from light level work and above.

Strength Factors: Based on the claimant's documented functional capacity, strength factors up to and including Sedentary have been considered as part of the transferable skills assessment. Please see the attached document that provides a written description of each of the strength factors.

**TRANSFERABLE SKILLS ASSESSMENT**

Based on the above factors, an analysis of transferable skills was completed relative to the change in the definition of disability. This analysis was performed using a variety of tools and resources such as, the U.S. Department of Labor, Dictionary of Occupational Titles[i], the Occupational Outlook Handbook (OOH)[ii], Occupation Information Network (O*NET)[iii], and SkillTRAN/Job Browser Pro[iv]. This analysis also includes a careful review of the medical and vocational documentation in the employee's file.

This analysis also includes consideration of the limits and restrictions as provided by the benefits analyst as well as careful review of the vocational documentation in the claimant's file.

The occupations listed below appropriately match the claimant's functional capacity, education, training and experience. They also meet or reasonably approach the wage consideration as stated above.

OCCUPATIONAL ALTERNATIVES

1. Job Title: Customer Service Representative
DOT: 249.362-026
Strength: Sedentary (position allows for alternating between sitting, standing and walking and is based on accomplishing tasks)

Occupational Duties: Processes orders for material or merchandise received by mail, telephone, or personally from customer or company employee, manually or using computer or calculating machine: Edits orders received for price and nomenclature. Informs customer of unit prices, shipping date, anticipated delays, and any additional information needed by customer, using mail or telephone. Writes or types order form, or enters data into computer, to determine total cost for customer. Records or files copy of orders received according to expected delivery date. May ascertain credit rating of customer [CREDIT CLERK (clerical)

205.367-022]. May check inventory control and notify stock control departments of orders that would deplete stock. May initiate purchase requisitions. May route orders to departments for filling and follow up on orders to ensure delivery by specified dates and be designated Telephone-Order Dispatcher (clerical). May compute price, discount, sales representative's commission, and shipping charges. May prepare invoices and shipping documents, such as bill of lading [BILLING TYPIST (clerical) 214.382-014]. May recommend type of packing or labeling needed on order. May receive and check customer complaints [CUSTOMER-COMPLAINT CLERK (clerical) 241.367-014]. May confer with production, sales, shipping, warehouse, or common carrier personnel to expedite or trace missing or delayed shipments. May attempt to sell additional merchandise to customer [TELEPHONE SOLICITOR (any industry) 299.357-014]. May compile statistics and prepare various reports for management. May be designated according to method of receiving orders as Mail-Order Clerk (clerical); Telephone-Order Clerk (clerical).

Qualifications: According to the Bureau of Labor Statistics publication *Occupational Outlook Handbook*, 2012-2013 edition, Customer service representatives typically need a high school diploma and are trained on the job. They should be good at communicating with people and have basic computer skills. In her education, training and experience, Ms. Ezerski reports that she has multiple years of experience in supervising and leadership skills including assigning and reviewing work, production and quality control as well as hiring, firing and rating work performance and handling disciplinary problems. In addition to reporting to owning a computer in her home, Ms. Ezerski also reported having multiple years of experience in email and internet and entering data in databases. She also reported having over 10 years of experience in customer service skills, answering telephones, collecting money for services rendered, selling products and services and cashiering as well as resolving customer complaints /conflicts. Considering these transferrable skills, it can be concluded that Ms. Ezerski is qualified.

Wages: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates, the median wage for the occupational category that includes customer service representatives in the Dayton, Ohio Metropolitan Statistical Area is $14.48 per hour. This exceeds the target wage of $11.87 per hour.

Occupational Outlook: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates the number of individuals working in the occupational category in the Dayton, Metropolitan Statistical Area that includes customer service representative is 830.

2. 2. Job Title: Receptionist
DOT: 237.367-038
Strength: Sedentary (position allows for alternating between sitting, standing and walking and is based on accomplishing tasks)

Occupational Duties: Per DOT: receives callers at establishment, determines nature of business, and directs callers to destination: Obtains caller's name and

arranges for appointment with person called upon. Directs caller to destination and records name, time of call, nature of business, and person called upon. May operate PBX telephone console to receive incoming messages. May type memos, correspondence, reports, and other documents. May work in office of medical practitioner or in other health care facility and be designated Outpatient Receptionist (medical ser.) or Receptionist, Doctor's Office (medical ser.). May issue visitor's pass when required. May make future appointments and answer inquiries [INFORMATION CLERK (clerical) 237.367-022]. May perform variety of clerical duties [ADMINISTRATIVE CLERK (clerical) 219.362-010] and other duties pertinent to type of establishment. May collect and distribute mail and messages

Qualifications: According to the Bureau of Labor Statistics publication *Occupational Outlook Handbook*, 2012-2013 edition, Receptionists typically need a high school diploma or its equivalent, and some employers may prefer to hire candidates who also possess basic computer skills. Courses in word processing and spreadsheet application at community colleges and vocational schools can be particularly helpful. In her education, training and experience, Ms. Ezerski reports that she has multiple years of experience in supervising and leadership skills including assigning and reviewing work, production and quality control as well as hiring, firing and rating work performance and handling disciplinary problems. In addition to reporting to owning a computer in her home, Ms. Ezerski also reported having multiple years of experience in email and internet and entering data in databases. She also reported having over 10 years of experience in customer service skills, answering telephones, collecting money for services rendered, selling products and services and cashiering as well as resolving customer complaints /conflicts. Considering these transferrable skills, it can be concluded that Ms. Ezerski is qualified.

Wages: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates, the median wage for the occupational category that includes receptionists in the Dayton, Ohio Metropolitan Statistical Area is $12.70 per hour. This exceeds the target wage of $11.87 per hour.

Occupational Outlook: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates the number of individuals working in the occupational category in the Dayton, Metropolitan Statistical Area that includes customer service representative is 830.

3. Job Title: Appointment Clerk
DOT: 237.367-010
Strength: Sedentary (position allows for alternating between sitting, standing and walking and is based on accomplishing tasks)

Occupational Duties: Per DOT: Receives callers at establishment, determines nature of business, and directs callers to destination: Obtains caller's name and arranges for appointment with person called upon. Directs caller to destination and records name, time of call, nature of business, and person called upon. May operate PBX telephone console to receive incoming messages. May type memos, correspondence, reports, and other documents. May work in office of

medical practitioner or in other health care facility and be designated Outpatient Receptionist (medical ser.) or Receptionist, Doctor's Office (medical ser.). May issue visitor's pass when required. May make future appointments and answer inquiries [INFORMATION CLERK (clerical) 237.367-022]. May perform variety of clerical duties [ADMINISTRATIVE CLERK (clerical) 219.362-010] and other duties pertinent to type of establishment. May collect and distribute mail and messages.

Qualifications: According to the Bureau of Labor Statistics publication *Occupational Outlook Handbook*, 2012-2013 edition, General office clerks typically need a high school diploma or equivalent. In her education, training and experience, Ms. Ezerski reports that she has multiple years of experience in supervising and leadership skills including assigning and reviewing work, production and quality control as well as hiring, firing and rating work performance and handling disciplinary problems. In addition to reporting to owning a computer in her home, Ms. Ezerski also reported having multiple years of experience in email and internet and entering data in databases. She also reported having over 10 years of experience in customer service skills, answering telephones, collecting money for services rendered, selling products and services and cashiering as well as resolving customer complaints /conflicts. Considering these transferrable skills, it can be concluded that Ms. Ezerski is qualified.

Wages: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates, the median wage for the occupational category that includes appointment clerks in the Dayton, Ohio Metropolitan Statistical Area is $12.70 per hour. This exceeds the target wage of $11.87 per hour.

Occupational Outlook: According to the Bureau of Labor Statistics May 2013 Occupational, Employment and Wage Estimates the number of individuals working in the occupational category in the Dayton, Metropolitan Statistical Area that includes customer service representative is 830.

**CONCLUSION**

Based on the above analysis, the following occupation(s) have been identified as meeting the above assessment criteria relative to the 'any occupation' definition of disability.

Alt. Occ'l

1. Customer Service Representative
2. Appointment Clerk
3. Receptionist

These occupations exist in the claimant's labor market in sufficient numbers to allow re-entry into the workforce given the claimant's residual functional capacity and transferable skills. They also exceed the wage consideration as noted above.

# Physical Demands – Strength Ratings*

**S- Sedentary Work – Exerting up to 10 pounds of force occasionally. (Occasionally: activity or condition exist up to 1/3 of the time) and/or a negligible amount force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.**

**L- Light Work – Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.**

**M- Medium Work – Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.**

**H- Heavy Work – Exerting 50 to 100 pounds of force occasionally, and/or 25 to 50 pounds of force frequently, and/or 10 to 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those Medium Work.**

**V- Very Heavy Work – Exerting to excess of 100 pounds of force occasionally, and/or in excess to 50 pounds of force frequently, and/or in excess of 20 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work.**

**** As described in the Dictionary of Occupational Titles, Fourth Edition Revised 1991 US Department of Labor Employment and Training Administration.***

[i] The US Bureau of Labor developed the Dictionary of Occupational Title (DOT), for the US Employment Service. The occupational definitions are the result of comprehensive studies of how similar jobs are performed in establishments across the nation and are composites of data collected from diverse sources.

[ii] The *Occupational Outlook Handbook* (OOH) was developed by the US Department of Labor, Bureau of Labor Statistics. The Handbook describes worker's job task, working conditions, training and education requirements, earnings, and expected job prospects in various occupations. It is revised every two years.

[iii] *O*Net* designed, developed and tested by scientific and technical experts under the leadership of the US Department of Labor, is a comprehensive database system that collects, organizes, describes and disseminates data on occupation characteristics and worker attributes. O*Net uses advanced technology to define the key element s of an occupation: descriptions of worker and requirements of the work.

[iv] SkillTRAN data is drawn from a variety of government and private sources in the US and Canada. SkillTRAN's primary sources of public information are the U.S. Department of Labor (DOL) and Human Resources and Skills Development Canada. Both countries compile and publish findings about occupations commonly found in the economy. DOL findings are published in the Dictionary of Occupational Titles (DOT) and various other DOL publications, including the new O'NET initiative.

[iv] LifeStep is a job-matching software program that accesses the *Dictionary of Occupational Titles* to analyze a worker's skills, creates job profiles, identifies career interests, transferable skills, search job possibilities and review training programs.

Date: 10/29/2014

To: VCM

Re: Any Occupation review for Therese L Ezerski
Group: 20019990
Policy No: 662281
Claim No: 00319978

From: Rene McDonald

**SUMMARY CLAIMANT INFORMATION**

Location of residence: Vandalia OH

Date of birth: 1963

Current Age: 51

Age at date of disability: 50

Date of disability: 3/25/13

Own Occupation period: From 06/23/13through 06/22/15

Diagnosis: spinal stenosis

Limitations and restrictions: may not lift, pull, push or carry more than 10Lbs. Changing positions from sitting to standing on an as needed basis is necessary. Precluded from light level work and above.

Education: 12the grade

Vocational history: asst retail store manager 08-13, store sales manager (furniture) 2007, asst retail store manager 98-07, 2009 grocery/retail stock ee, 98-00 cashier and stocker of retail clothing.

Predisability earnings: $2500.01monthly

Gross LTD benefits: $1500.01monthly

Claim offsets:

Acceptable alternative occupation wage range: $2064.61(80% of PDE) monthly

Please identify alternative Sedentary Level occupations based on the above information. Please consider the wage ranges noted, as well as the availability of these occupations in the local labor market.

# Case Notes

**THERESE L EZERSKI**

**Claim 00319978**

| | | | |
|---|---|---|---|
| Analyst | NM1RMCDO | Product | NML |
| Case Manager | **Kathy McCarthy** | Status | Pending |
| Group Number | 20019990 | | |
| Contract Id: | | | |

**July 31, 2013**

**DMR Consult** Mary Anne Joyce,

see file

**August 5, 2013**

**Physician Referral** Mary Anne Joyce,

Filed received and reviewed. Claimant is a 50-year-old store manager (occupation level not given per VCM) who ceased work on 3/21/2013 due to back and leg pain. She has been treated with spinal injections and pain medications. The file is referred for review by a PMR orthopedic physician consultant or physician consultant, Mary Lindquist, MD to determine claimant's conditions and ongoing limitations and restrictions. Update to analyst.

**May 14, 2014**

**RTW Assessment Phase** Kathy McCarthy

file referred for rtw assessment

TC clm @ 11:30 PST. No answer no voicemail

**May 23, 2014**

**RTW Assessment Phase** Kathy McCarthy

TC cl at 12:10 PST. LVMM

ret tc from EE. She reports her condition is worsening with pain down her arms. Recently had more x-rays and EEGs. Referred by her primary for consult with neuro in June. She did not recall name. Finds this a little scary.

Her meds remain the same and doctors remain the same. Basically just rests. She does not feel ready to RTW of any kind at this time. I told her we would get back in touch with her down the road and wished her well. OK

Return file to analyst

Not a return to work candidate at this time

Kathy McCarthy

# Vocational Intervention Request

| TO: VCM | DATE SUBMITTED: 4/29/14 | |
|---|---|---|
| FROM: Rene McDonald | EXTENSION: 2837 | LOCATION: PSB6A |
| CLAIMANT: Therese Ezerski | CLAIM NO: 00319978 | |
| CLAIM STATUS: ☒ Active ☐ Pending ☐ Disputed | PENDING AND DISPUTED DOL DEADLINE: | ANY OCC DATE: 6/22/15 |

## CASE SUMMARY

**Ms. Ezerski is a 51 year old store manager who ceased work 3/21/13 due to spinal stenosis.**

Intervention Needed:

☐ Own Occupation or ☐ Own Job Review

Scope of License? ☐ Yes ☐ No

(examples being doctors, attorneys and nurses)

☐ Any Occupation Review (Transferable Skills Analysis)

☐ LTD ☐ Waiver/CLI Review

"Click Here"

☒ Return to Work Review

Contract Information: ☐ Mandatory Rehab ☒ RTW Incentive ☐ RAE ☐ RPP

Phone call to: ☒ Claimant ☐ Employer

Purpose:

**To determine if claimant is able and willing to return to work early in another occupation that is sedentary. Can we identify sedentary occupations that Ms. Exerski would qualify for based on her skills, education and experience. Is she a good candidate for vacational training?**

☐ Labor Market Survey/Research

Purpose:

## ADDITIONAL COMMENTS

**Ms. Ezerski is precluded from all work that requires more than occasional standing and walking. ETE in file indicates 12th grade education and extensive retail experience.**

Note from Kathy McCarthy — see Case notes

[redacted]

| ACTIVITY COMPLETED BY: | DATE: |
|---|---|
| Kathy Mc[signature] | [redacted] 5/23/14 |



NM 16-03146-000613

# Vocational Intervention Request

| | | |
|---|---|---|
| TO: **VCM** | DATE SUBMITTED: **4/29/14** | |
| FROM: **Rene McDonald** | EXTENSION: **2837** | LOCATION: **PSB6A** |
| CLAIMANT: **Therese Ezerski** | CLAIM NO: **00319978** | |
| CLAIM STATUS: ☒ Active ☐ Pending ☐ Disputed | PENDING AND DISPUTED DOL DEADLINE: | ANY OCC DATE: **6/22/15** |

## CASE SUMMARY

**Ms. Ezerski is a 51 year old store manager who ceased work 3/21/13 due to spinal stenosis.**

Intervention Needed:

☐ Own Occupation or ☐ Own Job Review
Scope of License? ☐ Yes ☐ No
(examples being doctors, attorneys and nurses)

☐ Any Occupation Review (Transferable Skills Analysis)
☐ LTD ☐ Waiver/CLI Review
"Click Here"

☒ Return to Work Review
Contract Information: ☐ Mandatory Rehab ☒ RTW Incentive ☐ RAE ☐ RPP
Phone call to: ☒ Claimant ☐ Employer
Purpose:

**To determine if claimant is able and willing to return to work early in another occupation that is sedentary. Can we identify sedentary occupations that Ms. Exerski would qualify for based on her skills, education and experience. Is she a good candidate for vacational training?**

☐ Labor Market Survey/Research
Purpose:

## ADDITIONAL COMMENTS

**Ms. Ezerski is precluded from all work that requires more than occasional standing and walking. ETE in file indicates 12th grade education and extensive retail experience.**

| | |
|---|---|
| ACTIVITY COMPLETED BY: | DATE: |

RECEIVED
APR 22 2014
NORTHWESTERN MUTUAL

Northwestern Mutual®
The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

# Education, Training and Experience

| Name: Therese Ezerski | | Date: 4-14-14 | Claim Number: 00319978 |
|---|---|---|---|
| Date of Birth: /1963 | Employer: none Kirlins Inc Group# 662281 | | Cease Work Date: 3-21-13 |

## EDUCATION AND TRAINING

CIRCLE highest grade of school completed. Please list all education and formal training received (i.e. GED, BS, Certificate, Apprenticeship). **Attach additional information on a separate sheet of paper, if necessary.**

| Grade | High | College | Post Graduate |
|---|---|---|---|
| 0 1 2 3 4 5 6 7 8 | 9 10 11 (12) | 13 14 15 16 | 17 18 19 20 |

**List all degrees, certifications, licenses (i.e., CDL, Real Estate), etc. below:**

| Type / Institution | Year received | Valid Through (license, certificate) |
|---|---|---|
| \ | \ | \ |

List on-the-job training, seminars, in-house training classes or volunteer work: \

Are you currently working or seeking employment? ☐ Yes ☑ No Explain: Disabled Per Doctor

Have you ever been, or do you have an interest in being self-employed? ☐ Yes ☑ No

## WORK HISTORY AND EXPERIENCE

Starting with your most recent work experience, please list ALL experience and positions you held with each company. **Include any military service experience and self-employment.** Include a copy of your resume *(if available)* and/or additional pages as necessary to provide a complete work and experience history.

| Dates of Employment | Company Name, Type of Business and Job Title | Describe Duties/Responsibilities in Detail |
|---|---|---|
| From 4-7-08<br>To DISABLED 3-21-13<br>Salary 14.41 per HR | Company Name: Kirlins Hallmark<br>Type of Business: Retail Card/Gift Shop<br>Job Title: Assist. to Store Manager | count money, schedules, freight, displays, security, changing lightbulbs, sweeping, ans. phone handling both employee disputes And customer disputes. Filing, ordering, hiring, firing, Reviewing employee proformance, Loss, Prevention |
| From 8-7-07<br>To 11-07-07<br>Salary 15.00 | Company Name: ASHLEY Furniture<br>Type of Business: Retail Furniture Store<br>Job Title: Store Sales Manager | Run Reports, move furniture per display plan, motivate employee's wait on customers |
| From 06/3/98<br>To 8/3/07<br>Salary 11.50 + Bonus's | Company Name: Katies Hallmark<br>Type of Business: Retail Card/Gift Shop<br>Job Title: Assoc./Assist/Store Manager | Same as Kirlins |
| From 02/7/09<br>To 04/7/09<br>Salary min wage | Company Name: Meijers<br>Type of Business: Retail / Grocery<br>Job Title: Stock New Store | Stock shelves - This was a Brand new store everything had to be stocked and shelves cleaned |
| From 98<br>To 2000<br>Salary min wage | Company Name: Elder BeerMans<br>Type of Business: Retail Clothes<br>Job Title: cashier / stocker | count money, answer phone, stock, BQ comforters + sheet sets, pillows wait on customers |

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665

## Education, Training and Experience

**Skills Summary** (Mark Yes or No for each skill and indicate length of experience. Add additional sheets if needed.)

| General Skills | Yes | No | How long? |
|---|---|---|---|
| Customer service skills (working with the public/coworkers) | ✓ | | 16 yrs |
| Answering telephones as part of the job. # of lines: 1 line | ✓ | | 16 yrs |
| Corresponding (writing/answering letters) | | ✓ | — |
| Typing (or keyboarding) WPM: | | ✓ | — |
| Auditing/Editing your own or others' work | | ✓ | — |
| Classifying, organizing and filing (sorting information into categories) | | ✓ | — |
| Calculating (mathematical computations on calculator or 10-key) | | ✓ | — |
| Collecting (money for services or products rendered) | ✓ | | 16 yrs |
| Resolving conflicts/problems/complaints | ✓ | | 16 yrs |
| Selling products/services Type: cards, gifts, Bedding, furniture | ✓ | | 16 yrs |
| Cashiering/cash handling (accepting payments and making change) | ✓ | | 16 yrs |
| **Computer Skills** (Circle programs used) | | | |
| Word processing (Microsoft Office, Word, Works, WordPerfect, PowerPoint) | | ✓ | — |
| Spreadsheets (Excel, Lotus, QuickBooks, Quicken) | | ✓ | — |
| Databases (Access, inventory, scheduling programs) | ✓ | | 7 yrs |
| E-mail and Internet | ✓ | | 7 yrs |
| Do you have a computer at home? ☑ Yes ☐ No | ✓ | | — |
| **Supervision/Leadwork** | | | |
| Assigning and reviewing work, production or quality | ✓ | | 7 yrs |
| Hiring, firing, rating work performance and handling disciplinary problems | ✓ | | 7 yrs |
| Other: | | | — |
| | | | — |
| | | | — |
| **Other Work Skills** | | | |
| Presentation skills | ✓ | | 2 yrs |
| Keeping records, ordering, shipping, receiving or monitoring inventory | ✓ | | 7 yrs |
| Providing child care | | ✓ | — |
| List types of hand or power tools used: hammer, screwdrivers, drills, plyers, Box cutters, sweeper, two wheel dolley | ✓ | | — |
| Other: Lifting boxes 40/50 lbs, climbing ladders, changing lightbulbs, lifting ladders, Lift Furniture, Lift Display cases, Lift overhead to put heavy Boxes in Bins | ✓ | | — |

Are you currently engaged in a vocational retraining program through Workers' Comp, Vocational Rehab, etc.? ☐ Yes ☑ No

Contact Information: N/A Type of Program: N/A

In the space below, briefly describe your personal interests, occupational interests, and any hobbies that you may have including crafts or outdoor activities:

**Some states require us to inform you that any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties, depending upon the state. Such actions may be deemed a felony and substantial fines may be imposed. In New York, the fine shall not exceed $5,000 and the stated value of the claim for each such violation.**

Signature: [signature] Date: 4-14-14

RECEIVED
APR 22 2014
NORTHWESTERN MUTUAL

**DETAILED JOB SPECIALTY REPORT** 

From Job Browser Pro – by SkillTRAN – http://www.skilltran.com

**CLAIMANT NAME: Therese Ezerski** **Claim No: 00319978**

Based upon my review of Ms. Ezerski's claim file, specifically the job title of Store Manager provided by the employer, it is my opinion that this report best represents the claimant's own occupation as it is currently performed, not solely for Kirlin's Hallmark, but rather how it is generally performed in the economy as outlined in the group policy. The claimant describes her Store Manager duties as to count money, sweep, dust, in put info into computer, receive merchandise, climb ladders, stock merchandise, go to the bank, customer service, loss prevention, payroll, hiring, firing of employees.

This DOT assignment was completed without the benefit of one or more of the following, a job description, employee education, certifications, or other supporting evidence. Should any of these become available, a review of this DOT assignment is recommended.

In formulating my opinion, I utilized the SkillTRAN Job Brower Pro v 1.6, which draws information from the Dictionary of Occupational Tiles (DOT), and the Occupational Outlook Handbook, and O*NET Online.

Linda Knickrehm, M.S., CRC
Vocational Case Manager
September 11, 2013

**DESCRIPTION**
185.167-046 MANAGER, RETAIL STORE

ALTERNATE JOB TITLES (Might also be known as): AFLOAT SALES AND SERVICE SPECIALIST; AUTOMATED AFLOAT SALES AND SERVICE MANAGER; NAVY EXCHANGE MANAGER; AUTO DEALER; BUSINESS PROPRIETOR; MANAGER, RETAIL STORE; RETAIL MANAGER; RETAIL PROPRIETOR; RETAIL STORE OWNER; SMALL BUSINESS MANAGER; SMALL BUSINESS OPERATOR; SMALL BUSINESS OWNER; STORE MANAGER

STORE MANAGER. Manages retail store engaged in selling specific line of merchandise, such as groceries, meat, liquor, apparel, jewelry, or furniture; related lines of merchandise, such as radios, televisions, or household appliances; or general line of merchandise, performing following duties personally or supervising employees performing duties: Plans and prepares work schedules and assigns employees to specific duties. Formulates pricing policies on merchandise according to requirements for profitability of store operations. Coordinates sales promotion activities and prepares, or directs workers preparing, merchandise displays and advertising copy. Supervises employees engaged in sales work, taking of inventories, reconciling cash with sales receipts, keeping operating records, or preparing daily record of transactions for ACCOUNTANT (profess & kin.) 160.162-018, or performs work of subordinates, as needed. Orders merchandise or prepares requisitions to replenish merchandise on hand. Ensures compliance of employees with established security, sales, and record keeping procedures and practices. May answer customer's complaints or inquiries. May lock and secure store. May interview, hire, and train employees. May be designated according to specific line of merchandise sold, such as women's apparel or furniture; related lines of merchandise, such as camera and photographic supplies, or gifts, novelties, and souvenirs; type of business, such as mail order establishment or auto supply house; or general line of merchandise, such as sporting goods, drugs and sundries, or variety store.

DOT

| APTITUDES | | PERCENTILE | TYPICAL PERFORMANCE |
|---|---|---|---|
| General Learning Ability | G-2 | 66 to 89%ile | Above Average |
| Verbal | V-2 | 66 to 89%ile | Above Average |
| Numerical | N-3 | 34 to 65%ile | Average |
| Spatial Perception | S-4 | 10 to 33%ile | Below Average |
| Form Perception | P-4 | 10 to 33%ile | Below Average |
| Clerical Perception | Q-3 | 34 to 65%ile | Average |
| Motor Coordination | K-4 | 10 to 33%ile | Below Average |
| Finger Dexterity | F-4 | 10 to 33%ile | Below Average |
| Manual Dexterity | M-4 | 10 to 33%ile | Below Average |
| Eye/Hand/Foot Coordination | E-5 | Under 10%ile | Minimal or none |
| Color Discrimination | C-5 | Under 10%ile | Minimal or none |

**TEMPERAMENTS** - (Personal Adaptability)
(Situations to which the worker must adapt)
D - Accepting responsibility for the direction, control, or planning of an activity.
V - Performing a variety of duties, often changing from one task to another of a different nature without loss of efficiency or composure.
P - Dealing with people beyond giving and receiving instructions.
J - Making generalizations, evaluations, or decisions based on sensory or judgmental criteria.

**PHYSICAL DEMANDS**
STRENGTH: Light
Exert force to 20 lbs. occasionally or 10 lbs. frequently, or negligible force constantly. May involve significant standing, walking, pushing, and/or pulling.

OTHER PHYSICAL DEMANDS:
CL - Climbing - Not Present
BA - Balancing - Not Present
ST - Stooping - Not Present
KN - Kneeling - Not Present
CR - Crouching - Not Present
CW - Crawling - Not Present
RE - Reaching - Occasional
HA - Handling - Frequent
FI - Fingering - Occasional
FE - Feeling - Not Present
TA - Talking - Frequent
HE - Hearing - Frequent
TS - Tasting/Smelling - Not Present

VISION:
NE - Near Acuity - Occasional
FA - Far Acuity - Not Present
DE - Depth Perception - Not Present
AC - Accommodation - Not Present
CV - Color Vision - Not Present
FV - Field of Vision - Not Present

COMMON ENVIRONMENTAL WORKING CONDITIONS (to which the worker is exposed):
NO - Noise Intensity Level - Moderate

**QUICK VIEW CODES**

```
     R M L              SVP: 7      Aptitudes: G V N S P Q K F M E C
GED: 4 4 4     Temperaments: D V P J           2 2 3 4 4 3 4 4 4 5 5
STRENGTH: L
Physical Demands: CL BA ST KN CR CW RE HA FI FE TA HE TS NE FA DE AC CV FV
                   N  N  N  N  N  N  O  F  O  N  F  F  N  O  N  N  N  N  N

Environmental Conditions: WE CO HO WT NO VI AT MV EL HI RA EX TX OT
                           N  N  N  N  3  N  N  N  N  N  N  N  N  N
```

| | |
|---|---|
| ***Name*** | Linda Knickrehm, MS, CRC, LPC |
| ***Title*** | Vocational Case Manager |
| ***Office*** | Group Benefits |
| ***Joined the Company*** | 1998 to present |
| ***Positions held*** | Vocational Case Manager |
| ***Other industry experience*** | 1995 to 1998 Northwest Human Resources, Vocational Counselor<br>Worked Workers Compensation claims for the Washington Department of Labor and Industries<br><br>1986 to 1995 Crawford HealthCare Management, Vocational Consultant, Employment Specialist, Job Developer, Marketing Asst.<br>Worked with workers' compensation claimants from California, Oregon, Washington and Alaska. Also did some long term disability claims for various insurers. |
| ***Any other experience*** | 1994 to 1998 Delta Clinic, Alcohol & Drug Rehabilitation Counselor<br>Worked with drug and alcohol addiction patients in an out patient methadone treatment clinic. |
| ***Any professional designations you have or are pursuing*** | Certified Rehabilitation Counselor (CRC)<br>Licensed Professional Counselor (LPC) |
| ***Any professional organizations you belong to.*** | IARP – International Association of Rehabilitation Professionals<br>OARP – Oregon Association of Rehabilitation Professionals<br>DMEC – Disability Management Employers Consortium |
| ***Education & training*** | MS in Rehabilitation Counseling, Portland State University – 1993<br>BS in Elementary Education, Lewis & Clark College - 1967 |
| | |

## STORE MANAGER RESPONSIBILITIES

The Store Manager is the authorized Kirlin's representative in each individual store. The Store Manager sees to it that all customers receive excellent service. The Store Manager is responsible for the profitable and smooth operation of the store.

The Store Manager's work week is expected to be a minimum of 40 hours per week, 5 days a week, 8 hours a day, to include a minimum of one night per week. During the day shifts the Store Manager must actively work the selling floor between the hours of 11-4 and 5-8 when working the evening shift. The Store Manger's regular day off should be Tuesday, Wednesday, or Thursday. (See Store Manager Work requirements)

The Store Manager operates all areas of the store according to corporate policy. The Store Manager works closely with his/her District Manager to maintain a high-quality store.

The Store Manager sees that all company policy is strictly followed. These policies relate to all areas of merchandise and customer relations.

The Store Manager is responsible for hiring and training, as well as severance of all full and part-time Associates. The Store Manager plans all work schedules and assigns various work responsibilities to Store Associates.

Along with merchandising, the Store Manager directs the proper physical maintenance of the store and its equipment. The Store Manager must see that an adequate number of properly trained Associates staff the store.

All store records and reports are filed and maintained by the Store Manager. Additionally, the Store Manager's job skills and duties would include those listed under the Full-time/Part-time Store Associate's description.

All full and part-time Store Associates are supervised by the Store Manager. The Store Manager is also responsible for assigning a person to fulfill his/her duties when absent.

Store manager communicates safety expectations and ensures that all guidelines are followed that are listed in the Kirlin's Safety Handbook.

The Store Manager reports to his/her assigned District Manager.

## STORE MANAGER'S ABSENCE

A responsible Associate will be in charge at all Kirlin's Stores at all times. When the Store Manager leaves the store, this Associate and staff would be notified. Questions from other Kirlin's Associates should be directed to the PIC.



RECEIVED
JUN 1 3 2013
NORTHWESTERN MUTUAL

29017U

# KIRLIN'S INC.
## EMPLOYMENT APPLICATION

*All qualified applicants will receive consideration without discrimination because of race, creed, color, sex, age, national origin or the presence of a non-job related medical condition or handicap.*

Print answers to all questions.

**PERSONAL**

| Last Name | First | Middle | Today's Date |
|---|---|---|---|
| Ezerski | Therese | Lee | 04-07-08 |

Street Address:

Home Phone: (937) 280-3087

City, State, Zip: Vandalia OH

Social Security No. -5088

Position Desired: Assistant Manager — Full Time ✱ Part Time ____

Pay Expected: $ 10.00

Are you legally eligible for employment in the United States? YES

When will you be available to begin work? 04-07-08

Have you ever been employed by any Kirlin owned store? no Where? N/A

Do you have any relative employed by Kirlin's? no Who? N/A

Are you at least 16 years of age or older? ☒ Yes ☐ No

Have you ever been convicted of a felony? (Applicants are not obligated to disclose sealed or expunged records of conviction or arrest.)
☐ Yes ☒ No If yes please explain ____

**EDUCATION**

| SCHOOL | NAME AND LOCATION OF SCHOOL | COURSE OF STUDY | NO. OF YEARS COMPLETED | DID YOU GRADUATE | DEGREE OR DIPLOMA |
|---|---|---|---|---|---|
| College | EDISON STATE - PIQUA OH<br>SINCLAIR COMM - DAYTON OH | GENERAL<br>" | | ☐ Yes ☒ No | |
| High | FAIRMONT H.S. - KETTERING<br>TIPPECANOE H.S. - Tipp City | ALL | | ☒ Yes ☐ No | |
| Elementary | SOUTHDALE ELEM. - KETTERING | ALL | | ☒ Yes ☐ No | |
| Other | MCJUS - CLAYTON | HORTICULTURE | | ☒ Yes ☐ No | |

RECEIVED JUN 13 2013 NORTHWESTERN MUTUAL

## AVAILABILITY

Primarily Available: Mornings ____ Afternoons ____ Evenings ____ Anytime ✱

Are you willing to work: Nights ✱ Saturdays ✱ Sundays ✱

Circle the approximate number of hours per week you desire:

12-16 16-20 20-24 24-28 28-32 32-36 (36-40 circled)

Circle the minimum number of hours per week you would accept.

12-16 16-20 20-24 24-28 28-32 (32-36 circled) 36-40

Do you participate in activities which would make you unavailable for work during certain periods of the year? Yes ____ No ✱

List any qualifications or experience you have that might be helpful in this job. I have worked for a Hallmark store for a total of 7 yrs + 3 at another Hallmark store.

KIRLINS MP 5/04

# EMPLOYMENT

Please give accurate, complete full-time and part-time employment record. Start with present or most recent employer.

| # | | |
|---|---|---|
| 1 | Company Name: KATIES HALLMARK | Telephone: (937) 274-7430 / 236-0036 |
| | Address: 8293 OLD TROY PIKE HUBER HEIGHTS OH | Employed (State Month and Year) 98-08 From 2002 To 2007 |
| | Name of Supervisor: KATIE SIMPKINS | Hourly Pay Start 6.75 Last 11.75 |
| | State Job Title and Describe Your Work: SALES ASSOC, then STORE MANAGER | Reason for Leaving: TIME TO MOVE ON |
| 2 | Company Name: DAYTON AIRPORT HOTEL | Telephone: (937) 898-1000 |
| | Address: 3330 TERMINAL DR. VANDALIA OH | Employed (State Month and Year) From 2000 To 2002 |
| | Name of Supervisor: APRIL LAMBERT | Hourly Pay Start 8.50 Last 9.75 |
| | State Job Title and Describe Your Work: MONEY MANAGEMENT RAN FRONT DESK - MAKING RESERVATIONS | Reason for Leaving: WENT BACK TO HALLMARK |
| 3 | Company Name | Telephone ( ) |
| | Address | Employed (State Month and Year) From To |
| | Name of Supervisor | Hourly Pay Start Last |
| | State Job Title and Describe Your Work | Reason for Leaving |
| 4 | Company Name | Telephone ( ) |
| | Address | Employed (State Month and Year) From To |
| | Name of Supervisor | Hourly Pay Start Last |
| | State Job Title and Describe Your Work | Reason for Leaving |
| 5 | Company Name | Telephone ( ) |
| | Address | Employed (State Month and Year) From To |
| | Name of Supervisor | Hourly Pay Start Last |
| | State Job Title and Describe Your Work | Reason for Leaving |

RECEIVED
JUN 1 3 2013
NORTHWESTERN MUTUAL

We may contact the employers listed above unless you indicate those you do not want us to contact.

**DO NOT CONTACT**

Employer Number(s)________ Reason________

**Character References (not relatives):**

| | Name | Address | City/State | Telephone No. |
|---|---|---|---|---|
| 1. | | Redacted | | |
| 2. | | Redacted | | |
| 3. | | Redacted | | |

# Allsup

*Status Update*

*Saturday, May 30, 2015*

**Sent to:** Karen Spiering

Karen Spiering

**Claimant Name:** Therese L Ezerski

**Claimant Birth Date:** 1963

**Policy Number:** 662281

**Claim Number:** 00319978

**Allsup Representative:** Rhonda Bodendieck

**Phone Number:** 1-866-346-8872

---

**Level:** Reconsideration

**Allsup Status:** Client Company Closed Claim

**Activity:** Case Closed - Client Company Closed Claim

**Next Action:** No Further Status

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

# Allsup

*Status Update*

*Monday, April 27, 2015*

**Sent to:** Karen Spiering

Karen Spiering

**Claimant Name:** Therese L Ezerski

**Claimant Birth Date:** 1963

**Policy Number:** 662281

**Claim Number:** 00319978

**Allsup Representative:** Rhonda Bodendieck

**Phone Number:** 1-866-346-8872

---

**Level:** Reconsideration

**Allsup Status:** Pending

**Activity:** Initial Claim Denied on 4/20/2015

**Next Action:** File Appeal to Reconsideration

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

**Karen Spiering**

| | |
|---|---|
| **From:** | Katie Moszer - Onsite - Portland, OR <A.Moszer@allsupInc.com> |
| **Sent:** | Tuesday, April 28, 2015 1:39 PM |
| **To:** | Karen Spiering |
| **Subject:** | RE: Therese Ezerski |

Thank you for your update, Karen. I will notify Allsup at this time.

Have a wonderful evening,

**Kate Moszer**
Associate Social Security Coordinator
Phone: (971) 321-6746
a.moszer@allsupinc.com

---

**From:** Karen Spiering [mailto:Karen.Spiering@standard.com]
**Sent:** Tuesday, April 28, 2015 1:16 PM
**To:** Katie Moszer - Onsite - Portland, OR
**Subject:** Therese Ezerski

Katy, we are closing the case for Therese Ezerski, XXXX5088, with payment through 6/22/15; however, there is an outstanding Allsup pursuit for SSD. We would like this pursuit to continue through the current level. I have the file at my desk. Thank you.

**Karen E. Spiering, ALHC | Sr. Quality Assurance Specialist.**
**Northwestern Mutual**
920 SW Sixth Avenue PSB6A | Portland, OR 97204
Phone 971.321.7991 | Fax 800.766.6320
Toll-free 800.378.4665 x 7991

*Ensure a sustainable future – only print when necessary.*

# Allsup

*Status Update*

*Friday, March 13, 2015*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Rhonda Bodendieck |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Application |
| **Allsup Status:** | Pending |
| **Activity:** | Consultative Exam scheduled for = 03/30/2015 |
| **Next Action:** | Follow up for Decision |

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

**Allsup**
*Status Update*
*Tuesday, November 04, 2014*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Rhonda Bodendieck |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Application |
| **Allsup Status:** | Pending |
| **Activity:** | Received signed Overpayment Agreement from Claimant |
| **Next Action:** | Allsup will pursue overpayment reimbursement once a favorable decision is received. |

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

# Allsup

*Status Update*

*Monday, October 13, 2014*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Rhonda Bodendieck |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Application |
| **Allsup Status:** | Pending |
| **Activity:** | Initial Interview Conducted = 10/13/2014 |
| **Next Action:** | Follow up for Signed Application Forms. |

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

**Allsup**

*Status Update*

*Wednesday, October 08, 2014*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Rhonda Bodendieck |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Application |
| **Allsup Status:** | Pending |
| **Activity:** | Signed Representation forms received = 10/08/2014 |
| **Next Action:** | Claimant Interview. |

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

# Allsup
*Status Update*
*Thursday, October 23, 2014*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Rhonda Bodendieck |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Application |
| **Allsup Status:** | Pending |
| **Activity:** | Initial Application Filed = 10/23/2014, Forms submitted to designate Allsup as claimant's representative = 10/23/2014 |
| **Next Action:** | Follow up for Initial Decision |

---

**Email Address:** status@allsupinc.com

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

HA49313767

Allsup
Life Reclaimed

Daniel F & Therese L Ezerski
Vandalia OH

COLUMBUS OH 431
04 OCT 2014 PM 6 L




Northwestern Mutual Life Insurance Co.
P.O. Box 2177
Portland OR 97208-2177

RECEIVED
OCT 07 2014
NORTHWESTERN MUTUAL

97208217777

ATTN: Rene McDonald

Visit us at www.53.com

**DANIEL OR THERESE EZERSKI** 07-90
937-280-3087
VANDALIA, OH

4616

Date

Pay to the Order of ________ $

________ Dollars

Security Features Included. Details on Back.

VOID

FIFTH THIRD BANK

For ________ MP

⑆ 2196⑆ 9196⑈ [redacted]

Rec Modonald KB64

**Request And Agreement With Northweste**
**For Electronic Funds Transfer (EFT) Depo**
**Of Group Disability Benefit Payments**

ltual®
ompany
-2177

*00319978*

B. M. SCREEN SET-UP
OCT 09 2014
RELEASE F1 CLAIM

Name: THERESE EZERSKI
Print name as it appears on checking account

Social Security Number: -5088

Mailing Address: Apt.: ——

City: Vandalia State: OH Zip Code:

Telephone Number (daytime): 937-280-3087 Claim Number: 00319978 Policy Number: 662281

Bank Name: FIFTH THIRD BANK Bank Transit Number: 2196

Your Checking Account Number: 9196

- I understand that I may receive benefit checks via US mail for another one to two benefit periods until the necessary transactions have taken place between Northwestern Mutual and my bank.
- I understand that not all financial institutions update their records at the same time, so my deposit may not be posted to my account until the evening of the payment due date.
- I agree to notify Northwestern Mutual as soon as reasonably possible of any changes to my designated checking account. I understand that if my checking account is closed or if the account number is changed, this agreement terminates.
- If this agreement terminates, I understand that my group disability benefits will be paid by check via US mail until a new agreement is established.
- I may terminate this authorization at any time. If I elect to do so, I will send Northwestern Mutual a Request to Discontinue Automatic Electronic Deposit Form asking to discontinue the electronic deposit of my group disability benefits into my checking account. I can request this form by calling 1-800-378-4665.
- I understand that deposit of my disability benefits into my checking account will take the place of a benefit check, and that my entitlement to benefits is subject to the terms of my policy with Northwestern Mutual.
- I have attached an original voided check from my designated checking account. I understand that a photocopy of a check or a deposit slip is not sufficient and that Northwestern Mutual can make deposits to only one checking account on my behalf.

RECEIVED ACCOUNTING
OCT 08 2014

**I authorize and request Northwestern Mutual to electronically deposit my group disability benefit payments into my checking account designated above. I authorize Northwestern Mutual to contact my bank to verify the information on this Request Form and to resolve problems related to electronic deposits or errors in deposits. I have read and agree with the terms of this Request Form.**

10-04-2014
Date (mm/dd/yyyy)

Therese Lee Ez
Signature of Claimant/Guardian/Representative

Attach Voided check here:

RECEIVED
OCT 07 2014
NORTHWESTERN MUTUAL

*Please return to Northwestern Mutual in the enclosed postage-paid envelope, or mail it to:*
*Group Disability Benefits, PO Box 2177 Portland OR 97208-2177*

**Allsup**

*Status Update*

*Monday, September 15, 2014*

| | |
|---|---|
| **Sent to:** | Karen Spiering |
| | Karen Spiering |
| **Claimant Name:** | Therese L Ezerski |
| **Claimant Birth Date:** | 1963 |
| **Policy Number:** | 662281 |
| **Claim Number:** | 00319978 |
| **Allsup Representative:** | Sheryl Williams |
| **Phone Number:** | 1-866-346-8872 |

---

| | |
|---|---|
| **Level:** | Awaiting Authorization |
| **Allsup Status:** | Pending |
| **Activity:** | Allsup Introductory Packet to Claimant = 09/15/2014 |
| **Next Action:** | Contact Claimant for Representation. |

---

**Email Address:** status@allsupinc.com

HA49313767

**Allsup**
**300 Allsup Place**
**Belleville, IL 62223**
**www.allsupinc.com**

Allsup
Life Reclaimed

Allsup

# Allsup – Return Routing Form

| | |
|---|---|
| Claimant Name: **Ezerski, Therese** | Claim #: 00319978 |
| SSN : xxx-xx-5088 | |
| Date Reviewed: September 15, 2014 | Allsup Reviewer: Jim Luke |
| Medical documentation scanned ☒ | Allsup Admin: [signature] |
| ☒ File Returned: ____________ | |

Allsup Decision:

- ☒ Accepted for Representation
- ☐ Blind Track – Reason:
- ☐ Reject – Reason:

**Allsup Accept** – Allsup will offer representation services to the claimant to file the SSDI application.

Notes/Next Allsup Action: Claim entered, scanned and sent to Allsup electronically.

Allsup

# Allsup Claim Routing Form

## Claimant Information

SECTION 1

Claimant Name: Therese L. Ezerski

Claim #: 319978

SSN: 5088

Date: 9.14.14

## Client Information

SECTION 2

[✓] Northwestern Mutual

## Additional Information

[ ] Claimant receives Widow Benefits:

[ ] Dependent SSD is not deductible for this policy

[ ] Dependents in Household:

## Allsup Action

SECTION 3

[✓] For Allsup to scan file information

## NOTES

Section 4

KAREN E. SPIERING

# REIMBURSEMENT AGREEMENT

I, Therese L Ezerski, understand that under the terms of the Kirlins Inc's Long Term Disability (LTD) benefits policy, my Long Term Disability (LTD) benefits may be reduced due to income from other sources that I and/or my family members may receive, or are eligible to receive, as a result of my disability or retirement.

Such sources of other income or benefits include, but are not limited to:

**Social Security Disability/Retirement Income**
**Work Earnings/Workers Compensation**

I understand that the receipt of or eligibility for income from other sources may result in an overpayment of Long Term Disability benefits paid to me. I also understand that I am responsible for immediately repaying Northwestern Mutual for any overpayment of Long Term Disability benefits that may result from my or my family's entitlement to other income benefits.

I understand that I am responsible for sending copies to Northwestern Mutual all notices, awards, or letters I receive with regard to other income benefits. I must immediately notify Northwestern Mutual if I or my family members receive other income benefits as referenced in the above-named group policy.

[signature] 9-22-13
Signature Date

Lindsay B. Ezerski 9-22-13
Witness Date

Date(s) of application for:

Other income or benefit: None

Other income or benefit: None

I am receiving other income/benefits (circle one): **YES/NO** (NO circled)

Please attach copies of all notices, awards, or letters received with regard to other income benefits and return to Northwestern Mutual with this signed Reimbursement Agreement.

FROM T. Ezerski
STREET
CITY Vawdalia
STATE OH ZIP CODE

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL PERMIT NO. 463 PORTLAND OR

POSTAGE WILL BE PAID BY ADDRESSEE

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY
PO BOX 2177
PORTLAND OR 97208-9944

Rene McDaniel

NM 39-5800 (2/11)

# GROUP INSURANCE CERTIFICATE AND SUMMARY PLAN DESCRIPTION

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

HOME OFFICE: 720 East Wisconsin Ave., Milwaukee WI 53202
GROUP INSURANCE ADMINISTRATION: PO Box 2177, Portland OR 97208

The Northwestern Mutual Life Insurance Company certifies that you will be insured under the Policy described below during the time, in the manner, and for the amounts provided in the Policy.

Edward J Zore

President and C.E.O.

Reprinted 11/07

| | |
|---|---|
| **POLICY NUMBER** | L662281 |
| **NAME OF POLICYOWNER** | Kirlins Inc. |
| **TYPE OF COVERAGE** | Group Long Term Disability |
| **POLICY EFFECTIVE DATE** | October 1, 2007 |
| **POLICY ISSUED IN** | the state of Illinois. |

**Important – Please Read This:**

A Policy has been issued to the Policyowner. Your coverage under that Policy is shown in this Certificate. If your coverage is changed by an amendment to the Policy, the Company will provide the Policyowner with a revised Certificate or other notice to be given to you.

Possession of this Certificate does not necessarily mean you are insured. You are insured only if you meet the requirements set out in this Certificate.

**Please read this Certificate carefully.** This Certificate has a Guide To Policy Provisions to help you find specific provisions.

The terms "you" and "your" refer to the insured Member. The term "the Company" refers to Northwestern Mutual Life. Other defined terms appear with their initial letters capitalized. Section headings, and references to them, appear capitalized and in boldface type.

**Guide To Policy Provisions**


**SPECIFICATIONS**.....1

**SECTION 1. BECOMING INSURED**.....6
1.1 INITIAL EFFECTIVE DATE.....6
1.2 DELAYED EFFECTIVE DATE.....6
1.3 ACTIVE WORK REQUIREMENT.....6
1.4 REPLACEMENT COVERAGE.....7
1.5 INCREASED INSURANCE.....7
1.6 INCONTESTABILITY.....7

**SECTION 2. BENEFITS**.....7
2.1 INSURING CLAUSE.....7
2.2 BENEFIT TERMS.....8
2.3 DEFINITION OF DISABILITY.....9
2.4 WORKING WHILE DISABLED.....10
2.5 BENEFIT AMOUNTS.....10
2.6 WAIVER OF PREMIUM.....11
2.7 SURVIVOR BENEFIT.....11
2.8 ASSIGNMENT.....11
2.9 CONTINUATION OF BENEFITS.....11
2.10 WHEN BENEFITS END.....11
2.11 REHABILITATION BENEFIT.....12
2.12 REASONABLE ACCOMODATION EXPENSE BENEFIT.....12

**SECTION 3. BENEFIT PROVISIONS**.....12
3.1 OTHER INCOME.....12
3.2 EXCEPTIONS TO OTHER INCOME.....12
3.3 RULES FOR OTHER INCOME.....13
3.4 TEMPORARY RECOVERY AND SEPARATE DISABILITIES.....14
3.5 EXTENDED DISABILITY.....14
3.6 MISSTATEMENT OF AGE.....15

**SECTION 4. CONTINUITY OF COVERAGE**.....15

**SECTION 5. EXCLUSIONS AND LIMITATIONS**.....16
5.1 PREEXISTING CONDITION EXCLUSION.....16
5.2 OTHER EXCLUSIONS.....16
5.3 LIMITATIONS.....16

**SECTION 6. TERMINATION**.....17
6.1 WHEN INSURANCE ENDS.....17
6.2 REINSTATEMENT OF INSURANCE.....17

**SECTION 7. CLAIMS**.....18
7.1 FILING A CLAIM.....18
7.2 PROOF OF LOSS.....18
7.3 DOCUMENTATION.....18
7.4 TIME OF PAYMENT.....18
7.5 PAYMENT OF CLAIM.....18
7.6 INVESTIGATION OF CLAIM.....18
7.7 NOTICE OF DECISION ON CLAIM.....19

7.8 REVIEW PROCEDURE ....................................................................................................19
7.9 TIME LIMITS ON LEGAL ACTIONS ...............................................................................20

**Index Of Defined Terms**

The page number shown below is where the term is defined. For terms defined by an entire section, the page number below is the page on which that section begins.


Active Work ........ 7
Active Work Requirement ........ 6
Actively At Work ........ 7
Any Occupation Income Level ........ 3
Any Occupation Period ........ 3
Beginning Date ........ 2, 8
Contributory ........ 6
CPI-W ........ 9
Disabled ........ 9
Eligibility Waiting Period For Insurance ........ 1
Employer ........ 1
Evidence Of Insurability ........ 6
Exclusion Period ........ 5
Hospital ........ 17
Indexed Predisability Earnings ........ 9
Injury ........ 9
Insurance Increase ........ 16
Loss Of Earnings ........ 11
LTD Benefit ........ 4, 10
Material Duties ........ 10
Maximum Benefit ........ 2, 8
Maximum Benefit Period ........ 2, 8
Member ........ 1
Mental Disorder ........ 16
Minimum Benefit ........ 2, 8
Noncontributory ........ 6
Other Income ........ 12
Own Occupation ........ 10
Own Occupation Income Level ........ 3
Own Occupation Period ........ 3
Partially Disabled ........ 10
Physician Or Practitioner ........ 9
Policy Effective Date ........ 1
Policy Number ........ 1
Policyowner ........ 1
Predisability Earnings ........ 3, 8
Preexisting Condition ........ 4, 16
Pregnancy ........ 9
Prior Plan ........ 7
Proof Of Loss ........ 18
Return To Work Benefit ........ 4, 10
Sickness ........ 9
Substance Abuse or Dependency ........ 17
Survivor Benefit ........ 4, 11
Temporary Recovery ........ 14
War ........ 16
Work Earnings ........ 11

## SPECIFICATIONS

This section contains many of the features of your long term disability (LTD) insurance. Other provisions, including exclusions, limitations, and Other Income, appear in other sections. Please refer to the text of each section for full details. The **Guide To Policy Provisions** and **Index of Defined Terms** help locate sections and definitions.

## GENERAL INFORMATION

| | |
|---|---|
| **Policy Number:** | L662281 |
| **Policyowner:** | Kirlins Inc. |
| **Employer:** | Kirlins Inc. |
| **Policy Effective Date:** | October 1, 2007 |
| **Policy Issued In:** | Illinois |

## SECTION 1. BECOMING INSURED

**To become insured you must:**

* Be a Member;
* Complete your Eligibility Waiting Period For Insurance; and
* Meet the other requirements in **Section 1. Becoming Insured**.

**Definition of Member:**

* An active Corporate Officer, Store Manager or Home Office employee of the Employer;
* A citizen or resident of the United States or Canada; and
* Regularly working 30 or more hours per week for the Employer.

You are not a Member if you are:

* A temporary or seasonal employee; or
* A full time member of the armed forces of any country.

Class I - Pilots and Co-Pilots.

Class II - All other Members.

**Eligibility Waiting Period For Insurance:**

This is the period you must be a Member before you become eligible for insurance.

If you are a Member on the Policy Effective Date, you meet the Eligibility Waiting Period For Insurance on the first day after 90 consecutive days as a Member.

If you become a Member after the Policy Effective Date, you meet the Eligibility Waiting Period For Insurance on the first day after 90 consecutive days as a Member.

**Evidence Of Insurability:** Required for:

* Late application for Contributory insurance;
* Reinstatements if required; and
* Members eligible but not insured under the Prior Plan.

**Member Contributions:** **Noncontributory.** The Policyowner or Employer pays the entire premium for your insurance.

---

## SECTION 2. BENEFITS

### 2.2 BENEFIT TERMS

**Beginning Date:** 91st day of Disability in the first 120 days after the date you become Disabled.

**Maximum Benefit:** 60% of your Predisability Earnings, not to exceed a monthly amount of $8,000.

**Minimum Benefit:** $100 or 10% of your Maximum Benefit, whichever is greater.

**Maximum Benefit Period:** Determined by your age when Disability begins, as follows:

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | to Social Security Normal Retirement Age (see table below) |
| 62 | 3 years 6 months* |
| 63 | 3 years* |
| 64 | 2 years 6 months* |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

* or to Social Security Normal Retirement Age, whichever is longer.

Your Social Security Normal Retirement Age is determined as follows:

| Year of Birth | Retirement Age |
|---|---|
| 1937 or earlier | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943 through 1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 or later | 67 |

**Predisability Earnings:** Based on your last full day of Active Work.

**Earnings Period for Commissions:** The preceding 12 calendar months..

**2.3 DEFINITION OF DISABILITY**

**Own Occupation Period:** Class I - Not applicable.

Class II - The first 24 months for which benefits are paid.

**Any Occupation Period:** Class I – From the date you become Disabled to the end of the Maximum Benefit Period.

Class II - From the end of the Own Occupation Period to the end of the Maximum Benefit Period.

**Partial Disability:** Covered.

Own Occupation Income Level: Class I - Not applicable.

Class II - 80% of your Indexed Predisability Earnings.

Any Occupation Income Level: 80% of your Indexed Predisability Earnings.

### 2.5 BENEFIT AMOUNTS

| | |
|---|---|
| **LTD Benefit:** | Your Maximum Benefit minus your Other Income. |
| **Return To Work Benefit:** | |
| During the 12 months immediately after the date you first return to work while benefits are payable: | Your LTD Benefit minus the amount of your Work Earnings which, when added to your Maximum Benefit, exceeds 100% of your Indexed Predisability Earnings. |
| After those first 12 months: | Your LTD Benefit multiplied by your Loss of Earnings, divided by your Indexed Predisability Earnings. |

### 2.7 SURVIVOR BENEFIT

| | |
|---|---|
| **Amount:** | A lump sum equal to three times your Maximum Benefit. |
| **Estate Payment:** | Yes |

## SECTION 3. BENEFIT PROVISIONS

### 3.1 OTHER INCOME

| | |
|---|---|
| **Social Security Offset:** | Any amount you or your dependents receive or are eligible to receive because of your disability or retirement under the Federal Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act is Other Income.<br><br>Benefits your spouse or children receive or are eligible to receive because of your disability are Other Income regardless of status, custody, or place of residence. |
| **Sick Pay or Salary Continuation Offset:** | The amount of sick pay or other salary continuation (but not vacation pay) paid to you by your Employer which, when added to your Maximum Benefit, exceeds 100% of Indexed Predisability Earnings is Other Income. |

## SECTION 5. EXCLUSIONS AND LIMITATIONS

### 5.1 PREEXISTING CONDITION EXCLUSION

| | |
|---|---|
| **Preexisting Condition Period:** | The 90-day period just before the date your insurance becomes effective. |

**Exclusion Period:** The first 12 months you are insured.

**5.2 OTHER EXCLUSIONS**

* Intentionally self-inflicted injury; and
* War.

**5.3 LIMITATIONS**

* Mental Disorder And Substance Abuse Or Dependency; and
* Care of A Physician Or Practitioner.

---

## SECTION 6. TERMINATION

### 6.1 WHEN INSURANCE ENDS

**Leave of Absence Period:** Insurance is continued while on a leave of absence scheduled to last 30 days or less.

## SECTION 1. BECOMING INSURED

### 1.1 INITIAL EFFECTIVE DATE

You are eligible for insurance if you are a Member who has completed the Eligibility Waiting Period For Insurance shown in the **Specifications**. Subject to the Active Work Requirement, your insurance will become effective as determined in this section. Additionally, to become insured for Contributory insurance you must also apply in writing and agree to pay premiums. The **Specifications** states whether your insurance is Contributory or Noncontributory.

**Evidence Of Insurability Not Required.** Insurance not subject to Evidence Of Insurability will become effective on:

* The date you meet the Eligibility Waiting Period For Insurance, if insurance is Noncontributory;
* The date you meet the Eligibility Waiting Period For Insurance, if insurance is Contributory and you apply on or before that date; or
* The date you apply, if insurance is Contributory and you apply within 31 days after the date you meet the Eligibility Waiting Period For Insurance.

**Late Application.** Evidence Of Insurability is required if you apply for Contributory insurance more than 31 days after the date you meet the Eligibility Waiting Period For Insurance.

**Evidence Of Insurability Required.** Insurance subject to Evidence Of Insurability will become effective on the date the Company approves your Evidence Of Insurability.

**Evidence Of Insurability**. When required you must:

* Complete the forms required by the Company;
* Sign the forms which allow the Company to obtain information about you;
* Provide, at your expense, other information the Company may reasonably require for determining your insurability; and
* Undergo a physical examination, if required by the Company.

### 1.2 DELAYED EFFECTIVE DATE

If you do not meet the Active Work Requirement, the effective date of your insurance is delayed. Delayed insurance becomes effective on the day after you complete one full day of Active Work.

### 1.3 ACTIVE WORK REQUIREMENT

The Active Work Requirement is met if you are a Member who is Actively At Work on the day before the scheduled effective date of your insurance. It is also met if you:

* Are capable of Active Work on that day, but are absent due to vacation, holiday, or scheduled day off; and
* Were Actively At Work on the last scheduled work day before the absence.

**Actively At Work** and **Active Work.** This means you are performing the Material Duties of your Own Occupation at your Employer's usual place(s) of business.

**1.4 REPLACEMENT COVERAGE**

If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Policy, you do not have to meet the Eligibility Waiting Period For Insurance shown in the **Specifications**.

If your insurance is Contributory and you were eligible for insurance under the Prior Plan for more than 31 days but were not insured, you must provide satisfactory Evidence Of Insurability to become insured under the Policy.

**Prior Plan.** This means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's coverage under the Policy and which is replaced by the Policy.

**1.5 INCREASED INSURANCE**

An increase in your insurance does not become effective until you meet the Active Work Requirement. However, if you meet the Active Work Requirement while Disabled or during a period of Temporary Recovery, you will not qualify for any increase in insurance.

**1.6 INCONTESTABILITY**

When Evidence Of Insurability is required, the Company relies on the information provided. Any statement you make to obtain insurance is a representation and not a warranty. The Company may contest the validity of your insurance or reduce or deny a claim if:

* The information you provide contains a misrepresentation;
* Your insurance would not have been approved if the Company had known the truth; and
* The Company has given you a copy of the written instrument signed by you which contains the misrepresentation.

After your insurance has been in effect for two years, the Company will not use a misrepresentation to contest its validity or reduce or deny your claim for a Disability that begins after the two year period, unless the misrepresentation was fraudulent.

## SECTION 2. BENEFITS

**2.1 INSURING CLAUSE**

Benefits become payable for your Disability only if:

* You become Disabled while insured under the Policy;
* You are under the ongoing care of a Physician Or Practitioner;
* Your Disability results from an Injury, Sickness, or Pregnancy;
* You give the Company satisfactory Proof Of Loss within 90 days after the Beginning Date;

* Your Disability is not excluded under **Section 5. Exclusions And Limitations**; and

* You meet all other terms of the Policy.

**2.2 BENEFIT TERMS**

**Beginning Date.** This is the date on which benefits begin to accrue after you become Disabled. Benefits are not payable for the time you are Disabled before the Beginning Date. See **Specifications**.

**Maximum Benefit.** Your Maximum Benefit is shown in the **Specifications**.

**Minimum Benefit.** Your Minimum Benefit is shown in the **Specifications**.

**Maximum Benefit Period.** This is the longest period for which benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins on the Beginning Date. No benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Specifications**.

**Predisability Earnings.** Your Predisability Earnings for each uninterrupted period of Disability will be the Predisability Earnings in effect on the date shown in the **Specifications**. Any change in your earnings after that date will not affect your Predisability Earnings.

Predisability Earnings means your monthly rate of earnings from your Employer, including:

* Contributions you make through a salary reduction agreement with your Employer to:

  (1) An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), or 457 deferred compensation arrangement;

  (2) An executive, nonqualified deferred compensation arrangement; or

  (3) An IRC Section 125 plan;

* Commissions averaged over the Earnings Period shown in the **Specifications** or over the period of your employment if less than the Earnings Period; and

* Shift differential pay.

Predisability Earnings does not include:

* Bonuses;

* Overtime pay;

* Your Employer's contributions on your behalf to any deferred compensation arrangement, pension plan, or benefit plan; and

* Any other extra compensation.

If you are paid on an annual contract basis, your monthly rate of earnings is one-twelfth (1/12th) of your annual contract salary.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the average number of

hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

**CPI-W.** This is the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. If the CPI-W is discontinued or changed, the Company may use a comparable index. Where required, the Company will obtain prior state approval of the new index.

**Indexed Predisability Earnings.** This is your Predisability Earnings adjusted by the rate of increase in the CPI-W. During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

**Injury.** This is an injury to your body.

**Physician Or Practitioner.** This is a licensed medical professional, other than yourself, diagnosing and treating you within the scope of the license. If Disability is primarily due to any Mental Disorder, Physician or Practitioner means a psychiatrist or licensed doctoral level psychologist, other than yourself.

**Pregnancy.** This is your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

**Sickness.** This is your sickness, illness, or disease.

**2.3 DEFINITION OF DISABILITY**

You are Disabled if you meet one of the following definitions during the period it applies:

* Own Occupation Definition of Disability;
* Any Occupation Definition of Disability; or
* Partial Disability Definition.

**Own Occupation Definition Of Disability.**

During the period preceding your Beginning Date and during the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of your Own Occupation.

You may meet the Own Occupation Definition of Disability while working in another occupation.

**Any Occupation Definition Of Disability.**

During the Any Occupation Period you are required to be Disabled from all occupations.

You are Disabled from all occupations if, as a result of Sickness, Injury, or Pregnancy, you are unable to perform with reasonable continuity the Material Duties of any gainful occupation for which you are reasonably fitted by education, training, and experience.

Note: You are not Disabled merely because your right to perform your occupation is restricted, including a restriction or loss of license.

**Partial Disability Definition.**

During the period preceding your Beginning Date and during the Own Occupation Period, you are Partially Disabled if you are working in your Own Occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn more than the Own Occupation Income Level.

During the Any Occupation Period, you are Partially Disabled if you are working in an occupation but, as a result of Sickness, Injury, or Pregnancy, you are unable to earn more than the Any Occupation Income Level in that occupation and in all other occupations for which you are reasonably suited under the Any Occupation Definition of Disability.

Your Any Occupation Period, Any Occupation Income Level, Own Occupation Period, and Own Occupation Income Level are shown in the **Specifications**.

**Own Occupation.** This is any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as your regular and ordinary employment with your Employer. Your Own Occupation is not limited to your specific job with your Employer or to your specific area of specialization, interest or expertise within the general occupation.

**Material Duties.** These are the essential tasks, functions and operations and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation.

**2.4 WORKING WHILE DISABLED**

You may accrue days toward the Beginning Date while working if you are Disabled.

During the Maximum Benefit Period benefits are payable while you are working if you are Disabled. However, your Work Earnings will be used to reduce your benefit as shown in **Section 2.5 Benefit Amounts**.

**2.5 BENEFIT AMOUNTS**

The benefit payable during your Disability will be one of the benefits described in this section, subject to the Maximum Benefit and Minimum Benefit shown in the **Specifications**.

**LTD Benefit.** The LTD Benefit will be paid if you do not have Work Earnings. Your LTD Benefit is shown in the **Specifications**.

**Return To Work Benefit.** The Return To Work Benefit will be paid in place of your LTD Benefit, if you are working while Disabled. Your Return To Work Benefit equals the amount determined below.

Amount of Return To Work Benefit:

* During the 12 months immediately after the date you first return to work while benefits are payable, your Return To Work Benefit equals your LTD Benefit minus the amount of your Work Earnings which, when added to your Maximum Benefit, exceeds 100% of your Indexed Predisability Earnings.
* After those first 12 months, your Return To Work Benefit equals your LTD Benefit, multiplied by your Loss Of Earnings, divided by your Indexed Predisability Earnings.

Thus, the Return To Work Benefit is determined as follows:

$$\frac{\text{LTD Benefit} \times \text{Loss Of Earnings}}{\text{Indexed Predisability Earnings}} = \text{Return To Work Benefit}$$

**Loss Of Earnings.** This means your Indexed Predisability Earnings minus your Work Earnings.

**Work Earnings.** This is your gross monthly earnings from work you perform while Disabled, including earnings from your Employer, any other employer, or self-employment. Your earnings will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, the Company will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, the Company will use a reasonable one.

**Benefit Amount For Partial Month.** When a Disability lasts for a part of a month, an amount equal to the benefit otherwise payable, divided by the number of days in the month, is payable for each day you are Disabled.

**2.6 WAIVER OF PREMIUM**

The Company will waive premiums for your insurance while benefits are payable to you.

**2.7 SURVIVOR BENEFIT**

If you die while benefits are payable, a Survivor Benefit is payable. The amount of the Survivor Benefit is shown in the **Specifications**. The Survivor Benefit will first be applied to reduce any overpayment of your claim. The Company will pay the remaining Survivor Benefit, if any, to its choice of one or more of the following:

- Your spouse;
- Your children;
- Any person providing care and support for any of them; or
- Your estate.

**2.8 ASSIGNMENT**

The rights and benefits under the Policy are not assignable.

**2.9 CONTINUATION OF BENEFITS**

Your right to receive benefits for a period of Disability which begins while you are insured will not be affected by:

- Termination of the Policy after you become Disabled;
- Termination of your insurance while the Policy remains in force; or
- Any amendment to the Policy approved after the date you become Disabled.

**2.10 WHEN BENEFITS END**

Your benefits end automatically on the earliest of:

- The date you are no longer Disabled;

* The date your Maximum Benefit Period ends;
* The date you die; and
* The date benefits become payable under any other group LTD insurance policy under which you become insured during a period of Temporary Recovery.

**2.11 REHABILITATION BENEFIT**

At your request, the Company will consider joining in a program to rehabilitate you. The Company's role in the program will be determined by written agreement with you. Benefits will continue during the program under the terms of the agreement.

**2.12 REASONABLE ACCOMODATION EXPENSE BENEFIT**

At the Employer's request, a Reasonable Accommodation Expense Benefit may be payable to the Employer, if you return to work in any occupation for your Employer as a result of a reasonable accommodation made by your Employer. A Reasonable Accommodation Expense Benefit, in an amount determined by us, will be payable to your Employer only if the reasonable accommodation is approved by us in writing..

## SECTION 3. BENEFIT PROVISIONS

**3.1 OTHER INCOME**

**Other Income.** The amounts below are Other Income unless shown in **Section 3.2 Exceptions To Other Income**:

* Any amount you receive or are eligible to receive as a result of your disability from:
  (1) Any workers' compensation act or similar law including amounts for partial or total disability, whether permanent, temporary, or vocational;
  (2) Any state disability income benefit law or similar law; and
  (3) Any group insurance coverage.
* Any amount you receive or are eligible to receive from your Employer's retirement plan due to disability or retirement;
* The Social Security Offset shown in the **Specifications**;
* The Sick Pay or Salary Continuation Offset shown in the **Specifications**; and
* Any amount you receive or are eligible to receive due to compromise, settlement, or other method as a result of a claim for Other Income, whether disputed or undisputed.

**3.2 EXCEPTIONS TO OTHER INCOME**

Other Income does not include:

* Cost of living increases in Other Income which become effective while you are Disabled and while you are eligible for that Other Income.

* Reimbursement for hospital, medical, or surgical expense.
* Reasonable attorneys fees incurred in connection with a claim for Other Income.
* Benefits paid under:
  (1) Any individual disability insurance policy;
  (2) Any group credit or group mortgage disability insurance policy;
  (3) Any group insurance available through your professional association; and
  (4) California Workers' Compensation benefits for permanent total or permanent partial disabilities.
* Early retirement benefits under the Federal Social Security Act which are not actually received.
* The following amounts under your Employer's retirement plan:
  (1) A lump sum distribution of your entire interest in the plan;
  (2) Any amount which is attributable to your contributions to the plan; or
  (3) Any amount you could have received upon termination of employment without being disabled or retired.
* Benefits from a:
  (1) Profit sharing plan;
  (2) Thrift or savings plan;
  (3) Deferred compensation plan;
  (4) Plan under IRC Section 401(k), 408(k), or 457;
  (5) Individual Retirement Account (IRA);
  (6) Tax Sheltered Annuity (TSA) under IRC Section 403(b);
  (7) Stock ownership plan;
  (8) Keogh (HR-10) plan; or
  (9) A retirement plan under a professional service corporation with respect to principals.

### 3.3 RULES FOR OTHER INCOME

**Monthly Equivalents.** Each month the Company will determine your benefit using the Other Income attributable to the same monthly period, even if you actually receive the Other Income in another month.

If you are paid Other Income in a lump sum or by a method other than monthly, the Company will determine your benefit using a prorated amount. The Company will use the period of time to which the Other Income applies. If no period of time is stated, the Company will use a reasonable one.

**Your Duty To Pursue Other Income.** You must pursue Other Income for which you may be eligible. The Company may ask for written documentation of your pursuit of Other Income. You must provide satisfactory documentation within 60 days after the Company mails you a request. Otherwise, the Company may reduce your benefits by the amount the Company estimates you would be eligible to receive upon proper pursuit of the Other Income. You must notify the Company of the amount of the Other Income when it is approved.

**Overpayment Of Claim.** You must immediately repay the Company any overpayment of your claim. The Company will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by the Company. You will not receive any benefits until the Company has been repaid in full. In the meantime, any benefits paid, including the Minimum Benefit, will be applied to reduce the amount of the overpayment. The Company may charge you interest at the legal rate for any overpayment which is not repaid within 30 days after the Company first mails you notice of the amount of the overpayment.

### 3.4 TEMPORARY RECOVERY AND SEPARATE DISABILITIES

You may temporarily recover from your Disability, and then become Disabled again from the same cause or causes, without having to start accruing days toward a new Beginning Date.

**Temporary Recovery.** This means you cease to be Disabled for no more than the following allowable periods:

**Allowable Periods.**

* Before the Beginning Date: 30 days.
* During the Maximum Benefit Period: 180 days for each period of recovery.

**Effect Of Your Temporary Recovery.**

* The Predisability Earnings used to determine your benefit will not change.
* The period of Temporary Recovery will not count toward your Beginning Date, Own Occupation Period, or Maximum Benefit Period.
* No benefits will be payable for the period of Temporary Recovery.
* No benefits will be payable after benefits become payable to you under any other group long term disability insurance policy under which you become insured during your period of Temporary Recovery.
* Except as stated above, the provisions of the Policy will be applied as if there had been no interruption of your Disability.

**Separate Disabilities.** Each time you cease to be Disabled for more than the allowable period, a new Beginning Date, Own Occupation Period, and Maximum Benefit Period apply.

### 3.5 EXTENDED DISABILITY

If a period of Disability is extended by a new cause while benefits are payable, benefits will continue while you remain Disabled. However:

* Benefits will not continue beyond the end of the original Maximum Benefit Period; and

* **Section 5. Exclusions And Limitations** will apply to the new cause of Disability.

### 3.6 MISSTATEMENT OF AGE

If a person's age has been misstated, the Company will make an equitable adjustment of premiums, benefits, or both. The adjustment will be based on:

* The amount of insurance based on the correct age; and
* The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

## SECTION 4. CONTINUITY OF COVERAGE

The Continuity of Coverage provision changes other provisions found in the Policy.

**Waiver Of Active Work Requirement.** If you were insured under the Prior Plan on the day before the effective date of your Employer's insurance under the Policy, you can become insured on the effective date of your Employer's insurance without meeting the Active Work Requirement.

The benefit payable for a period of continuous Disability beginning before you meet the Active Work Requirement will be:

* The monthly benefit which would have been payable under the terms of the Prior Plan if it had remained in force; reduced by
* Any benefits payable under the Prior Plan.

There is no Minimum Benefit if there is a reduction because of benefits payable under the Prior Plan.

**Waiver Of Preexisting Conditions.** If your Disability is subject to the Preexisting Condition Exclusion, benefits will still be payable if:

* You were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Policy;
* You became insured under the Policy when your insurance under the Prior Plan ceased;
* You were continuously insured under the Policy from the effective date of your insurance under the Policy through the date you became Disabled from the Preexisting Condition; and
* Benefits would have been payable under the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

Payment of your benefit will be under the terms of the Prior Plan.

## SECTION 5. EXCLUSIONS AND LIMITATIONS

### 5.1 PREEXISTING CONDITION EXCLUSION

You are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled:

* You have been continuously insured under the Policy for the entire Exclusion Period shown in the **Specifications**; and

* You have been Actively At Work for at least one full day after the end of the Exclusion Period.

With respect to an Insurance Increase, you are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled:

* You have been continuously insured for the Insurance Increase for the entire Exclusion Period shown in the **Specifications**; and

* You have been Actively At Work for at least one full day after the end of the Exclusion Period.

**Preexisting Condition.** This is a mental or physical condition for which you have consulted a Physician Or Practitioner, received medical treatment or services, or taken prescribed drugs or medications at any time during the Preexisting Condition Period shown in the **Specifications**.

**Insurance Increase.** This is an increase in the amount of your benefit, an increase in your Maximum Benefit Period, or a decrease in the length of the period before your Beginning Date caused by a change in the provisions of the Policy selected by your Employer.

### 5.2 OTHER EXCLUSIONS

You are not covered for a Disability:

* Caused by intentionally self-inflicted injury, while sane or insane; or

* Caused by War or any act of War.

**War.** This is declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

### 5.3 LIMITATIONS

**Mental Disorder And Substance Abuse or Dependency.** Benefits will not be provided for more than 24 monthly benefit periods in total for your lifetime for all Disabilities or losses primarily due to any Mental Disorder, or Substance Abuse Or Dependency. This limitation will not apply if at the end of 24 months of benefits, you are confined in a hospital and are continuously confined thereafter. For purposes of this limitation:

**Mental Disorder.** This is any disease, condition or disorder, whether organic or inorganic, customarily within the scope of treatment of psychiatrists, psychologists, psychotherapists or counselors. This includes, but is not limited to:

* psychosis, psychoneurosis, anxiety and depression; and
* behavioral, adjustment, emotional, personality and stress-related disorders.

**Substance Abuse or Dependency.** This includes drug abuse, alcohol abuse or chemical dependency.

**Hospital.** This means a legally operated facility identified as a hospital and providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. "Hospital" does not include rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care.

**Care Of A Physican Or Practitioner.** You must be under the ongoing care of a Physician Or Practitioner. No benefits will be paid for any period of Disability when you are not under the ongoing care of a Physician Or Practitioner.

## SECTION 6. TERMINATION

### 6.1 WHEN INSURANCE ENDS

Your insurance ends automatically on the earliest of:

* The date the last period ends for which you made a premium contribution, if your insurance is Contributory;
* The date the Policy terminates;
* The date your employment terminates; and
* The date you cease to be a Member. However, if you cease to be a Member because you are not working the required minimum number of hours, your insurance will be continued during the following periods, unless it ends on one of the dates shown above:

    (1) While you are receiving from your Employer at least the amount of Predisability Earnings in effect immediately before you ceased to be a Member;

    (2) While you are Disabled before the Beginning Date and while benefits are payable;

    (3) During a leave of absence if continuation of your insurance under the Policy is required by the state mandated family or medical leave act or law; or

    (4) During any other leave of absence approved by your Employer in advance and in writing and scheduled to last the period shown in the **Specifications**.

### 6.2 REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

* If your insurance ends because you cease to be a Member, and if you become a Member again within 90 days, the Eligibility Waiting Period For Insurance will be waived;
* If your insurance is Contributory and ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again;

* If your insurance ends because you are on a federal or state mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state mandated family or medical leave act or law; and

* The Preexisting Condition Exclusion will be applied as if there had been no break in your insurance in the following instances:

  (1) If you become insured again within 90 days.

  (2) If required by a federal or state mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

## SECTION 7. CLAIMS

### 7.1 FILING A CLAIM

Claims should be filed on the Company's forms. If you do not receive the Company's forms within 15 days after you ask for them, you may submit your claim in a letter to the Company. The letter should include the date your disability began, and the cause and nature of your disability.

### 7.2 PROOF OF LOSS

You must give the Company satisfactory Proof Of Loss within 90 days after the Beginning Date. If you cannot do so, you must give it to the Company as soon as reasonably possible, but not later than one year after that 90 day period. If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

**Proof Of Loss.** This means written proof that you are Disabled and entitled to benefits. Proof Of Loss must be provided at your expense.

### 7.3 DOCUMENTATION

At your expense, you must submit completed claims statements, your signed authorization for the Company to obtain information, and any other items the Company may reasonably require in support of your claim. If you do not provide the documentation within 45 days after the Company mails you a request, your claim may be denied.

### 7.4 TIME OF PAYMENT

The Company will pay benefits within 60 days after you provide satisfactory Proof Of Loss. Benefits will be paid at the end of each month you qualify for them.

### 7.5 PAYMENT OF CLAIM

Benefits will be paid to you. Benefits remaining unpaid at your death will be paid to the recipient of the Survivor Benefit.

### 7.6 INVESTIGATION OF CLAIM

The Company may investigate your claim at any time. At its own expense, the Company may have you and your financial records examined as often as is reasonably necessary. This will be done by

specialists of the Company's choice. The Company may deny or suspend benefits if you fail to attend an examination or cooperate with the examiner.

**7.7 NOTICE OF DECISION ON CLAIM**

The Company will evaluate your claim promptly after you file it. Within 45 days after the Company receives your claim the Company will send you: (a) a written decision on your claim; or (b) a notice that the Company is extending the period to decide your claim for 30 days. Before the end of this extension period the Company will send you: (a) a written decision on your claim; or (b) a notice that the Company is extending the period to decide your claim for an additional 30 days. If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

If the Company extends the period to decide your claim, the Company will notify you of the following: (a) the reasons for the extension; (b) when the Company expects to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information the Company needs to resolve those issues.

If the Company requests additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, the Company may decide your claim based on the information the Company has received.

If the Company denies any part of your claim, you will receive a written notice of denial containing:

* The reasons for the decision.
* Reference to the parts of the Policy on which the decision is based.
* Reference to any internal rule or guideline relied upon in making the decision.
* A description of any additional information needed to support your claim.
* Information concerning your right to a review of the decision.
* Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

**7.8 REVIEW PROCEDURE**

If all or part of a claim is denied, you may request a review. You must request a review in writing within 180 days after you receive notice of the denial.

You may send the Company written comments or other items to support your claim. You may review and receive copies of any non-privileged information that is relevant to your request for review. There will be no charge for such copies. You may request the names of medical or vocational experts who provided advice to the Company about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement in connection with the denied

claim and will not be subordinate to that person. The Company's review will include any written comments or other items you submit to support your claim.

The Company will review your claim promptly after the Company receives your request. Within 45 days after the Company receives your request for review the Company will send you: (a) a written decision on review; or (b) a notice that the Company is extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If the Company extends the review period, the Company will notify you of the following: (a) the reasons for the extension; (b) when the Company expects to decide your claim on review; and (c) any additional information the Company needs to decide your claim.

If the Company requests additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, the Company may conclude the review of your claim based on the information the Company has received.

If the Company denies any part of your claim on review, you will receive a written notice of denial containing:

* The reasons for the decision.
* Reference to the parts of the Policy on which the decision is based.
* Reference to any internal rule or guideline relied upon in making the decision.
* Information concerning your right to receive free of charge copies of non-privileged documents and records relevant to your claim.
* Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Policy does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

**7.9 TIME LIMITS ON LEGAL ACTIONS**

No action at law or in equity may be brought until 60 days after you have given the Company Proof Of Loss. No such action may be brought more than three years after the earlier of:

* The date the Company receives Proof Of Loss; and
* The end of the period within which Proof Of Loss is required to be given.

**ERISA SUMMARY PLAN DESCRIPTION INFORMATION**

Name of Plan: Long Term Disability Insurance

| | |
|---|---|
| Name, Address of Employer: | Kirlins Inc.<br>532 Maine Street<br>Quincy IL 62301 |
| Employer ID Number: | 37-0843226 |
| Plan Number: | 501 |
| Type of Plan: | Group Insurance Plan |
| Type of Administration: | Contract Administration |
| Name, Address, Phone Number of Plan Administrator: | Policyowner<br>(217) 224-8953 |
| Name, Address of Registered Agent for Service of Legal Process: | Policyowner |
| Sources of Contributions to the Plan: | Employer |
| Funding Medium: | Fully Insured |
| Plan Fiscal Year End: | September 30 |

## ERISA INFORMATION AND NOTICE OF YOUR RIGHTS

The following information and notice of rights and protections is furnished by the Plan Administrator as required by the Employee Retirement Income Security Act of 1974 (ERISA)

### 1. Termination Of The Policy

The policy which provides benefits for this plan may be terminated by the Policyowner at any time with prior written notice to The Northwestern Mutual Life Insurance Company (the "Company"). It will also terminate if the Policyowner fails to pay the required premium.

The Company may terminate the policy on any premium due date if the number of persons insured is less than the required minimum, or if the Company believes the Policyowner has failed to perform its obligations relating to the policy.

### 2. Amendment Of The Policy

The policy may be changed in whole or in part. No change in this policy will be valid unless it is approved in writing by one of the Company's executive officers and given to the Policyowner for attachment to the policy.

### 3. Statement Of Your Rights Under ERISA

* Right To Examine Plan Documents

  You have the right to examine all plan documents, including the latest annual report (Form 5500 Series) filed with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration, and any insurance

contracts or collective bargaining agreements. These documents can be examined at the Plan Administrator's office or other specified locations, free of charge.

* Right To Obtain Copies Of Plan Documents

  You have the right to obtain copies of all plan documents, including any insurance contracts or collective bargaining agreements, a copy of the latest annual report (Form 5500 Series), and updated summary plan description upon written request to the Plan Administrator. There may be a reasonable charge for the copies.

* Right To Receive A Copy Of Annual Report

  The Plan Administrator must give you a copy of the plan's summary annual financial report if the plan is required to file an annual report. There will be no charge for the report.

* Right To Review Of Denied Claims

  If your claim for plan benefits is denied or ignored, in whole or in part, you have the right: a) to know why this was done: b) to obtain copies of documents relating to the decision, without charge; and c) to have your claim reconsidered, all within certain time schedules.

**4. Protection Of Your Rights Under ERISA**

ERISA prohibits anyone from firing or discriminating against you in any way to prevent you from receiving a plan benefit or from exercising your rights under ERISA.

ERISA gives you the right to file suit in a state or federal court if your claim for benefits under the employee benefit plan is denied or ignored, in whole or in part. You can also file suit in a federal court if you request plan documents and do not receive them within 30 days. In such a case the court will require the Plan Administrator to give you the plan documents you requested. In some cases the court could also require the Plan Administrator to pay you up to $110 a day until you receive the requested materials.

ERISA also imposes special obligations on the people (called "fiduciaries") who operate your Employer's employee benefit plan. The fiduciaries have a duty to act prudently and in the interests of plan participants.

If you believe that the fiduciaries have misused the plan's money, or that you have been discriminated against for asserting your rights, you can ask for help from the U.S. Department of Labor. You can also file suit in a federal court. If you file a suit, the court will decide who must pay the court costs and legal fees. If your suit is successful, the court may require the fiduciary to pay those costs and fees. If you lose, the court may order you to pay those costs and fees.

**5. Questions About The Plan Or ERISA**

If you have any questions about your Employer's employee benefit plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in

your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**AUTHORIZATION**

**Northwestern Mutual®**

**This Authorization is designed to comply with the HIPAA Privacy Rule**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

**I AUTHORIZE THESE PERSONS having any records or knowledge of me or my health:**

- Any physician, therapist, healer, or medical practitioner;
- Any hospital, clinic, pharmacy or other medical or medically related facility or association;
- Any other health care provider;
- Any insurance or annuity company, or insurance support organization;
- Any health plan, plan sponsor, and any agency, organization or entity administering a benefit or annuity program;
- Any employer or person with whom I have had a business relationship;
- Any motor vehicle or driver licensing agency, law enforcement agency or other government agency (for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc);
- Any educational, vocational or rehabilitational organization or program; and
- Any consumer reporting agency, financial institution, accountant, or tax preparer;

**TO GIVE THE FOLLOWING INFORMATION TO THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:**

- My entire medical record, including any charts, notes, x-rays, operative reports, lab and medication records, copies of all prescriptions and all other medical information about me, including medical history, diagnosis, testing and test results, genetic information and test results, and domestic abuse information, prognosis, and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes;
  - Any communicable disease or disorder, including sexually transmitted diseases;
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes (Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date);
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs;
- Any non-medical information requested about me, including information concerning my: education, occupation, employment history, earnings or finances, unemployment benefits, or eligibility for other benefits including retirement benefits and retirement plan contributions; and
- Social Security information concerning me, including detailed information regarding earnings for up to 10 years, and/or a summary record of total earnings, and/or information from master benefit records regarding the award, denial or continuation of benefits. I understand that any false representations made knowingly and willfully to obtain information from federal records is punishable by fine or imprisonment or both.

**No restrictions:** I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. **Purpose:** I understand that Northwestern Mutual will use the information to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure:** I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke:** I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand the failure to sign, alteration of, or revocation of the Authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration:** I understand and agree that this Authorization shall remain in force throughout the duration of my claim for benefits with The Northwestern Mutual Life Insurance Company. **Copy to the Insured/Patient:** I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

| | | |
|---|---|---|
| Therese Lee Ezerski | 1963 | Vandalia OH |
| Name of Insured (please print) | Insured's Date of Birth | Insured's Address |
| [signature] | Therese Lee Ezerski | RECEIVED |
| Signature of Insured or Personal Representative | Print Name | Date |
| | | FEB 13 2015 |
| Address and relationship of Personal Representative, if signing | | |

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***



Claim: 00319978 THERESE L EZERSKI
Analyst: Holly Kotsovos, PSB6A

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

## State Variations

**If you or your provider reside in a state requiring one or more changes to the provisions on page one of this form, then the identified provisions apply to your Authorization.**

### Arizona

With respect to Northwestern Mutual's disclosure of HIV-related information only, this Authorization is valid for 180 days from the date it is signed.

### Kansas

This Authorization is valid for 12 months from the date it is signed.

### Maine

*This Authorization excludes disclosure of any test for HIV or a test to measure the virus, taken prior to an application for insurance coverage. Nothing in this caveat will prohibit this Authorization from including the fact that the individual has AIDS.*

### Minnesota

This Authorization excludes the release of information about **HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus)** tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The terms "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good Samaritan law.

### New Mexico

Confidential Abuse Information means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. For additional information about the treatment of confidential abuse information, see accompanying Notice of Confidential Abuse Information Practices. With respect to confidential abuse information, I may revoke this Authorization in writing, effective ten days after receipt by Northwestern Mutual, and I understand that doing so may result in a claim being denied or may adversely affect a pending insurance action.

### Oklahoma

This Authorization is valid for 24 months from the date it is signed. **We are required to inform you that the information you authorize for release may include records which may indicate the presence of communicable or venereal diseases, which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also know as Acquired Immune Deficiency Syndrome (AIDS).**

### Oregon

This Authorization is valid for 24 months from the date it is signed.

RECEIVED

FEB 13 2015

### Vermont

This Authorization is valid for 24 months from the date it is signed. It excludes the release of any information about previously administered tests for HIV antibodies, T-cell counts, AIDS or ARC. The insured is NOT authorizing Northwestern Mutual to forward the test results from any new test required by Northwestern Mutual to any outside, non-affiliated company or any entity not under specific contract to perform claims services.

**The signature on page 1 of this Authorization acknowledges that the entire Authorization includes the applicable state variations listed above.**



Claim: 00319978 THERESE L EZERSKI
Analyst: Holly Kotsovos, PSB6A

RECEIVED
MAY 19 2014

**AUTHORIZATION**

**Northwestern Mutual®**

**This Authorization is designed to comply with the HIPAA Privacy Rule**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

**I AUTHORIZE THESE PERSONS having any records or knowledge of me or my health:**

- Any physician, therapist, healer, or medical practitioner;
- Any hospital, clinic, pharmacy or other medical or medically related facility or association;
- Any other health care provider;
- Any insurance or annuity company, or insurance support organization;
- Any health plan, plan sponsor, and any agency, organization or entity administering a benefit or annuity program;
- Any employer or person with whom I have had a business relationship;
- Any motor vehicle or driver licensing agency, law enforcement agency or other government agency (for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc);
- Any educational, vocational or rehabilitational organization or program; and
- Any consumer reporting agency, financial institution, accountant, or tax preparer;

**TO GIVE THE FOLLOWING INFORMATION TO THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:**

- My entire medical record, including any charts, notes, x-rays, operative reports, lab and medication records, copies of all prescriptions and all other medical information about me, including medical history, diagnosis, testing and test results, genetic information and test results, and domestic abuse information, prognosis, and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes;
  - Any communicable disease or disorder, including sexually transmitted diseases;
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes (Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date);
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs;
- Any non-medical information requested about me, including information concerning my: education, occupation, employment history, earnings or finances, unemployment benefits, or eligibility for other benefits including retirement benefits and retirement plan contributions; and
- Social Security information concerning me, including detailed information regarding earnings for up to 10 years, and/or a summary record of total earnings, and/or information from master benefit records regarding the award, denial or continuation of benefits. I understand that any false representations made knowingly and willfully to obtain information from federal records is punishable by fine or imprisonment or both.

**No restrictions:** I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. **Purpose:** I understand that Northwestern Mutual will use the information to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure:** I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke:** I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand the failure to sign, alteration of, or revocation of the Authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration:** I understand and agree that this Authorization shall remain in force throughout the duration of my claim for benefits with The Northwestern Mutual Life Insurance Company. **Copy to the Insured/Patient:** I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

| Therese L. Ezerski | ·63 | Vandalia OH |
|---|---|---|
| Name of Insured (please print) | Insured's Date of Birth | Insured's Address |

| [signature] | Therese L. Ezerski | 5-14-14 |
|---|---|---|
| Signature of Insured or Personal Representative | Print Name | Date |

N/A
Address and relationship of Personal Representative, if signing

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***



Claim: 00319978 THERESE L EZERSKI
Analyst: Rene McDonald, PSB6A

# AUTHORIZATION

Northwestern Mutual®

**This Authorization is designed to comply with the HIPAA Privacy Rule**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

RECEIVED
JUN 18 2013
NORTHWESTERN MUTUAL

**I AUTHORIZE THESE PERSONS having any records or knowledge of me or my health:**

- Any physician, therapist, healer, or medical practitioner;
- Any hospital, clinic, pharmacy or other medical or medically related facility or association;
- Any other health care provider;
- Any insurance or annuity company, or insurance support organization;
- Any health plan, plan sponsor, and any agency, organization or entity administering a benefit or annuity program;
- Any employer or person with whom I have had a business relationship;
- Any motor vehicle or driver licensing agency, law enforcement agency or other government agency (for example, Social Security Administration, Public Retirement System, Railroad Retirement Board, etc);
- Any educational, vocational or rehabilitational organization or program; and
- Any consumer reporting agency, financial institution, accountant, or tax preparer;

**TO GIVE THE FOLLOWING INFORMATION TO THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY:**

- My entire medical record, including any charts, notes, x-rays, operative reports, lab and medication records, copies of all prescriptions and all other medical information about me, including medical history, diagnosis, testing and test results, genetic information and test results, and domestic abuse information, prognosis, and treatment of any physical or mental condition, including:
  - Any disorder of the immune system, including HIV, Acquired Immune Deficiency Syndrome (AIDS) or other related syndromes or complexes;
  - Any communicable disease or disorder, including sexually transmitted diseases;
  - Any psychiatric or psychological condition, including test results, but excluding psychotherapy notes (Psychotherapy notes do not include a summary of diagnosis, functional status, the treatment plan, symptoms, prognosis and progress to date);
  - Any condition, treatment, or therapy related to substance abuse, including alcohol and drugs;
- Any non-medical information requested about me, including information concerning my: education, occupation, employment history, earnings or finances, unemployment benefits, or eligibility for other benefits including retirement benefits and retirement plan contributions; and
- Social Security information concerning me, including detailed information regarding earnings for up to 10 years, and/or a summary record of total earnings, and/or information from master benefit records regarding the award, denial or continuation of benefits. I understand that any false representations made knowingly and willfully to obtain information from federal records is punishable by fine or imprisonment or both.

**No restrictions:** I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct the persons and organizations identified above to release and disclose my entire medical record without restriction. **Purpose:** I understand that Northwestern Mutual will use the information to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure:** I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke:** I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand the failure to sign, alteration of, or revocation of the Authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration:** I understand and agree that this Authorization shall remain in force throughout the duration of my claim for benefits with The Northwestern Mutual Life Insurance Company. **Copy to the Insured/Patient:** I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

Therese L. Ezerski
Name of Insured (please print)

-63
Insured's Date of Birth

Insured's Address Vandalia, OH

[signature]
Signature of Insured or Personal Representative

Therese L. Ezerski
Print Name

6-14-13
Date

Vandalia OH "Patient"
Address and relationship of Personal Representative, if signing

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company

## State Variations

**If you or your provider reside in a state requiring one or more changes to the provisions on page one of this form, then the identified provisions apply to your Authorization.**

### Arizona

With respect to Northwestern Mutual's disclosure of HIV-related information only, this Authorization is valid for 180 days from the date it is signed.

### Kansas

This Authorization is valid for 12 months from the date it is signed.

### Maine

*This Authorization excludes disclosure of any test for HIV or a test to measure the virus, taken prior to an application for insurance coverage. Nothing in this caveat will prohibit this Authorization from including the fact that the individual has AIDS.*

### Minnesota

This Authorization excludes the release of information about **HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus)** tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The terms "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good Samaritan law.

### New Mexico

Confidential Abuse Information means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. For additional information about the treatment of confidential abuse information, see accompanying Notice of Confidential Abuse Information Practices. With respect to confidential abuse information, I may revoke this Authorization in writing, effective ten days after receipt by Northwestern Mutual, and I understand that doing so may result in a claim being denied or may adversely affect a pending insurance action.

### Oklahoma

This Authorization is valid for 24 months from the date it is signed. **We are required to inform you that the information you authorize for release may include records which may indicate the presence of communicable or venereal diseases, which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also know as Acquired Immune Deficiency Syndrome (AIDS).**

### Oregon

This Authorization is valid for 24 months from the date it is signed.

### Vermont

This Authorization is valid for 24 months from the date it is signed. It excludes the release of any information about previously administered tests for HIV antibodies, T-cell counts, AIDS or ARC. The insured is NOT authorizing Northwestern Mutual to forward the test results from any new test required by Northwestern Mutual to any outside, non-affiliated company or any entity not under specific contract to perform claims services.

**The signature on page 1 of this Authorization acknowledges that the entire Authorization includes the applicable state variations listed above.**

**AUTHORIZATION TO RELEASE PSYCHOTHERAPY NOTES**
**To THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**
**This Authorization is designed to comply with the HIPAA Privacy Rule**

**Northwestern Mutual®**

The Northwestern Mutual Life Insurance Company
Group Insurance Administration
Post Office Box 2177, Portland, OR 97208-2177
Telephone (800) 378-4665 • Fax (800) 766-6320

I authorize any mental health professional, physician, therapist, healer, health care provider, hospital, clinic, laboratory, medical facility, health plan, insurance or reinsurance company that has any records or knowledge of me or my health ("My Providers") to disclose notes recorded by a health care provider who is a mental health professional documenting or analyzing the contents of conversation(s) during a private counseling session or a group, joint, or family counseling session and that are separated from the rest of my medical record ("Psychotherapy Notes") to The Northwestern Mutual Life Insurance Company (Northwestern Mutual) or its reinsurers and representatives.

**No restrictions**: I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization and I instruct My Providers to release and disclose all of my Psychotherapy Notes without restriction. **Purpose**: I understand that Northwestern Mutual will use the information obtained by this Authorization to determine my eligibility for coverage or entitlement for insurance benefits and conduct other legally permissible activities. **Use and Redisclosure**: I understand that in the course of conducting its business, Northwestern Mutual may disclose to other parties information it has about me. Northwestern Mutual may release this information about me to affiliates, reinsurers, the plan administrator, and any person performing business or legal services for Northwestern Mutual. I understand that the information disclosed to Northwestern Mutual pursuant to this Authorization is no longer covered by the Privacy Rule of the Health Insurance Portability and Accountability Act (HIPAA) and may be redisclosed pursuant to this Authorization or otherwise as permitted or required by law. **Right to Revoke**: I understand that I have the right to revoke this Authorization at any time by sending a written statement to Northwestern Mutual, except to the extent it has been relied upon to disclose requested records. I understand that failure to sign, alteration of, or revocation of the authorization may impair Northwestern Mutual's ability to evaluate or process my claim and may be a basis for denying my claim for benefits. **Term/Expiration**: I understand and agree that this Authorization shall remain in force through the duration of my claim for benefits with Northwestern Mutual. **Copy to the Insured/Patient**: I have a right to receive a copy of this Authorization. A photocopy or facsimile of this Authorization is as valid as the original.

| Therese L. Ezerski | 63 | Vandalia, OH |
|---|---|---|
| Name of Insured (please print) | Insured's Date of Birth | Insured's Address |

| [signature] | Therese L. Ezerski | 6-14-13 |
|---|---|---|
| Signature of Insured or Personal Representative | Print Name | Date |

Vandalia OH "Patient"
Address and relationship of Personal Representative, if signing

***This Authorization is a two-page document. Some states' rules concerning authorizations change the terms and provisions above. The terms and provisions on page 2 of this document are part of this Authorization and apply in the identified states. Your signature above acknowledges that the Authorization includes the applicable state variations listed on page 2 of this Authorization.***

RECEIVED
JUN 18 2013
NORTHWESTERN MUTUAL

Northwestern Mutual®

The Northwestern Mutual Life Insurance Company

**State Variations**

**If you or your provider reside in a state requiring one or more changes to the provisions on page one of this form, then the identified provisions apply to your Authorization.**

**Arizona**

With respect to Northwestern Mutual's disclosure of HIV-related information only, this Authorization is valid for 180 days from the date it is signed.

**Kansas**

This Authorization is valid for 12 months from the date it is signed.

**Maine**

*This Authorization excludes disclosure of any test for HIV or a test to measure the virus, taken prior to an application for insurance coverage. Nothing in this caveat will prohibit this Authorization from including the fact that the individual has AIDS.*

**Minnesota**

This Authorization excludes the release of information about **HBV (Hepatitis B Virus), HCV (Hepatitis C Virus), or HIV (Human Immunodeficiency Virus)** tests which were administered (1) to a criminal offender or crime victim as a result of a crime that was reported to the police; (2) to a patient who received the services of emergency medical services personnel at a hospital or medical care facility; (3) to emergency medical personnel who were tested as a result of performing emergency medical services. The terms "emergency medical personnel" includes individuals employed to provide pre-hospital emergency services; licensed police officers, firefighters, paramedics, emergency medical technicians, licensed nurses, rescue squad personnel, or other individuals who serve as volunteers of an ambulance service who provide emergency medical services; crime lab personnel, correctional guards, including security guards, at the Minnesota security hospital, who experience a significant exposure to an inmate who is transported to a facility for emergency medical care; and other persons who render emergency care or assistance at the scene of an emergency, or while an injured person is being transported to receive medical care and who would qualify for immunity under the good Samaritan law.

**New Mexico**

Confidential Abuse Information means information about acts of domestic abuse or abuse status, the work or home address or telephone number of a victim of domestic abuse or the status of an applicant or insured as a family member, employer or associate of a victim of domestic abuse or a person with whom an applicant or insured is known to have a direct, close personal, family or abuse-related counseling relationship. For additional information about the treatment of confidential abuse information, see accompany*ing* Notice of Confidential Abuse Information Practices. With respect to confidential abuse information, I may revoke this Authorization in writing, effective ten days after receipt by Northwestern Mutual, and I understand that doing so may result in a claim being denied or may adversely affect a pending insurance action.

**Oklahoma**

This Authorization is valid for 24 months from the date it is signed. **We are required to inform you that the information you authorize for release may include records which may indicate the presence of communicable or venereal diseases, which may include, but are not limited to, diseases such as hepatitis, syphilis, gonorrhea and the human immunodeficiency virus, also know as Acquired Immune Deficiency Syndrome (AIDS).**

**Oregon**

This Authorization is valid for 24 months from the date it is signed.

**Vermont**

This Authorization is valid for 24 months from the date it is signed. It excludes the release of any information about previously administered tests for HIV antibodies, T-cell counts, AIDS or ARC. The insured is NOT authorizing Northwestern Mutual to forward the test results from any new test required by Northwestern Mutual to any outside, non-affiliated company or any entity not under specific contract to perform claims services.

**The signature on page 1 of this Authorization acknowledges that the entire Authorization includes the applicable state variations listed above.**